(Rev. 04/05) <u>DATE</u>: 5/24/2006

<u>DEFENDANT</u>: (1) Austin Gary Cooper

<u>DOB</u>: (1) 1948

<u>ADDRESS</u>: (1) Baytown, TX 77520

<u>COMPLAINT FILED</u>? \_\_\_\_\_ YES __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____
    IF NO, PROCEED TO "OFFENSE" SECTION

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT</u>? \_\_\_\_\_ YES __X__ NO

    IF NO, A NEW WARRANT IS REQUIRED

<u>OFFENSE</u>: 18 U.S.C. § 401(3) (criminal contempt)

<u>LOCATION OF OFFENSE</u>: Denver, Colorado

<u>PENALTY</u>: Imprisonment or fine, or both, in the discretion of the Court. United States will not request a term of imprisonment greater than six (6) months.

<u>AGENT</u>: I.R.S. Special Agent Anthony Romero

<u>AUTHORIZED BY</u>: Thomas M. O'Rourke
Assistant U.S. Attorney

Jared E. Dwyer
Trail Attorney, U.S. Dept. of Justice, Tax Div.

<u>ESTIMATED TIME OF TRIAL</u>:

__X__ five days or less  \_\_\_\_\_ over five days  \_\_\_\_\_ other

<u>THE GOVERNMENT</u>

\_\_\_\_\_ will seek detention in this case   __X__ will **not** seek detention in this case

The statutory presumption of detention **is** or **is not** applicable to this defendant. **(Circle one)**

<u>OCDETF CASE</u>: \_\_\_\_\_ Yes   __X__ No

1716998.1