(Rev. 04/05) <span style="float:right;">DATE: 5/24/2006</span>

DEFENDANT: (1) Martha E. Cooper

DOB: (1) 1959

ADDRESS: (1) Baytown, TX 77520

COMPLAINT FILED?  ____ YES   __X__ NO

  IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____
  IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  ____ YES   __X__ NO

  IF NO, A NEW WARRANT IS REQUIRED

OFFENSE: 18 U.S.C. § 401(3) (criminal contempt)

LOCATION OF OFFENSE: Denver, Colorado

PENALTY: Imprisonment or fine, or both, in the discretion of the Court. United States will not request a term of imprisonment greater than six (6) months.

AGENT: I.R.S. Special Agent Anthony Romero

AUTHORIZED BY: Thomas M. O'Rourke
Assistant U.S. Attorney

Jared E. Dwyer
Trial Attorney, U.S. Dept. of Justice

ESTIMATED TIME OF TRIAL:

__X__ five days or less   ____ over five days   ____ other

THE GOVERNMENT

____ will seek detention in this case   __X__ will **not** seek detention in this case

The statutory presumption of detention **is** or **is not** applicable to this defendant. **(Circle one)**

OCDETF CASE: ____ Yes   __X__ No

1716998.1