AO 83 (Rev 10/85)   Summons in a Criminal Case

# United States District Court

_____ DISTRICT OF _____COLORADO_____

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | |
| 1. AUSTIN GARY COOPER,<br>2. MARTHA E. COOPER | CASE NUMBER 06- mj - 01111 |

TO:   AUSTIN GARY COOPER

**X YOU ARE HEREBY SUMMONED** to appear before the United States District Court at the place, date, and time set forth below.

| PLACE<br>U.S. Courthouse<br>901 - 19th Street<br>Denver, Colorado | COURTROOM<br>A-105 |
|---|---|
| | DATE AND TIME<br>6/13/06, 1:30 pm |
| BEFORE: | |

To answer a(n)

☐ INDICTMENT   **X** INFORMATION   ☐ COMPLAINT   ☐ VIOLATION NOTICE   ☐ PROBATION VIOLATION PETITION

PRIOR TO APPEARANCE IN COURT, REPORT AS FOLLOWS: U.S. Probation Investigation UNIT AT 9:00 A.M., 1929 Stout Street; U.S. Marshal at 10:00 a.m., 901 - 19th St., #300.

Brief description of offense:

Criminal Contempt of Court, 18 U.S.C. § 401(3)

_____        5/24/06
Signature of Issuing Officer         Date

GREGORY C. LANGHAM
Clerk, U.S. District Court

_____        _____
Name and Title of Issuing Officer         Date

**RETURN OF SERVICE**

Service was made by me on:[1]

Check one box below to indicate appropriate method of service

Served personally upon the defendant at: _____

Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom summons was left: _____

Returned unexecuted: _____
_____
_____
_____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: _____    _____
                Date                             Name of United States Marshal

                                                           _____
                                                           (by) Deputy United States Marshal

REMARKS:

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.