AO 442 (Rev 5/85)    Warrant for Arrest

# United States District Court

_____ DISTRICT OF ____COLORADO____

UNITED STATES OF AMERICA

_____ v.

AUSTIN GARY COOPER

**WARRANT FOR ARREST**

**CASE NUMBER: 06-MJ-1111**

TO:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest AUSTIN GARY COOPER     and bring him forthwith to the nearest magistrate to answer a(n)

☐ Indictment   X Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense)

Criminal Contempt

in violation of Title 18, U.S.C. § 401(3)

GREGORY C. LANGHAM
Clerk, U.S. District Court
_____
Name of Issuing Officer

Title of Issuing Officer

_____
Signature of Issuing Officer
(By) Deputy Clerk

Denver, Co  6-14-06
Date and Location

Bail fixed at $_____    by _____
                                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 5/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME:            AUSTIN GARY COOPER

ALIAS:

LAST KNOWN RESIDENCE:        Baytown, Texas

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH:               1948

SOCIAL SECURITY NUMBER:

HEIGHT: _____    WEIGHT:

SEX:    M                   RACE:    W

HAIR: _____      EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS:        IRS, 600 - 17th Street, Denver, CO