Austin Gary Cooper and Martha Ellen Cooper
Without prejudice – c/o
1132 Main Street, 9100-230
Bandera, Texas [78003]

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 2 9 2006

GREGORY C. LANGHAM
CLERK

For the Court of the District of the United States,
which is located in the District of Colorado,
Denver-Division.

Fictitious Account Number: 06-MJ-01111

Austin Gary Cooper a natural person, and Martha Ellen Cooper, a natural person, Accuser v. The corporate United States, the Department of Justice, Attorneys: Merchants- Merchant-William J. Leone, Merchant-Thomas M. O'Rourke, Internal Revenue Service: Merchants – Merchant-Anthony Romero, Merchant-Jared E. Dwyer et al. Accused.

## Notice of Surety-Act and Bond

There appearing no bond of record to initiate the matter regarding this issue, and associated account(s), I, Austin Gary Cooper and Martha Ellen Cooper, undertake as follows: I, Austin Gary Cooper and Martha Ellen Cooper, Principal, sui juris, appearing specially not generally or voluntarily, do hereby declare in the presence of Father יהוה (Yahuah), with the knowledge that the corporations known as United States, the Department of Justice, Attorneys: Merchants- Merchant-William J. Leone, Merchant-Thomas M. O'Rourke, Internal Revenue Service: Merchants – Merchant-Anthony Romero, Merchant-Jared E. Dwyer et al. Accused, along with its officers and agents in their natural person that are the officers and agents of the United States, the Department of Justice and the Internal Revenue Service, et al, are insolvent, see Uniform Commercial Code §1-201(23) and in Texas VTCA, Bus & C §1.201, and in capacity as beneficiary to the Original Jurisdiction do willingly undertake to act as surety, to pledge and provide private bond in the amount of twenty-one (21) Dollars in the money of account, gold and silver-Coin, to this action, shown physically to the Notary notarizing this document. It is hereby declared that this undertaking is in accordance with Article VII of the Bill of Rights of the Constitution for the United States of America. The Accused have instituted an alleged debt against me, which debt is greater than twenty (20) Dollars stipulated in Article VII supra, therefore, the value in controversy exceeds twenty (20) Dollars; thus, jurisdiction is claimed under the Common Law.

It is a fact that the corporate government creates a bond in all cases initiated by the first Affidavit

Austin Gary Cooper and Martha Ellen Cooper – Notice of Surety – Act and Bond – Page 1 of 5

and/or investigation fraudulently making an obligor of the natural person served. The Bond is sold on the market for a profit. The Accused have initiated an action against me without substance or proving jurisdiction or authority in an attempt to make me an obligor for a bond to fraudulently entrap me. If you continue this action by addressing me using the proper format found in English-grammar of "Martha Ellen Cooper," or "Martha E. Cooper" or "M. E. Cooper" or, Martha Ellen" or the improper fictitious person format, "MARTHA ELLEN COOPER" or "MARTHA E. COOPER" or "M E COOPER" or "COOPER MARTHA E" or any rendition thereof written in all capital letters, in an attempt to create a fraudulent debt or obligation you are guilty of committing a Tort in the Common Law against me; therefore, this is a case under the Common Law and not a statutory case. Since you attempted to trick me into granting jurisdiction over me by using a procedurally flawed "Subpoena" then your intent was to criminally violate my rights.

It is a fact that the corporate government creates a bond in all cases initiated by the first Affidavit and/or investigation fraudulently making an obligor of the natural person served. The Bond is sold on the market for a profit. The Accused have initiated an action against me without substance or proving jurisdiction or authority in an attempt to make me an obligor for a bond to fraudulently entrap me. If you continue this action by addressing me using the proper format found in English-grammar of "Austin Gary Cooper," or "Austin G. Cooper" or "A.G. Cooper" or, "Austin Cooper" or the improper fictitious person format "AUSTIN GARY COOPER " "COOPER" or "AUSTIN G. COOPER" or "A. G. COOPER" or "COOPER AUSTIN G." or any rendition thereof written in all capital letters. In an attempt to create a fraudulent debt or obligation you are guilty of committing a Tort in the Common Law against me; therefore, this is a case under the Common Law and not a statutory case. Since you attempted to trick me into granting jurisdiction over me by using a procedurally flawed "Subpoena" then your intent was to criminally violate my rights.

In consideration thereof that there has not been declared a bond of the lawful money of account, and in consideration thereof that I have suffered considerable injury and dishonor regarding this matter, and in consideration that the Accused are insolvent, I underwrite with my private exemption any and all obligations of performance/loss/costs sustained by the Accused thereof regarding said matter.

The life of this bond covers five (5) years form the date entered below unless the Accused enters a true bill of particulars and all related causes of action and/or an information with testamentary documentation substantiated with a "Waiver of Perjury Immunity", which sample of the Waiver is hereby sent to each of the Accused and which shall be notarized and the original forwarded back to me, that would give testimony into evidence in the case herein designated, in which case the life of the bond will be extended for a period of two (2) years after such documentation is presented stipulated under penalties of perjury.

Upon failure of response required under the three (3) day grace period under Truth In Lending, Regulation Z, to respond and rebut, point for point, this Notice of Surety–Act and Bond and accompanying "Commercial Affidavit of Facts" and "Complaint," from receipt, Uniform Commercial Code §1-204 and in Texas VTCA, Bus & C §1.204, unless an extension of time is presented in writing, the Accused is hereby collaterally estopped from any further adversarial actions against me, and for good cause not limited to the laws of collateral estoppel, coercion, fraud and want of subject-matter and personal jurisdiction the action against the natural person known as Martha Ellen Cooper is demanded to be vacated.

This document has been signed and certified at _____-City in the Texas-State, this 28th" day of __ mo. 2006 C.E.

(without prejudice)
_____
Martha Ellen Cooper

3.
Austin Gary Cooper and Martha Ellen Cooper – Notice of Surety – Act and Bond – Page 3 of 5

Texas-State         :
_____-County      : ssv
_____-City        :

Subscribed and sworn to before me this 28th day of __6__ mo. 2006 C.E.

My Commission Expires: __8-14-2008__    Notary Public _____

Seal

AARON DANIEL BALES
MY COMMISSION EXPIRES
August 14, 2008

Without prejudice
_____
Austin Gary Cooper
Power of Authority of signature given to
wife, Martha Ellen Cooper.
See attachment.

Texas-State         :
_____-County      : ssv
_____-City        :

Subscribed and sworn to before me this 28th day of __6__ mo. 2006 C.E.

My Commission Expires: __8-14-2008__    Notary Public _____

Seal

AARON DANIEL BALES
MY COMMISSION EXPIRES
August 14, 2008

- 4 -
Austin Gary Cooper and Martha Ellen Cooper - Notice of Surety – Act and Bond – Page 4 of 5

### Certificate of Service and Interested Parties

I Hereby Certify that the foregoing "Notice of Surety-Act and Bond" was sent certified mail, return receipt requested on this the 28th day of 6 mo., 2006 C.E., to be filed into the account-number supra, to:

1. Merchant-William J. Leone
   U. S. Attorney's Office
   1225 17th Street, Suite 700
   Denver, Colorado 80202
   Cert mail-# 7003 0500 0004 2376 4438

2. Merchant-Thomas M. O'Rourke
   U. S. Attorney's Office
   1225 17th Street, Suite 700
   Denver, Colorado 80202
   Cert mail-# 7003 0500 0004 2376 4445

3. Merchant-Jared E. Dwyer
   U. S. Department of Justice
   Tax Division
   601 D Street, N.W.
   Washington D.C. 20044
   Cert mail-# 7003 0500 0004 2376 4452

4. Merchant-Anthony Romero
   United States Department of Justice
   Tax Division
   P.O. Box 972 Ben Franklin Station
   Washington D.C. 20044
   Cert mail-# 7003 0500 0004 2376 4469

Without prejudice,

*Martha Ellen Cooper*
Martha Ellen Cooper

*Austin E. Cooper*

S -
Austin Gary Cooper and Martha Ellen Cooper - Notice of Surety – Act and Bond – Page 5 of 5

Power of Authority
In the Nature of a "Power of Attorney"

I, Austin Gary Cooper, being of sound mind and body do hereby grant to my wife, Martha E. Cooper, absolute power of authority over my business and/or personal dealings and affairs, including, but not limited to, endorsements of all checks, money-orders and bank-drafts.

_____
Austin Gary Cooper

Colorado-State      :
                    : ss/asv
Larimer-County      :

Subscribed and sworn to before me this 29th day of March 2004, C.E.

My Commission Expires: _February 23, 2005_   _____
                                              Notary-Public

Seal



I, Martha E. Cooper, do hereby accept this power of authority in the nature of a "Power of Attorney."

_____
Martha E. Cooper

Colorado-State      :
                    : ss/asv
Larimer-County      :

Subscribed and sworn to before me this 1 day of April 2004, C.E.

My Commission Expires: 9-24-2007   _____
                                    Notary-Public

Seal

```
DAVID T. BARAN
NOTARY PUBLIC
STATE OF COLORADO
MY COMMISSION EXPIRES 9/24/2007
```

For the Court in the District of the United States,

For the Western District of Texas

San Antonio-Division

THE UNITED STATES
A fiction

Vs.                                             Case No. 06 mj-01111

AUSTIN GARY COOPER                              in restricted appearance
A fiction

Austin Gary Cooper
A living man, non-juristic, real party at interest

## AFFIDAVIT OF TRUTH
### Addendum

I, Austin Gary Cooper, do hereby state the following:

1) I am competent to make statements as to the matters set forth herein
2) I am of the age of majority
3) I have first hand personal knowledge of the facts set forth herein
4) That I have stated the following truthfully and to the best of my ability.
5) This affidavit is made in accordance with FRCP 9(a).
6) An affidavit, unless rebutted, stands as the truth.

1. I, am a man, on the Land, appearing as Austin Gary Cooper; I am making a restricted appearance, appearing specially, at arms length and not generally in this matter.

2. I am neutral in the public. I am a man and I do not appear in the public. My name is spelled under Common Law is Austin Gary Cooper. Any other spelling of my name, such as but not limited to : AUSTIN GARY COOPER or any derivation thereof spelled in all capital letters, is not me, but rather is a corporation/trust and I deny having any connection/liability to any such corporation/trust.

3. I am a man, on the land, a lawful man, capable of bearing an oath. I am not U.S. citizen, a 14 amendment citizen, or a Washington D.C. citizen. There is no evidence that I am a U.S. citizen, a 14 amendment citizen, a United States citizen, or a Washington D.C. citizen and I believe none exists.

Affidavit of Truth – page 1 of 3

4. I expressly deny any liability in the alleged case Number 06-MJ-1111 before the "UNITED STATES DISTRICT FOR THE DISTRICT OF COLORADO", or in any other "U.S. COURT", which are legal fictions operating in commerce for profit under limited liability insurance. There is no evidence to the contrary and I believe none exists.

5. I expressly deny that there is an injured party in this alleged case and believe that none exists.

7. I expressly deny any liability to the IRS and believe that no liability exists.

8. I expressly deny ever receiving any benefit privilege from the "court" in the instant matter.

9. I expressly deny being accountable for the errors and omission of the offeror of this alleged case and/or charges.

10. To the best of my knowledge, I expressly deny that there is any specific law that requires me to pay IRS income taxes and I believe none exists.

12. I expressly deny that the "court" has jurisdiction over me, the living man; I do not grant the "court" jurisdiction in this matter. Further, I squarely challenge the issue of jurisdiction being claimed by the prosecution in this alleged case and demand that they clearly and specifically show precisely where, how and what law it is that they believe grants the court with jurisdiction in case Number 06-MJ-01111 before the "UNITED STATES DISTRICT FOR THE DISTRICT OF COLORADO" or, in any U.S. COURT in this matter, as I believe none exists.

13. In 44 U.S.C. Section 3512 of the Act, titled "Public Protection," it says that no person shall be subject to any penalty for failing to comply with an agency's collection of information request (such as a 1040 form), if the request does not display a valid control number assigned by the Office of Management and Budget (OMB) *in accordance with the requirements of the Act*, or if the agency fails to inform the person who is to respond to the collection of information that he is not required to respond to the collection of information request unless it displays a valid control number. Thus the OMB is not even in writ, making the said "summons" invalid and void.

14. Summons according to Black's Law 5th Edition: "Instrument used to commence a civil action or special proceeding and is a means of acquiring jurisdiction over a party. In re Dell, 56 Misc.2d 1017, 290 N.Y.S.2d 287, 289." No jurisdiction has been established, therefore the means as for which I, Austin Gary Cooper was arrested was strictly racketeering and kidnapping.

15. There was no judicial officer (judge's) signature or seal on said summons, and my name presented in all Capitols is false conveyance of language, thereby making my arrest and detainment fraudulent and criminally unlawful.

Affidavit of Truth – page 2 of 3

The prosecution is to respond forthwith to this affidavit or all the contents of this affidavit shall be assented to as being true. Further, should the prosecution assent via non-response it shall be estopped from proceeding in this case any further and it shall require me, the man, Austin Gary Cooper's immediate release; a demand in the form of a request, from confinement and or coercion, as well as dismissal of all said alleged charges with prejudice.

_____

Without prejudice

*[signature]*

Austin Gary Cooper
Signature by wife Martha E. Cooper given Power of Authority by me.
See Attachment.

**Acknowledgment**

On this **29** day of **6** 2006 C.E. before me, a notary-public for the corporate State of Texas and the Texas-State, the Republic personally appeared, without prejudice, known to me to be the man whose name is subscribed to in this deposition.

*[signature]*

Notary

**8-14-2008**

My commission expires

AARON DANIEL BALES
MY COMMISSION EXPIRES
August 14, 2008

seal

Affidavit of Truth – page 3 of 3

Power of Authority
In the Nature of a "Power of Attorney"

I, Austin Gary Cooper, being of sound mind and body do hereby grant to my wife, Martha E. Cooper, absolute power of authority over my business and/or personal dealings and affairs, including, but not limited to, endorsements of all checks, money-orders and bank-drafts.

_____
Austin Gary Cooper

Colorado-State      :
                    : ss/asv
Larimer-County      :

Subscribed and sworn to before me this 29th day of March 2004, C.E.

My Commission Expires: _February 23, 2005_   _____
                                              Notary-Public

Seal 

I, Martha E. Cooper, do hereby accept this power of authority in the nature of a "Power of Attorney."

_____
Martha E. Cooper

Colorado-State      :
                    : ss/asv
Larimer-County      :

Subscribed and sworn to before me this _1_ day of _April_ 2004, C.E.

My Commission Expires: _9-24-2007_   _____
                                      Notary-Public

Seal

```
DAVID T. BARAN
NOTARY PUBLIC
STATE OF COLORADO
```
MY COMMISSION EXPIRES 9/24/2007

# FAX COVER SHEET

| | |
|---|---|
| TO | Gregory C. Langham |
| COMPANY | US District Court |
| FAX NUMBER | 13033352714 |
| FROM | Rebecca Bales |
| DATE | 2006-06-29 16:45:43 GMT |
| RE | Austin Gary Cooper |

COVER MESSAGE

www.efax.com