For the Court in the District of the United States,

For the Western District of Texas

San Antonio-Division

| | |
|---|---|
| THE UNITED STATES<br>A fiction<br><br>Vs.<br><br>AUSTIN GARY COOPER<br>A fiction<br>_____<br><br>Austin Gary Cooper<br>A living man, non-juristic, real party<br>at interest | Case No.  06 mj-01111<br><br>**in restricted appearance** |

### Petition For Dismissal And Injunctive Relief

Austin Gary Cooper, in restricted appearance, moves for dismissal of cause identified as 06 MJ-01111 **And For Injunctive Relief** / The misprision of the United States-Attorney has deprived Austin Gary Cooper of important due process rights depriving this "court" of subject matter jurisdiction / This "court" has a non-discretionary duty to dismiss cause numbered as 06 MJ-01111 without prejudice as to other filings.

Brief in support

Austin Gary Cooper, in restricted appearance, in no way has been served formally or otherwise.  The United States-Attorney, with a non-discretionary duty to inform putative defendant Austin Gary Cooper of the time, date, and *locus* of each and every crime which the United States-Attorney alleges was committed by Austin Gary Cooper, has failed or refused to inform Austin Gary Cooper of the time, date, and place of each and every infraction which the United States-Attorney alleges as committed by Austin Gary Cooper warranting this "court's" dismissal of alleged case numbered as 06 MJ-01111 without prejudice as to other filings

Dismissal – page 1 of 2

## Certificate of service

I, Martha Ellen Cooper, certify that 6-29-2006, I mailed, postage prepaid, a true and correct copy of the above and foregoing affidavit to: The United States Attorney at: U.S. Attorney's Office, 1225 17th Street, Suite 700., Denver Colorado 80202

This document has been signed and certified at _Bandera_ -City in the Texas-State, this 29th[st] day of _6_ mo. 2006 C.E.

without prejudice
*Martha Ellen Cooper*
Martha Ellen Cooper

Texas-State            :
_Bandera_ -County     : asv
_Bandera_ -City       :

Subscribed and sworn to before me this 29th day of _6_ mo. 2006 C.E.

My Commission Expires: _8-14-2008_   Notary Public _____

Seal: AARON DANIEL BALES
MY COMMISSION EXPIRES
August 14, 2008

Without prejudice
*Austin Gary Cooper*
Austin Gary Cooper
Power of Authority of signature
given to wife, Martha Ellen Cooper.
See Attachment.

Texas-State            :
_Bandera_ -County     : asv
_Bandera_ -City       :

Subscribed and sworn to before me this 29th day of _6_ mo. 2006 C.E.

My Commission Expires: _8-14-2008_   Notary Public _____

Seal: AARON DANIEL BALES
MY COMMISSION EXPIRES
August 14, 2008

Dismissal – page 2 of 2