For the Court in the District of the United States,

For the Western District of Texas

San Antonio-Division

THE UNITED STATES
    A fiction

Vs.

Case No. 06 mj-01111

AUSTIN GARY COOPER
    A fiction

**in restricted appearance**

Austin Gary Cooper
    A living man, non-juristic, real party at interest

## Affidavit Of Truth

I, Austin Gary Cooper, do hereby state the following:

1) I am competent to make statements as to the matters set forth herein
2) I am of the age of majority
3) I have first hand personal knowledge of the facts set forth herein
4) That I have stated the following truthfully and to the best of my ability.
5) This affidavit is made in accordance with FRCP 9(a).
6) An affidavit, unless rebutted, stands as the truth.

1. I, am a man, on the Land, appearing as Austin Gary Cooper;  I am making a restricted appearance, appearing specially, at arms length and not generally in this matter.

2. I am neutral in the public.   I am a man and I do not appear in the public.  My name is spelled under Common Law is, Austin Gary Cooper.  Any other spelling of my name, such as but not limited to: AUSTIN GARY COOPER or any derivation thereof spelled in all capital letters, is not me, but rather is a corporation/trust and I deny having any connection/liability to any such corporation/trust.

3. I am a man, on the land, a lawful man, capable of bearing an oath.  I am not U.S. citizen, a 14 amendment citizen, or a Washington D.C. citizen.  There is no evidence that I am a U.S. citizen, a 14 amendment citizen, a United States citizen, or a Washington D.C. citizen and I believe none exists.

Affidavit of Truth -- page 1 of 4

4. I expressly deny any liability in the alleged case Number 06-MJ-1111 before the "UNITED STATES DISTRICT FOR THE DISTRICT OF COLORADO", or in any other "U.S. COURT", which are legal fictions operating in commerce for profit under limited liability insurance. There is no evidence to the contrary and I believe none exists.

5. I expressly deny that there is an injured party in this alleged case and believe that none exists.

7. I expressly deny any liability to the I.R.S. and believe that no liability exists.

8. I expressly deny ever receiving any benefit privilege from the "court" in the instant matter.

9. I expressly deny being accountable for the errors and omission of the offeror of this alleged case and/or charges.

10. To the best of my knowledge, I expressly deny that there is any specific law that requires me to pay I.R.S. income taxes and I have shown documented proof that none exists.

12. I expressly deny that the "court" has jurisdiction over me, the living man; I do not grant the "court" jurisdiction in this matter. Further, I squarely challenge the issue of jurisdiction being claimed by the prosecution in this alleged case and demand that they clearly and specifically show precisely where, how and what law it is that they believe grants the "court" with jurisdiction in alleged case Number 06-MJ-01111 before the "UNITED STATES DISTRICT FOR THE DISTRICT OF COLORADO" or, in any U.S. COURT in this matter, as I shown that none exists.

13. In 44 U.S.C. Section 3512 of the Act, titled "Public Protection," it says that no person shall be subject to any penalty for failing to comply with an agency's collection of information request (such as a 1040 form), if the request does not display a valid control number assigned by the Office of Management and Budget (OMB) *in accordance with the requirements of the Act,* or if the agency fails to inform the person who is to respond to the collection of information that he is not required to respond to the collection of information request unless it displays a valid control number. Thus the OMB is not even in writ, making the said "summons" invalid and void.

14. Summons according to Black's Law 5th Edition: "Instrument used to commence a civil action or special proceeding and is a means of acquiring jurisdiction over a party. In re Dell, 56 Misc.2d 1017, 290 N.Y.S.2d 287, 289." No jurisdiction has been established, therefore the means as for which I, Austin Gary Cooper was arrested was strictly racketeering and kidnapping..

15. There was no judicial officer (judge's) signature or seal on said summons, and my name presented in all Capitols is false conveyance of language, thereby making my arrest and detainment fraudulent and criminally unlawful. "Ignorance of the Law is no excuse."

16. Further a "summons" is attempting to create a civil case in which this said document is trying to criminally usurp a "criminal case".

The prosecution is to respond forthwith to this affidavit or all the contents of this affidavit shall be assented to as being true. Further, should the prosecution assent via. non-response it shall be estopped from proceeding in this case any further and it shall require me, the man, Austin Gary Cooper's immediate release; a demand in the form of a request, from confinement and or coercion, as well as dismissal of all said alleged charges with prejudice.

## Certificate of service

I, Martha Ellen Cooper, certify that 6-29-2006, I mailed, postage prepaid, a true and correct copy of the above and foregoing affidavit to: The United States Attorney at: U.S. Attorney's Office, 1225 17th Street, Suite 700., Denver Colorado 80202

This document has been signed and certified at _Bandera_ -City in the Texas-State, this 29th[st] day of _6_ mo. 2006 C.E.

Without prejudice
_Martha Ellen Cooper_ (signature)
Martha Ellen Cooper

Texas-State          :
Bandera-County       : asv
Bandera-City         :

Subscribed and sworn to before me this 29th day of _6_ mo. 2006 C.E.

My Commission Expires: _8-14-2008_   Notary Public _____

Seal

AARON DANIEL BALES
MY COMMISSION EXPIRES
August 14, 2008

Without prejudice
_Austin Gary Cooper_ (signature)
Austin Gary Cooper
Power of Authority of signature given to wife, Martha Ellen Cooper.
See Attachment.

Texas-State          :
Bandera-County       : asv
Bandera-City         :

Subscribed and sworn to before me this 29th day of _6_ mo. 2006 C.E.

My Commission Expires: _8-14-2008_   Notary Public _____

Seal

AARON DANIEL BALES
MY COMMISSION EXPIRES
August 14, 2008

Affidavit of Truth page 4 of 4