**For the Court in the District of the United States,**

**For the Western District of Texas**

**San Antonio-Division**

THE UNITED STATES
    A fiction

Vs.

AUSTIN GARY COOPER
    A fiction
_____

Austin Gary Cooper
A living man, non-juristic, real party
at interest

Case No.  06 mj-01111

**in restricted appearance**

## <u>Order</u>

Whereas this court has actual knowledge that Austin Gary Cooper has challenged this court's subject matter jurisdiction; and whereas, this court has actual knowledge that the United States attorney is responsible to prove, on the record, that there are no jurisdictional failings; and whereas, this court has actual knowledge that the United States attorney has failed to show, on the record, that the pleadings of the United States attorney empower this court to go forward, the matter of The United States of America versus Austin Gary Cooper are dismissed with prejudice as to other filings.

_____
date

_____
Judge of the district court

Order – page 1 of 2

## Certificate of service

I, Martha Ellen Cooper, certify that 6-29-2006, I mailed, postage prepaid, a true and correct copy of the above and foregoing affidavit to: The United States Attorney at: U.S. Attorney's Office, 1225 17th Street, Suite 700., Denver Colorado  80202

This document has been signed and certified at _Bandera_ -City in the Texas-State, this 29th$^{st}$ day

of __6__ mo. 2006 C.E.

without prejudice
Martha Ellen Cooper

Texas-State          :
Bandera-County          : asv
Bandera-City          :

Subscribed and sworn to before me this 29th day of __6__ mo. 2006 C.E.

My Commission Expires: _8-14-2008_          Notary Public _____

Seal

AARON DANIEL BALES
MY COMMISSION EXPIRES
August 14, 2008

Without prejudice
Austin Gary Cooper
Power of Authority of signature
given to wife, Martha Ellen Cooper.
See Attachment.

Texas-State          :
Bandera-County          : asv
Bandera-City          :

Subscribed and sworn to before me this 29th day of __6__ mo. 2006 C.E.

My Commission Expires: _8-14-2008_          Notary Public _____

Seal

AARON DANIEL BALES
MY COMMISSION EXPIRES
August 14, 2008

Order – page 2 of 2