For the Court in the District of the United States,

For the Western District of Texas

San Antonio-Division

| | |
|---|---|
| THE UNITED STATES<br>A fiction<br><br>Vs.<br><br>AUSTIN GARY COOPER<br>A fiction | Case No. 06 mj-01111<br><br>**in restricted appearance** |

Austin Gary Cooper
A living man, non-juristic,
real party at interest

## Order

Whereas this court has actual knowledge that Austin Gary Cooper, gave this "court" notice of intent to enter an alibi defense: and whereas, the United States-Attorney, with a non-discretiary duty to inform putative defendant Austin Gary Cooper of the time, date, and *locus* of each and every crime which the United States-Attorney alleges was committed by Austin Gary Cooper, has failed or refused to inform Austin Gary Cooper of the time, date, and place of each and every infraction which the United States Attorney alleges as committed by Austin Gary Cooper warranting this "court's" dismissal of said cause numbered as 06 MJ-01111 without prejudice as to other filings. All indictments, warrants, orders or other instruments presently lying against Austin Gary Cooper are vacated and the United States-Attorney is enjoined from contacting Austin Gary Cooper, direct or indirectly until such time a new indictment is properly secured.

This "court" admonishes the United States-Attorney that the United States-Attorney shall have but one opportunity to re-file a separate action for the same transaction occurrences alleged in 06 MJ-01111 against Austin Gary Cooper. In the

interest of right-ruling and to assure proper "court" administration, the United States-Attorney is ordered to pre-file any further causes of action naming Austin Gary Cooper with this "court". This court further admonishes the United States-Attorney that any re-indictment of Austin Gary Cooper must be proceeded with a clear statement to this court of the time, date, and place of all crimes the United States Attorney alleges were committed by Austin Gary Cooper.

_____  	_____
date  	Judge of the district court

## Certificate of service

I, Martha Ellen Cooper, certify that 6-29-2006, I mailed, postage prepaid, a true and correct copy of the above and foregoing affidavit to: The United States Attorney at: U.S. Attorney's Office, 1225 17th Street, Suite 700., Denver Colorado 80202

This document has been signed and certified at Bandera -City in the Texas-State, this 29th[st] day of 6 mo. 2006 C.E.

(without prejudice)
Martha Ellen Cooper

Texas-State          :
Bandera-County       : asv
Bandera-City         :

Subscribed and sworn to before me this 29th day of 6 mo. 2006 C.E.

My Commission Expires: 8-14-2008   Notary Public _____

Seal  AARON DANIEL BALES
MY COMMISSION EXPIRES
August 14, 2008

Without prejudice
Austin Gary Cooper
Power of Authority of signature
given to wife, Martha Ellen Cooper.
See Attachment.

Texas-State          :
Bandera-County       : asv
Bandera-City         :

Subscribed and sworn to before me this 29th day of 6 mo. 2006 C.E.

My Commission Expires: 8-14-2008   Notary Public _____

Seal  AARON DANIEL BALES
MY COMMISSION EXPIRES
August 14, 2008

Order – page 3 of 3