Austin Gary and Martha E. Cooper
And Taking Back America, a Pure-Trust
Without prejudice
c/o 295 E. 29th Street, Suite 240
Loveland, Colorado [80538]

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JAN 05 2004
GREGORY C. LANZHAM
CLERK

*The Plaintiff's-case is filed in the*
UNITED STATES DISTRICT COURT (a false conveyance of language)
FOR THE DISTRICT OF COLORADO

*The Material Witnesses and Victim's-case is filed*
In The Court of the District of the United States,
For the District in Colorado

UNITED STATES OF AMERICA, a Corporation;

    Plaintiff

    v.

AUSTIN GARY COOPER, individually and as founder of Taking Back America; MARTHA E. COOPER, individually and as founder of Taking Back America; TAKING BACK AMERICA, an unincorporated organization.

Austin Gary Cooper, a natural person; Martha E. Cooper, a natural person; Taking Back America, a Pure-Trust

    Material witnesses and victims.

    v.

The UNITED STATES, a Corporation; The Internal Revenue-Service, a Corporation; George W. Bush, President of The Corporate UNITED STATES; Chief Justice-William Rehnquist; Attorney's General-John Ashcroft; the Congress of the United States, a Corporation; The British Accredited Registry [BAR] Association A Corporation, and its Attorney-membership; merchant-judge Lewis T. Babcock; merchant-judge William M. Hoeveler; the Commissioner of Internal Revenue; merchant-Martin Shoemaker;

) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )

Civil Action-No. 03-B-2127(PAC)

**Third Addendum and Amendment To: Special Appearance;**

**Third**
**Civil Complaint for damages; and Formal and Constructive Notice; and,**

**Criminal Complaint with Bill of Particulars, and an Information in a Criminal Case; and Demand Criminal Prosecution Against Accused by a Non-British Accredited Registry [BAR] Association Judicial Sibling and Member; and, A Bill for the Debt, Payment Due Upon Receipt against the Accused**

**We hereby charge and support the crimes by the Accused of: Treason times 30 Counts, Conspiracy to commit Treason times 30 Counts, Criminal fraud, Conspiracy to commit fraud, Conspiracy to prosecute the American people through Bills of Pains and penalties, Conspiracy against rights, Mail-fraud, Racketeering, Racketeering through false conveyance of language, Felony false conveyance of language, Continual Criminal Enterprise, Willful and knowing false representation of Article I Tribunals as Article III Courts, Bank fraud, Fraud by deception, Witness tampering, Obstruction of justice.**

**Further, we hereby charge the Accused with additional charges of felony false conveyances of language, see Exhibit-L, witness tampering,**

Page 1 of 40



US00518

Merchant-Dennis Montgomery; the Federal )
Reserve, a Corporation; Norbel Credit )
Union, its C.E.O. and Chris Crisman, Vice )
President in the Loveland-Branch; et al. )
)
)
_____ Accused. )

**and additional charges of Obstruction of Justice.**

**For the Record:**

Comes Now Austin Gary Cooper and Martha E. Cooper, Sui Juris, Appearing both Specially, Not Generally Or Voluntarily, both **In propria persona** (our natural person), and for Taking Back America, a Pure-Trust disputing and challenging both personal and subject-matter-jurisdiction of this tribunal, and filing this "Third Addendum and Amendment To: Special Appearance; Third Civil Complaint for damages; and Formal and Constructive Notice; and, Criminal Complaint with Bill of Particulars, and an Information in a Criminal Case; and Demand Criminal Prosecution Against Accused by a Non-British Accredited Registry [BAR] Association Judicial Sibling and Member; and, A Bill for the Debt, Payment Due Upon Receipt against the Accused. We hereby charge and support the crimes by the Accused of: Treason times 30 Counts, Conspiracy to commit Treason times 30 Counts, Criminal fraud, Conspiracy to commit fraud, Conspiracy to prosecute the American people through Bills of Pains and penalties, Conspiracy against rights, Mail-fraud, Racketeering, Racketeering through false conveyance of language, Felony false conveyance of language, Continual Criminal Enterprise, Willful and knowing false representation of Article I Tribunals as Article III Courts, Bank fraud, Fraud by deception, Witness tampering, Obstruction of justice. Further, we hereby charge the Accused with additional charges of felony false conveyances of language, see Exhibit-P, witness tampering, and additional charges of Obstruction of Justice." We termed this a corporate-case inasmuch as from the appearance of the parties it would appear that a conglomerate of corporations have filed against us, those being 1) the corporation known as the Federal Reserve, 2) the corporation known as the British Accredited Registry [BAR] Association, 3) the corporation known as the UNITED STATES, and 4) the corporation known as Internal Revenue. To date neither merchant-Shoemaker nor Babcock nor any other federal merchant has proven either personal or subject-matter-jurisdiction over the Trust in which we are Trustee's or us. In support, we state the following:

This document is a Third Addendum and Amendment to the filed and proven thirty- (30) counts of treason and thirty- (30) counts of conspiracy to commit treason by the federal, now, "quasi-judiciary" and its merchant-judges, i.e., Lewis T. Babcock, William M. Hoeveler, and the other Accused. It is understood that Lewis T. Babcock, in accordance with English-grammar, a "United States District Court Judge," properly read as "United non-existent, non-existent, non-existent-Judge" admits he can receive up to $25,000.00 [Twenty-five-Thousand] from the Commissioner of Internal Revenue to protect the interests of

US00519

the corporation known as "Internal Revenue" declares that he, after charged with thirty- (30) counts of treason and thirty- (30) counts of conspiracy to commit treason, has ordered the serving upon us of an unintelligible document entitled "ORDER TO SHOW CAUSE," knowing said order is replete with false conveyance of language in order to criminally usurp jurisdiction over us in an Admiralty-tribunal. Merchant-Babcock did, willfully and knowingly, and with malevolence aforethought sign an alleged "injunction" through a "United States' Motion," properly read as "United non-existent-Motion" filed by a "Trial Attorney," properly read as "non-existent-Attorney" working for a "Tax Division," properly read as "non-existent-Division" of the "United States Department of Justice," properly read as "United non-existent-Department of Justice" against us in favor of the Commissioner. Furthermore, this "United non-existent, non-existent, non-existent-Judge" uses the format of "UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO," a false conveyance of language, as his vehicle of authority. In addition, merchant-judge Lewis T. Babcock sent an "Order" allegedly dismissing crimes against him. We, on the other hand, filed numerous criminal charges, none of which have been refuted, in the proper format, to wit: "The Court of the District of the United States for the District in Colorado." Merchant-judge Babcock prefers to use the false conveyance of language in order to attempt to criminally usurp jurisdiction in a non-existent entity to continue his treason and conspiracy to commit treason.

Ten plus American Citizens served and filed into the "Court of the District of the United States for the District in Colorado" an "Affidavit of Facts" charging the Accused with up to thirty- (30) counts of treason and up to thirty- (30) counts of conspiracy to commit treason. Each natural person had served the President and Chief Justice of the corporation known as "United States," the Governor and Chief Justice of their respective States, the Commissioner of the corporation known as "Internal Revenue," and the Board of Directors of the corporation known as the "Federal Reserve" documentation proving treason, conspiracy to commit treason, criminal fraud and many other crimes committed against the American People and the American form of government. The Constitution for the United States of America only requires that two People come forward as witnesses to the crimes of treason. The Accused, specifically the merchant-Clerk and merchant-Babcock, have attempted to obstruct justice and tamper with witnesses against them by misinforming the American Citizens that they do not have standing to file charges of treason and conspiracy to commit treason, capital crimes, against the elitism-British Accredited Registry [BAR] Association-merchant-judges in America. The merchant-Clerk and Babcock having been officially charged cannot dismiss the charges; they have already acquiesced to the charges.

It would appear that the Accused is attempting to establish a defense of being intellectually challenged by filing and serving all of the documents having such gross English-grammar contents. Numerous times I have pointed out the grammatical errors and inconsistencies, however, the Accused insist

US00520

on writing unintelligible language in unintelligible documents. Thus, the Accused is either attempting to establish a defense of being intellectually challenged or is engaged in a grand, blatant conspiracy as charged, to overthrow the American form of government and the American People through false language, treason, pirating of the America's-properties under Admiralty-jurisdiction and racketeering.

Furthermore, On December 10, 2003 C.E., the Accused, by and through merchant-Martin M. Shoemaker and merchant-John W. Suthers, filed several unintelligible documents having the titles "UNITED STATES' MOTION TO HOLD DEFENDANTS IN CONTEMPT," "UNITED STATES' MOTION FOR SHOW CAUSE ORDER," "THIRD DECLARATION OF MARTIN M. SHOEMAKER," "MEMORANDUM IN SUPPORT OF UNITED STATES' MOTIONS FOR SHOW CAUSE ORDER AND TO HOLD DEFENDANTS IN CONTEMPT," proposed "ORDER TO SHOW CAUSE" and "CERTIFICATE OF SERVICE," which combined has one hundred-seventy five- (175) felony false conveyances of language, ninety three- (93) conclusions of law, and one hundred and fifty- (150) patently fraudulent statements, see Exhibit-L. The merchant Accused, "merchants-Babcock, Shoemaker, Suthers and the others," were served with thirty- (30) counts of treason and thirty- (30) counts of conspiracy to commit treason. The merchant-Accused has not denied to nor objected to the facts enumerated and articulated therein. The evidence proves that the Accused, through merchant-Babcock, is attempting to obstruct justice and witness tampering.

Based on the foregoing facts, we, Austin Gary Cooper, Martha E. Cooper and The Ten-Foundation have placed a "Public Notice – Legal Notice" in both the Denver Post Newspaper and the Reporter – Herald-Newspaper on December 26, 27 and 28, 2003 C.E., stating, "Austin Gary Cooper and Martha E. Cooper of "Cooper and Cooper-Law-Firm" and "The Ten-Foundation" have filed with the "Court of the District of the United States for the District in Colorado" documentation entitled "Third Civil Complaint for damages; and Formal and Constructive Notice; and, Criminal Complaint with Bill of Particulars, and an Information in a Criminal Case; and Demand Criminal Prosecution Against Accused ..." along with Addendum and Second Addendum, charging the corporate United States and the corporate Internal Revenue and its officers, agents, brokers and intermediaries, including, but not limited to, the merchant-judges of the aforementioned District with thirty counts of treason and thirty counts of conspiracy to commit treason. The case-number is "Civil Action No. 03-B-1127 (PAC)." Given ample time to refute the aforementioned charges, the merchant-judge nor the merchant-trial-attorney have neither objected to nor denied the charges nor the Bill of Particulars incorporated within the charges. A few of the charges may be printed (downloaded) and perused at www.tenfoundation.com under the title "Treason Info." We have demanded a proper grand jury to investigate the charges but have had justice

US00521

obstructed repeatedly.

If anyone has any information regarding the aforementioned case please notify us in writing sent to: The Ten-Foundation, without prejudice c/o 295 E. 29th Street, Suite 240, Loveland, Colorado [80538]," see Exhibits-M and N.

## CRIMINAL COMPLAINT

For every criminal count we hereby adopt and incorporate the following paragraphs-letters-A through I as if fully set forth at length: Due to the conservation of our natural resources I shall not include the filed documentation as Exhibits inasmuch as they have all been served to the tribunal and to the interested parties, or the interested parties are active conspirators, thereby already aware of their crimes.

A.      We hereby adopt and incorporate the "Special Appearance; Civil Complaint for damages; and Formal and Constructive Notice; and, Criminal Complaint with Bill of Particulars, and an Information in a Criminal Case; and Demand Criminal Prosecution Against Plaintiffs by a Non-British Accredited Registry [BAR] Association Judicial Sibling and Member; and, A Bill for the Debt, Payment Due Upon Receipt against the Accused. We hereby charge and support the crimes by the Accused of: Treason, Conspiracy to commit Treason, Criminal fraud, Conspiracy to commit fraud, Conspiracy to prosecute the American people through Bills of Pains and penalties, Conspiracy against rights, Mail-fraud, Racketeering, Racketeering through false conveyance of language, Felony false conveyance of language, Collusion, Menace, False imprisonment, Assault and Battery, simple Assault, Continual Criminal Enterprise, Willful and knowing false representation of Article I Tribunals as Article III Courts, Conversion, Jury-Tampering on both the grand and petit-juries, Bank fraud, Stalking, Fraud by deception, and willfully and knowingly exposing me when naked to visitors when held in the federal concentration-camp," previously filed into this case as if fully set forth at length.

B.      We hereby adopt and incorporate the "Special Appearance; Second Civil Complaint for damages; and Formal and Constructive Notice; and, Criminal Complaint with Bill of Particulars, and an Information in a Criminal Case; and Demand Criminal Prosecution Against Plaintiffs by a Non-British Accredited Registry [BAR] Association Judicial Sibling and Member; and, A Bill for the Debt, Payment Due Upon Receipt against the Accused. We hereby charge and support the crimes by the Accused of: Treason, Conspiracy to commit Treason, Criminal fraud, Conspiracy to commit fraud, Conspiracy to prosecute the American people through Bills of Pains and penalties, Conspiracy against rights, Mail-fraud, Racketeering, Racketeering through false conveyance of language, Felony false conveyance of language, Collusion, Menace, False imprisonment, Assault and Battery, Simple Assault, Continual Criminal Enterprise, Willful and knowing false representation of Article I Tribunals as Article III Courts, Conversion, Jury-Tampering

US00522

on both the grand and petit-juries, Bank fraud, Stalking, Fraud by deception, and willfully and knowingly exposing me when naked to visitors when held in the federal concentration-camp," previously filed into this case as if fully set forth at length.

C.     We hereby adopt and incorporate the "Special Appearance; Third Civil Complaint for damages; and Formal and Constructive Notice; and, Criminal Complaint with Bill of Particulars, and an Information in a Criminal Case; and Demand Criminal Prosecution Against Plaintiffs by a Non-British Accredited Registry [BAR] Association Judicial Sibling and Member; and, A Bill for the Debt, Payment Due Upon Receipt against the Accused. We hereby charge and support the crimes by the Accused of: Treason times 27 Counts, Conspiracy to commit Treason times 27 Counts, Criminal fraud, Conspiracy to commit fraud, Conspiracy to prosecute the American people through Bills of Pains and penalties, Conspiracy against rights, Mail-fraud, Racketeering, Racketeering through false conveyance of language, Felony false conveyance of language, Continual Criminal Enterprise, Willful and knowing false representation of Article I Tribunals as Article III Courts, Bank fraud, Fraud by deception, Witness tampering, Obstruction of justice" [hereafter Third Complaint] previously filed into this case as if fully set forth at length.

D.     We hereby adopt and incorporate the "Addendum To: Special Appearance; Third Civil Complaint for damages; and Formal and Constructive Notice; and, Criminal Complaint with Bill of Particulars, and an Information in a Criminal Case; and Demand Criminal Prosecution Against Plaintiffs by a Non-British Accredited Registry [BAR] Association Judicial Sibling and Member; and, A Bill for the Debt, Payment Due Upon Receipt against the Accused. We hereby charge and support the crimes by the Accused of: Treason times 27 Counts, Conspiracy to commit Treason times 27 Counts, Criminal fraud, Conspiracy to commit fraud, Conspiracy to prosecute the American people through Bills of Pains and penalties, Conspiracy against rights, Mail-fraud, Racketeering, Racketeering through false conveyance of language, Felony false conveyance of language, Continual Criminal Enterprise, Willful and knowing false representation of Article I Tribunals as Article III Courts, Bank fraud, Fraud by deception, Witness tampering, Obstruction of justice. Further, we hereby charge the Accused with additional charges of felony false conveyances of language, see Exhibit-I, witness tampering and additional charges of Obstruction of Justice" previously filed into this case as if fully set forth at length.

E.     We hereby adopt and incorporate the "Second Addendum To: Special Appearance; Third Civil Complaint for damages; and Formal and Constructive Notice; and, Criminal Complaint with Bill of Particulars, and an Information in a Criminal Case; and Demand Criminal Prosecution Against Accused by a Non-British Accredited Registry [BAR] Association Judicial Sibling and Member; and, A Bill for the Debt, Payment Due Upon Receipt against the Accused. We hereby charge and support the crimes by the Accused of: Treason times 27 Counts, Conspiracy to commit Treason times 27 Counts, Criminal fraud, Conspiracy to commit fraud, Conspiracy to prosecute the American people through Bills of Pains and

penalties, Conspiracy against rights, Mail-fraud, Racketeering, Racketeering through false conveyance of language, Felony false conveyance of language, Continual Criminal Enterprise, Willful and knowing false representation of Article I Tribunals as Article III Courts, Bank fraud, Fraud by deception, Witness tampering, Obstruction of justice. Further, we hereby charge the Accused with three- (3) additional charges of treason, three- (3) additional charges of conspiracy to commit treason, felony false conveyances of language, see Exhibits-J through O, witness tampering and additional charges of Obstruction of Justice." previously filed into this case as if fully set forth at length.

**F.**       We hereby adopt and incorporate Exhibits-A through H of the Third Complaint previously filed into this case as if fully set forth at length.

**G.**       We hereby adopt and incorporate Exhibit-I of the Addendum to the Third Complaint previously filed into this case as if fully set forth at length.

**H.**       We hereby adopt and incorporate Exhibits-J and K of the Second Addendum to the Third Complaint previously filed into this case as if fully set forth at length.

**I.**       We hereby adopt and incorporate Exhibits-L through M attached hereto as if fully set forth at length.

## Counts I through LX.

Treason -Counts I, III, V, VII, IX, XI, XIII, XV, XVII, XIX, XXI, XXIII, XXV, XXVII, XXIX, XXXI, XXXIII, XXXV, XXXVII, XXXIX, XLI, XLIII, XLV, XLVII, XLIX, LI, LIII, LV, LII and LVIX. Conspiracy to commit Treason - Counts II, IV, VI, VIII, X, XII, XIV, XVI, XVIII, XX, XXII, XXIV, XXVI, XXVIII, XXX, XXXII, XXXIV, XXXVI, XXXVIII, XL, XLII, XLIV, XLVI, XLVIII, L, LII, LIV, LVI, LVIII and LX.

**I and II** - As written in my filed documents to the corporate chief officers, the tribunals display the Federal military flag as its jurisdiction. Under Title 4 USCS (and USCA) § 1 INTERPRETIVE NOTES AND DECISIONS "Placing of fringe on national flag...within discretion of President as Commander-In-Chief of Army and Navy. (1925) 34 Op Atty Gen 483." In addition, "Pursuant to U.S.C. Chapter 1; 2, and 3; Executive Order No. 10834, August 21, 1959, 24 F.R. 6865, a military flag is a flag that resembles the regular flag of the United States, except that it has a YELLOW FRINGE, bordered on three sides. The President of the United states designates this deviation from the regular flag, by executive order, and in his capacity as COMMANDER-IN-CHIEF of the Armed forces." Moreover, the Congress willfully and knowingly overstepped its power, to wit: in 1845 Congress passed an act saying Admiralty-law could come on land. The bill may be traced in Cong. Globe, 28th Cong., 2d. Sess. 43, 320, 328, 337, 345(1844-45), no opposition to the Act is reported. Congress held a committee on this subject in 1850 and they said: "The committee also alluded to 'the great force' of 'the great constitutional question as to the power of Congress to extend maritime jurisdiction beyond the ground occupied by it at the adoption of the

US00524

Constitution....'" - Ibid. H.R. Rep. No. 72 31st Cong., 1st Sess. 2 (1850)." Thus, this tribunal is an Administrative court-martial and the British Accredited Registry [BAR] Association-Attorneys have overthrown the American people and the American form of government by extirpating the civil authority and removing the Judiciary in favor of their military quasi-judiciary [something that appears to be a proper judiciary but is not].

III and IV - The judges are members and swear allegiance to a private corporation known as the British Accredited Registry [BAR] Association. The BAR Association is owned by the Templar BAR, which Templar BAR is located and owned by "The Crown" a/k/a "The City" in London, England. "The Crown" a/k/a "The City" is owned by the Rothschild-Bank-Cartel and the Rothschild-family. Further, the Rothschild's are known to have the position of "Guardian of the Vatican's-Treasury," thus, the Rothschild-family represents the interests of the Vatican. Hence, the judge is a foreign agent commandeering the judiciary of the United States of America and the Colorado-State to overthrow the American people and the American form of government.

Furthermore, The word Attorney is taken from the words:

Attorn / v. Me. [Origin French. atorner, aturner assign, appoint, f. a-torner turn v.] 1. v.t. Turn; change, transform; deck out. 2. v.t. Turn over (goods, service, allegiance, etc.) to another; transfer, assign. 3. v.i. Transfer one's tenancy, or (arch.) homage or allegiance, to another; formally acknowledge such transfer. Attorn tenant (to) Law formally transfer one's tenancy (to), make legal acknowledgment of tenancy (to a new landlord). — *Oxford English Dictionary 1999.*

Attorn, v.i. [Latin ad and torno.] In the feudal law, to turn, or transfer homage and service from one lord to another. This is the act of feudatories, vassals or tenants, upon the alienation or the estate. — *Webster's 1828 Dictionary.*

Attornment, n. The act of a feudatory vassal or tenant, by which he consents, upon the alienation of an estate, to receive a new lord or superior, and transfers to him his homage and service. — *Webster's 1828 Dictionary.*

Attornment n. the transference of bailor status, tenancy, or (arch.) allegiance, service, etc., to another; formal acknowledgment of such transfer: lme. — *Oxford English Dictionary 1999.*

Thus, it is clear that an Attorney is one who *transfers or assigns, within the BAR, another's rights and property, acting on behalf of the ruling crown ("The Crown" a/k/a "The City" in London, England; in other words this countries de facto government).* In other words, when Attorneys call themselves officers of the court, they are correct in that they are all government agents; however, they serve a foreign government. The American people are deceived into believing that they [the BAR] are neutral and working on behalf of justice, not serving their British Accredited Registry-Association.

US00525

Moreover, The IRS is not a United States-Government-Agency, it is an Agency of the IMF (International Monetary Fund), <u>Diversified Metal Products v. IRS et al.</u> CV-93-405E-EJE "U.S.D.C.D.I.," Public Law 94-564, Senate Report 94-1148 pg. 5967, Reorganization Plan No. 26, Public Law 102-391. International Monetary Fund is defined as, "Agency of the United Nations established to stabilize international exchange and promote balanced international trade," <u>Black's Law Dictionary, Fifth Edition</u>, page 733. The "Colorado Department of Revenue" also works under the auspices of the Corporation known as "Internal Revenue," it requires the "Social Security Number" as its jurisdiction, and, therefore, it derives its power and authority under treason and conspiracy to commit treason.

**V and VI** – The federal and State tribunals use felony false-conveyances of language as its vehicles of jurisdiction over the American People. The British Accredited Registry [BAR] Association-Attorneys have dubbed this tribunal the "United States District Court." The phrase "United States" is a noun-phrase that has been converted into an adjective modifying the noun-District; the word-District is a noun that has been converted into an adjective modifying the noun-Court, there is no such place; therefore, this is a false-conveyance of language and a felony. Properly read according to English-grammar, this language would be, "Non-existent, non-existent-Court." Thus, in order to perform their dastardly deeds, the BAR Association has created non-existent-Courts to pillage and plunder the wealth and rights of the American people and to overthrow the American form of government.

In addition, the statutes are written in false-conveyances of language in order to usurp jurisdiction over the American People and trap the American People under a language that does not exist. This falsification of language opens a Pandora's-Box against the American People with the British Accredited Registry [BAR] Association and its principal, the Vatican and Rothschild-Bank-Cartel, as a totalitarian government, rather like a sophisticated and contemporary Spanish-Inquisition. A false language, where justice has no stronghold, where charges have no meaning according to the language; thus, the corporate government assumes the authority to plunder and pillage the American People. Through corruption and false language "We the People" are charged with the anti-law called statutes and commanded to answer to the charges; however, it is difficult to answer when one does not understand the question. Hence, the BAR Association, through its opinions, have exercised the "Humpty-Dumpty" methodology of control, wherein they have ruled the people under the now quasi-judiciary with the dictates that "everything means exactly and precisely what I [the BAR-Attorneys] say it means at the time."

**VII and VIII** - The judge has everyone "rise" when proceeding to his/her thrown. History recognizes that the judge would carry in the Bible with him and that the people would rise-up in reverence to the word of the Heavenly Father-Yahuah, not the judge. Further, the Bible would render the hearing one

US00526

under the common-law, said Bible containing the Law burned into stone by the Heavenly Father, wherein the unalienable rights of the accused would be protected. It was not known as the time that at the time the British Accredited Registry [BAR] Association was covertly planning and implementing its take over of the American form of government. However, when the judge stopped carrying in the Bible the hearing became a "Royal court" inasmuch as the judge is dubbed "Esquire," an English title just under nobility meaning "shield-bearer." Now, the "common-law"-Court of Law has been overthrown in favor of the British Accredited Registry Association's-sovereignty known as "The Crown" a/k/a "The City" in London, England and proceeding under the "Royal court" of "The Crown." Thus, through this treason and conspiracy to commit treason the American people have become subjects in their own country and their own land.

**IX and X** - The Attorneys of the British Accredited Registry [BAR] Association have willfully and knowingly sold out their country to serve "The Crown" a/k/a "The City" in London, England. Then, they have, with treason in mind and deed, removed the Flag of the Republic in favor of their Admiralty-flag to remove the "Courts of Law" and replace them with "Military tribunals" under an Admiralty-flag and a foreign government. The corporate government through the BAR Association then created a sub-status citizenship found in the questionably ratified Fourteenth-Amendment to the Constitution for the United States of America and written as "citizen of the United States." Further, they then quote cases stating their jurisdiction is based on the American People being "United States citizens." The phrase "United States" is a noun-phrase that has been converted into an adjective modifying the noun-citizen, there is no such creature; therefore this is a false-conveyance of language and a felony. When properly read, this phrase would be "United non-existent-citizen." Through this sub-status and/or non-existent citizenship the BAR and its corporate government made the American Citizens property of the corporate state and assumed a dictatorial position over the people and the American form of government.

**XI and XII** - Under their feudal-system, the BAR Association has annexed the property and persons of the American People through the reprehensible language known as "eminent domain." In addition, the following treasonous statement by the Senate, written in 1933 witnesses the coup against the American form of government and the American People, to wit: "The ultimate ownership of all property is in the state; individual so-called `ownership' is only by virtue of government, i.e., law, amounting to a mere user; and use must be in accordance with law and subordinate to the necessities of the State." - Senate Document No. 43, "Contracts payable in Gold." With this principal of feudal, nazi, fascist, communist, dictatorship, totalitarian and other such governments the ruling elite control the people through the threat that the corporate government can, and often times do, take the properties of the People if they question

US00527

or resist the tyranny. Thus, through this concept the Accused can maintain control over any who would speak out against their tyranny.

**XIII and XIV** - With this principal of "eminent domain" well established in systems of government known as feudal, nazi, fascist, communist, dictatorship, totalitarian and other such governments the ruling elite control the people through the concept that if the people own nothing they have nothing to bargain with and, therefore, have no legitimate position of voting-rights to elect a proper lawful government. Thus, the alleged right to vote becomes a privilege requiring an act of registration. Hence, the people are no more than subjects presenting their wishes and granting the existing de facto government permission by accepting and performing according to the privileges they, the American people, have been granted by the now de facto government. Further, when the corporate government grants someone the privilege to vote by exercising a control of registration, the corporate government becomes the parent-corporation, which means that the human-person seeking permission becomes the child and through an unbeknownst "tacit agreement" loses his/her rights and then agrees through implied-contract to be bound by the corporation and/or foreign government, not by law. In addition, if one attempts to counter the tyranny of the now de facto government he/she would be threatened with the loss of his/her property, or the corporate government would simply take the humans property in order to frighten others into submission for fear of losing their properties. Thus, the Accused through the BAR Association has perpetrated treason and conspired to commit treason through their deliberate actions aforementioned.

**XV and XVI** - The Seventh-Amendment to the Constitution for the United States of America states, "In Suits at common-law, where the value in controversy shall exceed twenty dollars, the right of trail by jury shall be preserved, and no fact tried by jury, shall be otherwise re-examined in any Court of the United States, than according to the rules of the common-law." There is no place where a "jury trial" is authorized in the Constitution, ibid. In the language "jury trial," the word-jury is an adjective modifying the noun-trial. Jury as an adjective means "makeshift." Thus, "jury trial," means a "makeshift trial." The sinister BAR Association-Attorneys have overthrown the American form of government and the American People by covertly replacing a lawful "trial by jury" in favor of the dictatorial "makeshift trial" in order for them to systematically destroy the liberties of the American people through "Bills of Pains and penalties" and make subjects of the American people.

**XVII and XVIII** – The quasi-Judiciary places on the jury-pools of the grand and petit juries, agents working for the corporate government in order to tamper with the jury. The American People when tried

Page 11 of 40

US00528

whether civilly or criminally do not get a jury of their peers. The corporate government stacks the juries with "postal workers," "agents of the corporation known as 'Internal Revenue,'" "police officers and agents," people receiving welfare-payments and, therefore, sensitive to the corporate demands. Hence, through treason and conspiracy to commit treason the Accused tampers with the juries in order to overthrow the American form of government and the American People.

**XIX and XX** – Statutes are an abrogation of the American "common-law," see Uniform Commercial Code § 1-103:6. The Unalienable Rights of the American People come from the Law. Since statutes abrogate the law, they then, in turn, extirpate the rights of the American People. The British Accredited Registry [BAR] Association-Attorneys do not allow law in "their" courtrooms and, thus, have commandeered the Article III Courts of the Constitution for the United States of America in favor of their Admiralty-tribunals. Furthermore, all federal tribunals are Administrative tribunals, Article I Section 8 [9], "To constitute Tribunals inferior to the supreme Court;" under Admiralty-jurisdiction. Congress through unconstitutional means extended maritime-jurisdiction onto the land in order to overthrow the Constitution for the United States of America, "The committee also alluded to 'the great force' of 'the great constitutional question as to the power of Congress to extend maritime jurisdiction beyond the ground occupied by it at the adoption of the Constitution....'" - H.R. Rep. No. 72 31st Cong., 1st Sess. 2 (1850)." The judges, prosecutors and defense Attorneys know this but keep it a secret in order to assume absolute power and control over the American People for their [BAR Attorneys] evil gain. Thus, the Accused has willfully and knowingly overthrown the American form of government and the American People.

**XXI and XXII** - Article I, Section 10 of the Constitution for the United States of America states, "No State shall ...make any Thing but gold and silver Coin a Tender in Payment of Debts..." The merchant-Plaintiffs send out documents demanding $, which is a symbol that indicates, "no-silver," from the American People. The now defunct S with two slightly separated parallel-vertical-lines at or near the center of the S means, "silver-bar," I, on the other hand, file(d) for the money of account and wrote/write, "I require the payment to be in the money of account; however, if the Accused does not have the money of account, then payment may be made in Federal Reserve-Notes; however, such payment will be 'received without prejudice.'" Thus, a reservation of rights and the "Doctrine of Estopple" is exercised inasmuch as "Federal Reserve Notes" are promissory notes and not payment; and few, if any, have gold and silver-Coin in order to pay a debt. Furthermore, the language "Federal Reserve Notes" not hyphenated is a false-conveyance of language inasmuch as the phrase "Federal Reserve" is a noun-phrase that has been converted into an adjective modifying the noun-Notes; according to English-grammar there

US00529

is no such creature. When properly read, the language "Federal Reserve Notes" would be, "Federal non-existent-Notes." However, "receiving" the notes "without prejudice" converts the notes into money inasmuch as through treason and conspiracy, the Congress of the United States removed our proper money, thereby conspiring to place each and every human person under the regulations of bankruptcy and covertly seize their properties. Now monies and human persons acting for the corporate State that accept these notes accept the debt attached to them; however, by receiving them I do not agree to the unlawful obligation attached thereto. Neither the merchant-Plaintiff's nor the merchant Accused state(d) that they would take payment in the proper conveyance of language "Federal Reserve-Notes," they only use the symbol for no-silver. Hence, any "payment" demanded, in the form of taxation, fines, etc. to the corporate government could be made in wooden-nickels or grains of sand, etc. Hence, the corporate United States, State or government United States or State enforcing any "payment" for any alleged debt or debt in fact in other than the money of account for its coffers, as it were, is an act of treason and an overthrow of the American form of government and of the American people. The body-politic "We the People" can, on the other hand, receive "Federal Reserve Notes" or Federal Reserve-Notes "without prejudice" and protect their rights by so doing. The government-controlled-schools, however, do not teach the people to protect their rights but instead forcibly teach them to surrender their rights to the de facto government presently in control.

**XXIII and XXIV** - In order to rob the America people of their "Courts of Law" the British Accredited Registry [BAR] Association established a bogus "license" to practice law. This action monopolizes the branch of government known as the judiciary and creates a quasi-judiciary taking its place. Through this bogus licensing the BAR Association regulates and controls any one who would enter its domain granting it absolute despotism over the system of government it conspires to overtake. Moreover, since the Attorneys say they are licensed, then they admit that they are merchants, Uniform Commercial Code § 2-104(1). This position witnesses a monopoly inasmuch as the BAR Association enforces that one has to be licensed through its merchant-Attorney-Association in order to "practice law," however, the truth be known, they [the BAR-Attorneys] do not function or operate within the law, only the anti-law known as statutes. The statistics support the tyranny of the BAR Association-Attorneys in that one-out-of-every-thirty Americans are in prison, on probation or on parole presently in this country and many more have their monies and properties stolen from them by the infamous British Accredited Registry [BAR] Association-Attorneys in the role of judges, prosecutors and defense-attorneys. This action places the weasels in charge of the hen-house, as it were, and is patently treasonous in a land of "free-enterprise" and liberty and justice for all. This "license" is nothing more than membership in the private corporation known as the BAR Association and its principal "The Crown" a/k/a "The City" in London, England. The

US00530

Preamble and the first Ten-Amendments sandwich in the three sub-branches of government supporting that "We the People" are the collective-sovereignty and the government, the proper government that is, are public servants, not public masters.

XXV and XXVI - The corporate State and corporate state have its own religion and, through treason, is forcing its religion upon the children of America. The corporate state teaches the children evolution; that humans evolved from apes, and so on and so forth. There has never been evidence proving such nonsense, however, the corporate State demands that the children in their impressionable years go to the corporate government schools and influences them unduly anent this bunk. Since the evolution-hypothesis has never been proven, which makes the hypothesis questionable at best, and, therefore, is based on a science of conjecture and belief, it is a religion. Moreover, when presented the question of. "Where then did our eyes come from"(?), the evolution worshipers are at a loss for words. The corporate State then bastardized Amendment I of the Constitution for the United States of America wherein it states, "Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; ..." to abolish the free exercise of religion in favor of their, the corporate, State-religion. The purpose for this deception is to place humans in the category of the animals and, thereby, extirpate the unalienable rights through the corporate hypothesis that if we came from one-celled animals we are no different than any animal, with the exception that we are simply more advanced. Thus, we would not be stewards on this planet as "The Scriptures" point out, just advanced animals and our unalienable rights would be no more than privileges granted by other humans thinking they are the superiors, as in rule by the fittest, that meaning the most evil as pointed out so eloquently by Lord Acton wherein he stated, *"Power corrupts, absolute power corrupts absolutely."*

XXVII and XXVIII – When "We the People" buy an automobile, truck, van, motorcycle or the like [hereafter vehicle] we do not receive the "Certificate of Origin" [hereafter CO]. The one who has the CO is the owner of the vehicle. The corporate State, a subsidiary of the federal corporation, has ordered the dealerships to surrender the CO's to it and it issues a "Certificate of Title" [hereafter CT]. Since the corporate State possesses the CO it has annexed the vehicle and issues a CT in order to commandeer ownership of the vehicle so that the corporate State may effectively lease the vehicle to the human who thought he/she had bought it originally. Thus, the human purchasing the vehicle is not told that the corporate State has unlawfully commandeered the vehicle and fraudulently and through treason has stolen the vehicle that the human is paying for and that the corporate State now owns the vehicle, consequently requiring registration for the human to use or travel in. Hence, through treason, criminal fraud and racketeering the British Accredited Registry [BAR]-Association has unlawfully commandeered

Page 14 of 40

US00531

the property of the American people in order to overthrow the American people and the American form of government.

**XXIX and XXX** - The Fourth Amendment to the Constitution for the United States of America states, "The right of the people to be secure in their person, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated..." In violation of the Constitution ibid, the corporation known as Internal Revenue, searches the American People's papers and effects minute by minute in this country. The agents of the false entity known as "Internal Revenue Service" write summonses against the American People, levies, and liens without verification of any debt. The corporation known as Internal Revenue is a private corporation working in conjunction with the Federal Reserve, a private corporation controlled by the Vatican through the Rothschild-Bank-Cartel. The aforementioned private corporation [Internal Revenue] is protected under an auspices of authority usurped by another corporation owned by the Vatican and the Rothschild-Bank-Cartel, which corporation is known as the BAR Association. Then, the corporation known as the Internal Revenue has its own tribunal, which it calls the "United States Tax Court." The language "United States Tax Court" is false-conveyance of language inasmuch as the phrase "United States" is a noun-phrase that has been converted into an adjective modifying the noun-Tax; the word-Tax is a noun that has been converted into an adjective modifying the noun-Court; there is no such language; therefore, when properly read it would be "United non-existent, non-existent-Court." Moreover, it is a common practice for the merchant federal and State "police officers" to search the American Peoples person, houses, papers and effects without lawful authorization, and their co-conspirators, the quasi-judiciary British Accredited Registry Association, support such action against the American People and the American form of government on an hourly basis in violation of Amendment IV of the Constitution for the United States of America.

**XXXI and XXXII** – The corporate United States and the corporate States commit Treason and conspire to commit treason against the American People and the American form of government through the crime of malicious prosecution. The facts of treason, conspiracy to commit treason, kidnapping for ransom, murder, conspiracy to commit murder, obstruction of justice, witness tampering, jury tampering, criminal fraud, conspiracy to commit fraud, mail-fraud, false conveyance of language, grand theft, and so on and so forth, have been filed and acquiesced to by the Chief Officers of the corporations aforementioned and this tribunal. The Prosecutorial staff denied not a single fact filed against them articulating these charges; therefore, the people of the corporate-government admit their crimes but claim impunity. Instead of denying with opposing facts, the prosecutor pleaded with his coconspirator, merchant-judge Lewis T. Babcock, to order dismissed the legitimate complaint under a rule, Federal Rules of Civil

US00532

Procedure 12(f), created and written by the British Accredited Registry Association to cover-up legitimate charges filed by the American People against the judiciary and other sub-branches of government. It is hereby noted that if merchant-judge Lewis T. Babcock was of proper moral and judicial character and a man of justice he would have ordered a proper grand jury empanelled for presentment for indictment against the corporations in question and the officers, agents, brokers and intermediaries of the said corporations. When merchant-Shoemaker and the merchant "United States Attorney" did not deny and qualify a denial with the law, the merchant-judge should have ordered the immediate arrest of Shoemaker and the "United States Attorney;" however, he did not. Furthermore, the judge would have ordered the Internal Revenue to cease and desist its unlawful actions against the American People. However, nothing has changed; instead "United non-existent, non-existent, non-existent-Judge" Lewis T. Babcock continues his treason and conspiracy to commit treason in a attempt to usurp jurisdiction using the fictitious entity known as the "United non-existent, non-existent-Court" as his vehicle with a "non-existent-Motion" filed by a "non-existent-Attorney" working for a "non-existent-Division" of the "United non-existent-Department of Justice" with something called the "United States" as the "Plaintiff." The moment merchant-judge Lewis T. Babcock did not order the corporations to cease and desist the actions against the American People Babcock proclaimed his active participation in the conspiracy against the American People and the American form of government. Furthermore, merchant Shoemaker continues to file his documents in a solicitation of a criminal conspiracy. Thus, through treason and conspiracy to commit treason the corporate government engages in malicious prosecution in order to overthrow the American People and the American form of government.

XXXIII and XXXIV - The Fifth-Amendment to the Constitution for the United States of America states, "...nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; not shall private property be taken for public use, without just compensation." The corporations of the BAR, the United States, the Federal Reserve and the Internal Revenue seize the American Peoples property, actually for private use under the auspices of authority granted under the Constitution for the United States of America, hour by hour. In reality the corporations, supra have commandeered the courts through Admiralty-jurisdiction and extirpated the Common-Law; thus, the merchant-officers violated our rights and the rights of the American People as a whole aforementioned written in the Fifth-Amendment to the Constitution for the United States of America. Americans are deprived of their live, liberty and property without law, much less due process of law. Furthermore, the American People are compelled to be witnesses against themselves under the anti-law known as statutes by many organizations claiming to be legitimate government agencies (e.g., "Colorado State Patrol," "Colorado Department of Revenue," "Motor Vehicle Business Group," FAA,

US00533

FCC, IRS, State Highway Patrol). These criminals are given their authority and protection from the British Accredited Registry [BAR] Association, the government behind the scenes. Many, if not all, situations aforementioned were done while the corporate agents were armed and dangerous. This unlawful practice is conducted hourly by the corporate security-guards called police, or agents of policing agencies, against the American People and the American form of government, which witnesses the overthrow of the American government and the American People. "We the People" are commanded and threatened to give information to the corporate security-guards under threat of further charges and violence, which corporate security-guards are protected by the BAR Association-Attorneys quasi-judiciary when these cases go before them. Thus, the corporate de facto government has taken the American public's-properties without just compensation and forced the American People to be a witness against himself or herself when being charged with anti-law statutes. The People are deprived of their life, liberty and property and have now become prisoners, bankrupt [no gold and silver-coins to pay a debt], homeless [eminent domain] and debtors in their own country.

**XXXV and XXXVI** - The First-Amendment to the Constitution for the United States of America states, "Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances." Since the corporate State, by and through the British Accredited Registry Association-Attorneys and their corporate security-guards known as police and agents of policing agencies, declare they own the highways then they can and do force the American People to get a document entitled "driver's license." The language-"driver's license" is a false-conveyance of language inasmuch as the word-driver's is a possessive noun that has been converted into an adjective modifying the noun-license; there is no such language. When properly read this language would be "non-existent-license."

Furthermore, the FAA has commandeered the public transportation facilities where they require identification in the form of a "driver's license" from a corporate State in order for the American People to travel. Not only is the language-"driver's license" a felony-false-conveyance of language but it also confers upon the person that status of being property of the corporate government seeking a privilege. If the corporate government chooses not to grant the permission one could and probably would be restricted from going to the assembly or church of his/her choice and from congregating with people of his/her faith in order to counter the State's-religion of evolution for their children. If the corporate government owns the highway then there would be no freedom of religion, one would have to satisfy the corporate government in order to be allowed access, which would grant the corporate government the authority to

US00534

determine which religions they consider appropriate, in other words, one could be restricted to "IRC 501(c)(3)," in other words, a government corporate church.

In addition, one could not petition the Government for redress of grievances if one does not have the right of locomotion and movement inasmuch as one could not, without permission from the corporate State, get to a location where they could present the petition. In addition, just getting to a place where one could present his/her petition one would be in jeopardy of arrest and imprisonment for using the "public highways" without permission. Thus, the corporate State controls the ability of any human to petition by controlling their access to the thoroughfares. Thus, the corporate State has overthrown the Constitution for the United States of America in favor of its totalitarian form of government.

**XXXVII and XXXVIII** - The Sixth-Amendment to the Constitution for the United States of America states, "In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, … and informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defence [sic]." The Sixth-Amendment ibid, does not have in writing any thing about either an Attorney (a merchant) or a license. The BAR Association, serving a foreign nation, instead overthrew the Constitution for the United States of America's-Sixth-Amendment in order to strip the American People of Assistance of Counsel, impartial jury, to be informed of the nature and cause of the accusation, compulsory process for obtaining witnesses in his favor, wherein the British Accredited Registry [BAR] Association-Attorneys under Admiralty-authority did not commandeer jurisdiction. The "Royal Courts" controlled and owned by the BAR Association have determined that one has to use an Attorney or appear pro se (as your own Attorney) thus, granting jurisdiction to a merchant-tribunal where no law or "rights" under law exist.

**XXXIX and XL** - The corporate United States and State's-witnesses, the police and other government agents, are protected from charges of perjury under the unlawful Supreme Tribunal's-case "Briscoe Et. al. v. LaHue Et. al., 460 U.S. 325 (1983). Furthermore, the police and policing agencies have become corporate security-guards working for the corporate government and no longer for the American People, and have a vested interest to give false information as testimony. This unlawful protection has grown to encompass virtually every government officer, agent, broker or intermediary the prosecutor calls to give testimony-against-the-American-Public. Thus, the America's-People's-right to face their accuser has been stripped from them so that the British Accredited Registry Association and corporate merchant-police can mature their conspiracy to overthrow the American People and the American form of government.

**XLI and XLII** – The American People are required to obtain a document called a "Driver's License" before they can use their own highway, thus, making the natural person a highway-merchant. As a merchant, the natural person allegedly falls under the Uniform Commercial Code through commerce and the corporate government presumes ownership and control of the natural person. Thus, the person is unwittingly dragged into commerce wherein the corporate government usurps jurisdiction. Since the natural person is not informed of this conspiracy and criminal act in order that he/she may make a choice, and since the corporate government writes, prosecutes and enforces Common-Law criminal sanctions against the people for not complying with this anti-law (statutes), the BAR Association and corporate police commit the crimes of treason and conspiracy to commit treason, an overthrow of the American form of government and the American People, but also racketeering, criminal fraud, conspiracy in Bills of Pains and penalties, theft, robbery while armed and dangerous, assault and battery, false arrest, false imprisonment, and many other crimes against the America's-People.

**XLIII and XLIV** – The Banks, operating under the authority of the Federal Reserve, a principal of the BAR Association, are given permission to create monies out of thin air. Then interest is charged on the use of the mere electronic entries, which would present a false debt and expand into a false national debt. The Federal judges and their British Accredited Registry [BAR] Association-Attorneys, along with the other Accused, support and encourage this Bank-Fraud against the American People. The Congress is given permission to borrow on the credit of the United States, whatever the United States is, not on the credit of the American People or the States of the Union. Thus, the Legislature cabal, joined by the Executive sub-branch and, since 1933, this quasi-Judiciary, succeeded into bankrupting the American People in an attempt to overthrow the American form of government and the American People. This conspiracy makes debtors of the American People to a discreet cabal headed by the Vatican, and it's Guardian of the Vatican's Treasury: the Rothschild-Bank-Cartel.

**XLV and XLVI** – The sub-branches of government known as the Legislature, Executive and Judiciary [now quasi-judiciary] willfully and knowingly side track the Law and the Rights of the American People in order to fulfill the agenda of a foreign nation and country, namely the Vatican and "The Crown" a/k/a "The City" controlled by the "Guardians of the Vatican's Treasury," the Rothschild-Bank-Cartel. Through criminal actions of the Accused, America is being taken into a one-world-government where we will have lost our collective-sovereignty of "We the People" and will become world-subjects under a political arena and force known for its cruelty and inhumanity, the Vatican. This creature murdered between fifty and sixty-million people in the dark-ages, had concentration-camps in Croatia where the Serbs were tortured and many murdered heinously because they refused to join the Vatican "church"

US00536

before and during "World War II" (see "The Vatican's Holocaust" written by Avro Manhattan.), supported for election two of the most evil people in history, those being Hitler and Mussolini and has an army of Jesuits whose job it is to seize the world for the "mother church." This is not to say that Catholics are cognizant of the agenda of the Vatican, nor, for that matter, that many people involved with groups are necessarily cognizant of the agenda of the hierarchy of their organization or religion; however, the facts are there and acquiesced to by the Chief Officers addressed herein. With eyes wide open the British Accredited Registry Association and its filial creations such as the "Colorado State Patrol," "Colorado Department of Revenue," "Motor Vehicle Business Group," FAA, FCC, IRS, etc. are desperately manipulating the American People into a one-world-government so that they will have the ultimate power and control for their principal. The borders of America are being methodically and systematically shattered for one-world conquest, "The world will follow after the beast."

**XLVII and XLVIII** – The Constitution for the United States of America, Article I, Section 8 [3] states, "The Congress shall have Power…To regulate Commerce with foreign Nations, and among the several States, and with the Indian Tribes;". The corporate government has misused this authority to seize absolute power in commerce over the nation. The intent of the founding-fathers was that the several States would be regulated against tariffs, price-gouging, taxes and other such criminal actions against the People from other States or within the same State selling their goods or attempting to sell their goods. This was not intended to regulate the American People by extirpating their rights of locomotion and movement. By requiring specific identification, that identification being a corporate government identifying card such as a "Driver's License" "Pilot's Certificate" and licensing over water crafts, the corporate government has covertly crippled the rights of the American People. The Law, written in 11 Am Jur § 329. 2. Liberty states: "Personal liberty largely consists of the right of locomotion – to go where and when one pleases – only so far restrained as the rights of others may make it necessary for the welfare of all other citizens. The right of a citizen to travel upon the public highways and to transport his property thereon, by horse-drawn carriage, wagon, or automobile, is not a mere privilege which may be permitted or prohibited at will, but a common right which he has under his right to life, liberty, and the pursuit of happiness. Under this constitutional guaranty one may, therefore, under normal conditions, travel at his inclination along the public highways or in public places, and while conducting himself in an orderly and decent manner, neither interfering with nor disturbing another's rights, he will be protected, not only in his person, but in his safe conduct." Though this paragraph is not entirely accurate, inasmuch as it addresses the noun-citizen and not the proper noun-Citizen as written in the Constitution for the United States of America thirteen times before the infamous Amendment XIV, it still indicates a natural right of locomotion and movement by the American People. The Federal Corporation and State-

US00537

Corporations are willfully and knowingly confining the American People to the will of the corporate State by attempting to control the staple right of locomotion and movement, without such right no other rights exist or can be exercised.

**XLIX and L** – Through prior information (a questionnaire sent to prospective jurors) the Prosecutors know the socio-economic level and status of the Grand Jurors they empanel, and with that information he/she impanels the Grand Jury jurors which would be antagonistic to the people whose cases are brought before them for consideration. The judiciary relies on the "voter registration," a false-conveyance of language, in order to comprise their lists. It is understood that the "voter's registration" witnesses that the body politic *We the People* lost our **right** to vote long ago. The requirement to register-to-vote demonstrates that voting has become a privilege one can only exercise if he/she seeks permission through a registration process. Furthermore, in order for a natural person to register to vote the natural person has to declare themselves a "United States citizen" and a resident of the State. The word-resident is used to trap the American into a jurisdiction under the corporate State and not as a free American.

To register means to get a **license** to vote. **License**: page 231, English Synonyms, Antonyms and Prepositions copyright 1896: *"A permission or privilege granted by an adequate authority, a bounded liberty. In the wider sense, license is an ignoring and defiance of all that should restrain, and a reckless doing of all that individual caprice or passion may choose to do - a base and dangerous counterfeit of freedom."*

**LI and LII** – The Prosecutor directs and controls the purported investigation of the facts by the Grand Jury in order to control the outcome and usurp jurisdiction over the accused. The Prosecutor embraces the Grand Jury, presents his/her government witnesses and cordons off the Grand Jury so that any investigation is limited to the alleged facts the Prosecutor and his/her witnesses testify to. As show earlier, the prosecutions witnesses are protected from charges of perjury under the unlawful case Briscoe Et. al. v. LaHue Et. al., 460 U.S. 325 (1983). Furthermore, the Prosecutor does not inform the Grand Jury that he/she is acting as a judicial officer; officer of the court, and, therefore, the case would be a self-initiating case, which is un-Constitutional. In other words, the judiciary, through the Prosecutor, could indict a hamburger. This is an overthrow of the American form of government and of the American People.

**LIII and LIV** – In the case "UNITED STATES OF AMERICA v. AUSTIN GARY COOPER, 89-109-Cr-Hoeveler the judge and prosecutor declared that we have dual Citizenship, those being "American

US00538

Citizen" and "citizen of the United States." The prosecutor in her final argument to the jury declared that "He pays Social Security, he uses the Postal Service; therefore, Mr. Cooper is a United States citizen." I filed lawful documentation to President-George Bush, to Chief Justice William Rehnquist, to the Governor and Chief Justice of Colorado, and the Commissioner of Internal Revenue proving the specified contracts to be fraudulent. No one denied the facts enumerated and articulated therein. Further, I proved that the corporate United States and the corporate States use felony-false-conveyances of language to gain jurisdiction over the American People unlawfully. I was imprisoned for not paying protection monies to the corporations usurping jurisdiction. Now, this tribunal working for the corporate United States is attempting to disregard its own declaration in order to usurp jurisdiction where none exist. After the corporate officers were served and upon the declaration by the officers of sub-status citizenship, that being "citizen of the United States" being contracts trapping the American Citizens under Admiralty-jurisdiction the officers, through their own declarations, proclaimed knowledge of their overthrow and conspiracy to overthrow the American form of government and the American People.

**LV and LVI** – Amendment II of the Constitution for the United States of America states, "A well regulated Militia, being necessary to the security of a free State, the right of the people to keep and bear arms, shall not be infringed." The corporate United States, Federal Reserve, BAR Association, Internal Revenue and sub-corporations known as the "States of" have written, prosecuted and enforced statutes, the abrogation of law, restricting and licensing the keeping and bearing of arms. The corporate security-guards do, however, keep and bear arms, and through their possession of arms do rob and pillage the American People. The unalienable Right to keep and bear arms was and is intended to create security and a threat to invasion from within the country or abroad. The four corporations and numerous sub-corporations have overthrown and conspired to overthrow the American form of government and the American People by willfully and knowingly and with malice aforethought prosecuting the American People for exercising their unalienable Rights such as Amendment II, ibid.

**LVII and LVIII** – The human persons of the corporate State are abducting our children under the guise of protection and the auspices of anti-law and engaging in the business of selling human persons for their own gain. The gain the corporate State is receiving is to charge the "taxpayer" for taking the child and placing the child in a State institution or under foster care. Then the State charges the parent for the care, double dipping. The business is augmented by the anti-laws wherein the parent is charged with child-abuse if he/she/they discipline(s) his/her/their child and child-neglect if he/she/they do(es) not discipline his/her/their child. The child has been annexed at birth whereat the humans of the corporate State force a contract known as a birth-certificate under the authority of the corporate State and the nefarious "Social

US00539

Security Administration" requiring the child to have a "Social Security Number" with are both felonies-false-conveyances of language in and of themselves. In hearings the judge espouses that the child is his/hers, thus, witnesses that the child has been annexed. Further, the corporate State conditions the human People that they have to have a "marriage license" before getting married, and that a proper marriage under the law is either not recognized or frowned upon. The language-"marriage license" is defined in "Black's Law Dictionary, Fifth Edition" as, "A license or permission granted by public authority to persons who intend to intermarry usually addressed to the minister or magistrate who is to perform the ceremony, or, in general terms, to any one authorized to solemnize marriages. By statute in most jurisdictions, it is made an essential prerequisite to the lawful solemnization of the marriage." The word-intermarry is defined as "see Miscegenation." The word-miscegenation is defined as, "Mixture of races; marriage between persons of different races, as between a white person and a Negro." Liberty informs us that we have the right to marry. It is an established condition of equity and law that if someone has to seek a license that the alleged entity granting the "license" presumes the authority and parent-ownership over the licensed venture or action. Thus, the corporate State assumes ownership over any human seeking a "marriage license" as a corporate "Parens patriæ" a/k/a corporate "Surrogate parent," which standing is used to deprive a human person of liberty and freedom, which is guaranteed under the law and in the Constitution for the United States of America. This would then perpetuate a belief and authority that any one seeking a "marriage license" would then grant ownership of the fruits of their marriage, e.g., their children, to the corporate State; hence, this is treason and a conspiracy to commit treason against the American People and the America form of government.

**LIX and LX** – The corporate government forces the introduction of fluoride, a dangerous nerve-poison, into the water systems supplying water to hundreds of millions of American People. Fluoride is a severe nerve-poison, it kills nerve-cells as it proceeds to release to the next cell. Further, the intensely small negative fluoride-ion coordinates with iron and destroys hemoglobin. There are hundreds of documented studies proving that fluoride is of great harm to individual health and of no use in dentistry. Fluoride has a de-scaling action; it removes fungus spot, rust, and every other contaminant that has been collecting for decades in the pipes. It doubles the rate of corrosion in iron-pipes. The Nuremberg court, set to try Nazi war-criminals, executed many of the criminals for experimenting on single or multiple human-subjects without their permission. The Accused, past and present, along with our chemical industry, have been and are implementing human-experimentation in the place known as the body-politic called the United States of America minute by minute. The corporate government strives to, amongst other heinous activities, to diminish the health of the American People so that the one-world-government-regime can more easily overpower the American People and forcing same under it tyrannical regime.

Page 23 of 40

**LV and LVI** – Amendment II of the Constitution for the United States of America states, "A well regulated Militia, being necessary to the security of a free State, the right of the people to keep and bear arms, shall not be infringed." The corporate United States, Federal Reserve, BAR Association, Internal Revenue and sub-corporations known as the "States of" have written, prosecuted under and enforced statutes, the abrogation of law, restricting and licensing the keeping and bearing of arms. The corporate security-guards do, however, keep and bear arms, and through their possession of arms do rob and pillage the American People for the aforementioned corporations. The unalienable Right to keep and bear arms was and is intended to create security and a threat to invasion from within the country or abroad. The four corporations and numerous sub-corporations have overthrown and conspired to overthrow the American form of government and the American People by willfully and knowingly and with malice aforethought prosecuting the American People for exercising their unalienable Rights such as Amendment II, ibid.

**LVII and LVIII** – The human persons of the corporate State are abducting our children under the guise of protection and the auspices of anti-law and engaging in the business of selling human persons for their own gain. The gain the corporate State is receiving is to charge the "taxpayer" for taking the child and placing the child in a State-institution or under foster care. Then the State charges the parent for the care, double dipping. The business is augmented by the anti-laws wherein the parent is charged with child-abuse if he/she/they discipline(s) his/her/their child and child-neglect if he/she/they do(es) not discipline his/her/their child. The child has been annexed at birth whereat the humans of the corporate State force a contract known as a birth-certificate under the authority of the corporate State and the nefarious "Social Security Administration" requiring the child to have a "Social Security Number" which language are both felony false conveyances of language in and of their selves. In hearings the judge espouses that the child is his/hers, thus, witnessing that the child has been annexed. A major vehicle for the annexation of America's-children is the "marriage license." The corporate State conditions the human People that they have to have a "marriage license" before getting married, and that a proper marriage under the law is either not recognized or frowned upon. The language-"marriage license" is defined in "Black's Law Dictionary, Fifth Edition" as, "A license or permission granted by public authority to persons who intend to intermarry usually addressed to the minister or magistrate who is to perform the ceremony, or, in general terms, to any one authorized to solemnize marriages. By statute in most jurisdictions, it is made an essential prerequisite to the lawful solemnization of the marriage." The word-intermarry is defined as "see Miscegenation." The word-miscegenation is defined as, "Mixture of races; marriage between persons of different races, as between a white person and a Negro." Liberty informs us that we have the right to marry. It is an established condition of equity and law that if someone has to seek a license that

US00541

the alleged entity granting the "license" presumes the authority and parent-ownership over the licensed-venture or action. Thus, the corporate State, as a corporate "Parens patriæ" a/k/a corporate "Surrogate parent," assumes ownership over any human seeking a "marriage license," which standing is used to deprive the human persons of the liberty and freedom guaranteed under the law and in the Constitution for the United States of America. This would then perpetuate a belief and authority that any one seeking a "marriage license" would then grant ownership of the fruits of their marriage, e.g., their children, to the corporate State; hence, this is treason and a conspiracy to commit treason against the American People and the America form of government.

**LIX and LX** – The corporate government forces the introduction of fluoride, a dangerous nerve-poison, into the water systems supplying water to hundreds of millions of American People. Fluoride is a severe nerve-poison, it kills nerve-cells as it proceeds to release to the next cell. Further, the intensely small negative fluoride-ion coordinates with iron and destroys hemoglobin. There are hundreds of documented studies proving that fluoride is of great harm to individual health and of no use in dentistry. Fluoride has a de-scaling action; it removes fungus spot, rust, and every other contaminant that has been collecting for decades in the pipes. It doubles the rate of corrosion in iron-pipes. The Nuremberg court, set to try Nazi war-criminals, executed many of the criminals for experimenting on single or multiple human-subjects without their permission. The Accused, past and present, along with our chemical industry, have been and are implementing human-experimentation in the place known as the body-politic called the United States of America minute by minute. The corporate government strives to, amongst other heinous activities, to diminish the health of the American People so that the one-world-government-regime can more easily overpower the American People and forcing same under it tyrannical regime.

### Counts LXI through LXIV.

**LXI** – On November 20, 2003 C.E., the Accused, by and through merchant-Lewis T. Babcock, filed a document entitled "PERMANENT INJUNCTION ORDER," which has forty-seven- (47) felony false conveyances of language, thirty- (30) conclusions of statute, and forty-four- (44) patently fraudulent statements. The merchant Accused, merchant-Babcock and the others, were served with thirty- (30) counts of treason and thirty- (30) counts of conspiracy to commit treason. The merchant-Accused has not denied to nor objected to the facts enumerated and articulated therein. The evidence proves, see Exhibit-J, which the Accused, through merchant-Babcock, is filing false language multiplied times forty-seven- (47) in order to criminally usurp jurisdiction over us by fraudulently representing that the Accused has jurisdiction to override proven charges of treason and conspiracy to commit treason. Moreover, let the record reflect that merchant-Lewis T. Babcock nor his cohorts, merchants-Martin M. Shoemaker and