John W. Suthers nor any of the other Accused have either denied or objected to the facts of treason and conspiracy to commit treason previously filed and substantiated into this case.

**LXII** - On November 20, 2003 C.E., the Accused, by and through merchant-Lewis T. Babcock, filed a document entitled "PERMANENT INJUNCTION ORDER," which has forty-seven- (47) felony false conveyances of language, thirty- (30) conclusions of statute, and forty-four- (44) patently fraudulent statements. The merchant Accused, merchant-Babcock and the others, were served with thirty- (30) counts of treason and thirty- (30) counts of conspiracy to commit treason. The merchant-Accused has not denied to nor objected to the facts enumerated and articulated therein. The evidence proves that the Accused, through merchant-Babcock, has and is engaging in the crime of witness tampering by fraudulently representing that the Accused has jurisdiction to override proven charges of treason and conspiracy to commit treason. Moreover, let the record reflect that merchant-Lewis T. Babcock nor his cohorts, merchants-Martin M. Shoemaker and John W. Suthers nor any of the other Accused have either denied or objected to the facts of treason and conspiracy to commit treason previously filed and substantiated into this case.

**LXIII** - On November 20, 2003 C.E., the Accused, by and through merchant-Lewis T. Babcock, filed a document entitled "PERMANENT INJUNCTION ORDER," which has forty-seven- (47) felony false conveyances of language, thirty- (30) conclusions of statute, and forty-four- (44) patently fraudulent statements. The merchant Accused, merchant-Babcock and the others, were served with thirty- (30) counts of treason and thirty- (30) counts of conspiracy to commit treason. The merchant-Accused has not denied to nor objected to the facts enumerated and articulated therein. The evidence proves that the Accused, through merchant-Babcock, is attempting to obstruct justice by fraudulently representing that the Accused has jurisdiction to override proven charges of treason and conspiracy to commit treason. Moreover, let the record reflect that merchant-Lewis T. Babcock nor his cohorts, merchants-Martin M. Shoemaker and John W. Suthers nor any of the other Accused have either denied or objected to the facts of treason and conspiracy to commit treason previously filed and substantiated into this case.

**LXIV** - On November 20, 2003 C.E., the Accused, by and through merchant-Lewis T. Babcock, filed a document entitled "PERMANENT INJUNCTION ORDER," which has forty-seven- (47) felony false conveyances of language, thirty- (30) conclusions of statute, and forty-four- (44) patently fraudulent statements. The merchant Accused, merchant-Babcock and the others, were served with thirty- (30) counts of treason and thirty- (30) counts of conspiracy to commit treason. The merchant-Accused has not denied to nor objected to the facts enumerated and articulated therein. The evidence proves that the

Page 26 of 40

US00543

Accused, through merchant-Babcock, is conspiring to commit <u>criminal fraud</u> by fraudulently representing that the Accused has jurisdiction to override proven charges of treason and conspiracy to commit treason. Moreover, let the record reflect that merchant-Lewis T. Babcock nor his cohorts, merchants-Martin M. Shoemaker and John W. Suthers nor any of the other Accused have either denied or objected to the facts of treason and conspiracy to commit treason previously filed and substantiated into this case.

### Counts LXV through LXVIII.

**LXV** – On November 18, 2003 C.E., the Accused, by and through merchant-Martin M. Shoemaker, filed several documents attached hereto as Exhibit-K, which has a total of eighteen- (18) felony false conveyances of language, seven- (7) conclusions of statute, and sixteen- (16) patently fraudulent statements. The merchant Accused, merchant-Babcock and the others, were served with thirty- (30) counts of treason and thirty- (30) counts of conspiracy to commit treason. The merchant-Accused has not denied to nor objected to the facts enumerated and articulated therein. The evidence proves, see Exhibit-K, which the Accused, through merchant-Shoemaker, is filing <u>false language</u> multiplied times fifty-one- (51) in order to criminally usurp jurisdiction over us by fraudulently representing that the Accused has jurisdiction to override proven charges of treason and conspiracy to commit treason. Moreover, let the record reflect that merchant-Lewis T. Babcock nor his cohorts, merchants-Martin M. Shoemaker and John W. Suthers nor any of the other Accused have either denied or objected to the facts of treason and conspiracy to commit treason previously filed and substantiated into this case.

**LXVI** - On November 18, 2003 C.E., the Accused, by and through merchant-Martin M. Shoemaker, filed several documents attached hereto as Exhibit-K, which has fifty-one- (51) felony false conveyances of language, twenty-three- (23) conclusions of statute, and twenty-seven- (27) patently fraudulent statements. The merchant Accused, merchant-Babcock and the others, were served with thirty- (30) counts of treason and thirty- (30) counts of conspiracy to commit treason. The merchant-Accused has not denied to nor objected to the facts enumerated and articulated therein. The evidence proves that the Accused, through merchant-Babcock, has and is engaging in the crime of <u>witness tampering</u> by fraudulently representing that the Accused has jurisdiction to override proven charges of treason and conspiracy to commit treason. Moreover, let the record reflect that merchant-Lewis T. Babcock nor his cohorts, merchants-Martin M. Shoemaker and John W. Suthers nor any of the other Accused have either denied or objected to the facts of treason and conspiracy to commit treason previously filed and substantiated into this case.

US00544

**LXVII** - On November 18, 2003 C.E., the Accused, by and through merchant-Martin M. Shoemaker, filed several documents attached hereto as Exhibit-K, which has fifty-one- (51) felony false conveyances of language, twenty-three- (23) conclusions of statute, and twenty-seven- (27) patently fraudulent statements. The merchant Accused, merchant-Babcock and the others, were served with thirty- (30) counts of treason and thirty- (30) counts of conspiracy to commit treason. The merchant-Accused has not denied to nor objected to the facts enumerated and articulated therein. The evidence proves that the Accused, through merchant-Babcock, is attempting to obstruct justice by fraudulently representing that the Accused has jurisdiction to override proven charges of treason and conspiracy to commit treason. Moreover, let the record reflect that merchant-Lewis T. Babcock nor his cohorts, merchants-Martin M. Shoemaker and John W. Suthers nor any of the other Accused have either denied or objected to the facts of treason and conspiracy to commit treason previously filed and substantiated into this case.

**LXVIII** - On November 18, 2003 C.E., the Accused, by and through merchant-Martin M. Shoemaker, filed several documents attached hereto as Exhibit-K, which has fifty-one- (51) felony false conveyances of language, twenty-three- (23) conclusions of statute, and twenty-seven- (27) patently fraudulent statements. The merchant Accused, merchant-Babcock and the others, were served with thirty- (30) counts of treason and thirty- (30) counts of conspiracy to commit treason. The merchant-Accused has not denied to nor objected to the facts enumerated and articulated therein. The evidence proves that the Accused, through merchant-Babcock, is conspiring to commit criminal fraud by fraudulently representing that the Accused has jurisdiction to override proven charges of treason and conspiracy to commit treason. Moreover, let the record reflect that merchant-Lewis T. Babcock nor his cohorts, merchants-Martin M. Shoemaker and John W. Suthers nor any of the other Accused have either denied or objected to the facts of treason and conspiracy to commit treason previously filed and substantiated into this case.

### Counts LXIX through LXXII.

**LXIX** – On December 15, 2003 C.E., the Accused, by and through merchant-Lewis T. Babcock, filed a document entitled "ORDER TO SHOW CAUSE," which has sixteen- (16) felony false conveyances of language, five- (5) conclusions of statute, and nine- (9) patently fraudulent statements. The merchant Accused, merchant-Babcock and the others, were served with thirty- (30) counts of treason and thirty- (30) counts of conspiracy to commit treason. The merchant-Accused has not denied to nor objected to the facts enumerated and articulated therein. The evidence proves, see Exhibit-J, which the Accused, through merchant-Babcock, is filing false language multiplied times sixteen- (16) in order to criminally usurp jurisdiction over us by fraudulently representing that the Accused has jurisdiction to override proven charges of treason and conspiracy to commit treason. Moreover, let the record reflect that

US00545

merchant-Lewis T. Babcock nor his cohorts, merchants-Martin M. Shoemaker and John W. Suthers nor any of the other Accused have either denied or objected to the facts of treason and conspiracy to commit treason previously filed and substantiated into this case.

LXX - On December 15, 2003 C.E., the Accused, by and through merchant-Lewis T. Babcock, filed a document entitled "ORDER TO SHOW CAUSE," which has sixteen- (16) felony false conveyances of language, five- (5) conclusions of statute, and nine- (9) patently fraudulent statements. The merchant Accused, merchant-Babcock and the others, were served with thirty- (30) counts of treason and thirty- (30) counts of conspiracy to commit treason. The merchant-Accused has not denied to nor objected to the facts enumerated and articulated therein. The evidence proves that the Accused, through merchant-Babcock, has and is engaging in the crime of witness tampering by fraudulently representing that the Accused has jurisdiction to override proven charges of treason and conspiracy to commit treason. Moreover, let the record reflect that merchant-Lewis T. Babcock nor his cohorts, merchants-Martin M. Shoemaker and John W. Suthers nor any of the other Accused have either denied or objected to the facts of treason and conspiracy to commit treason previously filed and substantiated into this case.

LXXI - On December 15, 2003 C.E., the Accused, by and through merchant-Lewis T. Babcock, filed a document entitled "ORDER TO SHOW CAUSE," which has sixteen- (16) felony false conveyances of language, five- (5) conclusions of statute, and nine- (9) patently fraudulent statements. The merchant Accused, merchant-Babcock and the others, were served with thirty- (30) counts of treason and thirty- (30) counts of conspiracy to commit treason. The merchant-Accused has not denied to nor objected to the facts enumerated and articulated therein. The evidence proves that the Accused, through merchant-Babcock, is attempting to obstruct justice by fraudulently representing that the Accused has jurisdiction to override proven charges of treason and conspiracy to commit treason. Moreover, let the record reflect that merchant-Lewis T. Babcock nor his cohorts, merchants-Martin M. Shoemaker and John W. Suthers nor any of the other Accused have either denied or objected to the facts of treason and conspiracy to commit treason previously filed and substantiated into this case.

LXXII - On December 15, 2003 C.E., the Accused, by and through merchant-Lewis T. Babcock, filed a document entitled "ORDER TO SHOW CAUSE," which has sixteen- (16) felony false conveyances of language, five- (5) conclusions of statute, and nine- (9) patently fraudulent statements. The merchant Accused, merchant-Babcock and the others, were served with thirty- (30) counts of treason and thirty- (30) counts of conspiracy to commit treason. The merchant-Accused has not denied to nor objected to the facts enumerated and articulated therein. The evidence proves that the Accused, through merchant-

US00546

Babcock, is conspiring to commit <u>criminal fraud</u> by fraudulently representing that the Accused has jurisdiction to override proven charges of treason and conspiracy to commit treason. Moreover, let the record reflect that merchant-Lewis T. Babcock nor his cohorts, merchants-Martin M. Shoemaker and John W. Suthers nor any of the other Accused have either denied or objected to the facts of treason and conspiracy to commit treason previously filed and substantiated into this case.

### Counts LXXIII through LXXVI.

**LXXIII** -- On December 10, 2003 C.E., the Accused, by and through merchant-Martin M. Shoemaker, filed several documents attached hereto as Exhibit-K, which has a total of One hundred and seventy five- (175) felony false conveyances of language, ninety three- (93) conclusions of statute, and one hundred and fifty- (150) patently fraudulent statements. The merchant Accused, merchant-Babcock and the others, were served with thirty- (30) counts of treason and thirty- (30) counts of conspiracy to commit treason. The merchant-Accused has not denied to nor objected to the facts enumerated and articulated therein. The evidence proves, see Exhibit-K, which the Accused, through merchant-Shoemaker, is filing <u>false language</u> multiplied times One hundred and seventy five- (175) in order to criminally usurp jurisdiction over us by fraudulently representing that the Accused has jurisdiction to override proven charges of treason and conspiracy to commit treason. Moreover, let the record reflect that merchant-Lewis T. Babcock nor his cohorts, merchants-Martin M. Shoemaker and John W. Suthers nor any of the other Accused have either denied or objected to the facts of treason and conspiracy to commit treason previously filed and substantiated into this case.

**LXXIV** - On December 10, 2003 C.E., the Accused, by and through merchant-Martin M. Shoemaker, filed several documents attached hereto as Exhibit-K, which has One hundred and seventy five- (175) felony false conveyances of language, ninety three- (93) conclusions of statute, and one hundred and fifty- (150) patently fraudulent statements. The merchant Accused, merchant-Babcock and the others, were served with thirty- (30) counts of treason and thirty- (30) counts of conspiracy to commit treason. The merchant-Accused has not denied to nor objected to the facts enumerated and articulated therein. The evidence proves that the Accused, through merchant-Babcock, has and is engaging in the crime of <u>witness tampering</u> by fraudulently representing that the Accused has jurisdiction to override proven charges of treason and conspiracy to commit treason. Moreover, let the record reflect that merchant-Lewis T. Babcock nor his cohorts, merchants-Martin M. Shoemaker and John W. Suthers nor any of the other Accused have either denied or objected to the facts of treason and conspiracy to commit treason previously filed and substantiated into this case.

US00547

**LXXV** - On December 10, 2003 C.E., the Accused, by and through merchant-Martin M. Shoemaker, filed several documents attached hereto as Exhibit-K, which has One hundred and seventy five- (175) felony false conveyances of language, ninety three- (93) conclusions of statute, and one hundred and fifty- (150) patently fraudulent statements. The merchant Accused, merchant-Babcock and the others, were served with thirty- (30) counts of treason and thirty- (30) counts of conspiracy to commit treason. The merchant-Accused has not denied to nor objected to the facts enumerated and articulated therein. The evidence proves that the Accused, through merchant-Babcock, is attempting to obstruct justice by fraudulently representing that the Accused has jurisdiction to override proven charges of treason and conspiracy to commit treason. Moreover, let the record reflect that merchant-Lewis T. Babcock nor his cohorts, merchants-Martin M. Shoemaker and John W. Suthers nor any of the other Accused have either denied or objected to the facts of treason and conspiracy to commit treason previously filed and substantiated into this case.

**LXXVI** - On December 10, 2003 C.E., the Accused, by and through merchant-Martin M. Shoemaker, filed several documents attached hereto as Exhibit-K, which has One hundred and seventy five- (175) felony false conveyances of language, ninety three- (93) conclusions of statute, and one hundred and fifty- (150) patently fraudulent statements. The merchant Accused, merchant-Babcock and the others, were served with thirty- (30) counts of treason and thirty- (30) counts of conspiracy to commit treason. The merchant-Accused has not denied to nor objected to the facts enumerated and articulated therein. The evidence proves that the Accused, through merchant-Babcock, is conspiring to commit criminal fraud by fraudulently representing that the Accused has jurisdiction to override proven charges of treason and conspiracy to commit treason. Moreover, let the record reflect that merchant-Lewis T. Babcock nor his cohorts, merchants-Martin M. Shoemaker and John W. Suthers nor any of the other Accused have either denied or objected to the facts of treason and conspiracy to commit treason previously filed and substantiated into this case.

The record supports and proves that the Accused, through merchant-Babcock and merchant-Shoemaker, recites Attorney rhetorical sophistry in their documents; however, they neither deny the charges nor the proof enumerated and articulated therein. In addition, not a single one of the Accused has denied a single fact enumerated and articulated in our Complaint. Thus, merchants-Babcock and Shoemaker, the representatives for the Accused, admit to, for the Accused, the crimes of: Treason times twenty-seven- counts, Conspiracy to commit Treason times twenty-seven-counts, Criminal fraud, Conspiracy to commit fraud, Conspiracy to prosecute the American people through Bills of Pains and penalties, Conspiracy against rights, Mail-fraud, Racketeering, Racketeering through false conveyance of language, Felony

US00548

false conveyance of language, Collusion, Menace, False imprisonment, Assault and Battery, simple Assault, Continual Criminal Enterprise, Willful and knowing false representation of Article I Tribunals as Article III Courts, Conversion, Jury-Tampering on both the grand and petit-juries, Bank fraud, Stalking, Fraud by deception, and willfully and knowingly exposing me when naked to visitors when held in the federal concentration-camp, amongst other crimes against the American people.

For the crimes committed against us and for additional conspiracies, in addition to a demand for criminal prosecution, we hereby serve this Third Amended "Bill for the Debt, Payment Due Upon Receipt" on the parties listed as the Interested Parties infra to be paid jointly or severally, forthwith:

**Bill for the Debt, Payment Due Upon Receipt**

**Itemized-Bill for Third Complaint Addendum**
**(1ˢᵗ notice)**

| Item | Cost Jointly and severally | Interest at 1.5 % / Month after First Month | Sub-Total | Total |
|---|---|---|---|---|
| Treason | $100,000.00 per count | No Interest Applied | $100,000.00 x 27 Counts | $2,700,000.00 |
| Conspiracy to commit treason | $100,000.00 per count | No Interest Applied | $100,000.00 x 27 Counts | $2,700,000.00 |
| Witness tampering | $100,000.00 per natural person per action | No Interest Applied | $100,000.00 x 6 actions | $600,000.00 |
| Continual criminal enterprise | $100,000.00 per action | No Interest Applied | $100,000.00 x 6 | $600,000.00 |
| Fraud by deception | $10,000.00 | No Interest Applied | $10,000.00 | $10,000.00 |
| Bank-fraud | $100,000.00 | No Interest Applied | $100,000.00 | $100,000.00 |
| Felony false-conveyance of language | $10,000.00 per each one | No Interest Applied | $10,000.00 x 105 (see Exhibits-A through D | $1,050,000.00 |
| Racketeering through false-conveyance of language | $10,000.00 per each one | No Interest Applied | $10,000.00 x 105 (see Exhibits-A through D | $1,050,000.00 |
| Obstruction of justice | $50,000.00 per document | No Interest Applied | $50,000.00 x 6 | $300,000.00 |
| Sub-Total | - | - | - | $9,110,000.00 |

| | | | | |
|---|---|---|---|---|
| **Addendum** **Additional Felony** false-conveyance of language, see **Exhibit-I** | $10,000.00 per each one | No Interest Applied | $10,000.00 x 125 (see Exhibits-I | $1,250,000.00 |
| **Addendum** **Additional Racketeering** through false-conveyance of language, see **Exhibit-I** | $10,000.00 per each one | No Interest Applied | $10,000.00 x 125 (see Exhibits-I | $1,250,000.00 |
| **Addendum** **Additional charges** of Witness tampering | $100,000.00 per natural person per action | No Interest Applied | $100,000.00 x 3 actions | $300,000.00 |
| **Addendum** **Additional charges** of Criminal Fraud | $100,000.00 per natural person per action | No Interest Applied | $10,000.00 x 3 actions | $30,000.00 |
| *Sub-Total* | - | - | - | $11,940,000.00 |
| **Second Addendum** **Additional charges** of Treason | $100,000.00 per charge | No Interest Applied | $100,000.00 x 3 | $300,000.00 |
| **Second Addendum** **Additional charges** of conspiracy to commit Treason | $100,000.00 per charge | No Interest Applied | $100,000.00 x 3 | $300,000.00 |
| **Second Addendum** **Additional Felony** false conveyances of language, see **Exhibits-J and K** | $10,000.00 per each one | No Interest Applied | $10,000.00 x 226 (see Exhibits-J and K | $2,260,000.00 |
| **Second Addendum** **Additional Racketeering** through false conveyances of language, see **Exhibits-J and K** | $10,000.00 per each one | No Interest Applied | $10,000.00 x 226 (see Exhibits-J and K | $2,260,000.00 |
| **Second Addendum** **Additional charges** of Witness tampering, see **Exhibits-J and K** | $100,000.00 per natural person per action | No Interest Applied | $100,000.00 x 3 actions | $300,000.00 |
| **Second Addendum** **Additional charges** of Criminal Fraud, see **Exhibits-J and K** | $100,000.00 per natural person per action | No Interest Applied | $10,000.00 x 3 actions | $30,000.00 |

US00550

| | | | | |
|---|---|---|---|---|
| *Sub-Total* | - | - | - | $17,390,000.00 |
| **Third Addendum and Amendment with Additional** Felony false conveyances of language, see Exhibits-J and K | $10,000.00 per each one | No Interest Applied | $10,000.00 x 175 (see Exhibits-J and K | $1,750,000.00 |
| **Third Addendum and Amendment with Additional** Racketeering through false conveyances of language, see Exhibits-J and K | $10,000.00 per each one | No Interest Applied | $10,000.00 x 175 (see Exhibits-L | $1,750,000.00 |
| **Third Addendum and Amendment with Additional** charges of Witness tampering, see Exhibits-J and K | $100,000.00 per natural person per action | No Interest Applied | $100,000.00 x 3 actions | $300,000.00 |
| **Third Addendum and Amendment with Additional** charges of Criminal Fraud, see Exhibits-J and K | $100,000.00 per natural person per action | No Interest Applied | $10,000.00 x 3 actions | $30,000.00 |
| *Sub-Total* | - | - | - | $21,220,000.00 |
| *Punitive Damage* | $500,000.00 / natural person | No Interest Applied | $500,000.00 x 2 | $1,000,000.00 |
| **Additional** Punitive Damage | As of this date = $500,000.00 / natural person | No Interest Applied | $500,000.00 x 2 | $1,000,000.00 |
| **Second Addendum Additional** Punitive Damage | As of this date = $500,000.00 / natural person | No Interest Applied | $500,000.00 x 2 | $1,000,000.00 |
| **Third Addendum and Amendment with Additional** Punitive Damage | As of this date = $500,000.00 / natural person | No Interest Applied | $500,000.00 x 2 | $1,000,000.00 |
| *Total* | - | - | - | $25,220,000.00 |

Page 34 of 40

US00551

| Monthly Late Fee 1.5% Interest | As of this date =0 | No Interest Applied | | 0 | 0 |
|---|---|---|---|---|---|
| Grand Total | - | - | - | | $25,220,000.00 |

**To Avoid Collection Enforcement Actions, You Must Immediately:**

- Pay $25,220,000.00 within 30 days.
- This money is to be paid in the money of account, gold or silver coin; however, if paid in promissory notes [e.g., Federal Reserve-Notes] it is understood that I receive said payment "without prejudice."
- Return this bill with your certified check or money order.

**If You Do Not Respond To This Bill:**

- Enforcement-actions will be taken against you for the total amount due and owing, plus penalty and/or interest due.
- A lien can be filed against you. This would affect your credit rating. This lien could be placed against your real property and be a matter of public record.
- All future Bills will be sent by regular mail.

**Be Advised:**

Interest and other incurred costs shall be added to future billings. Interest shall be added to the balance due until full payment is received. The interest will be charged at 1.5% per month until full payment is received. Any future billings regarding this account will be sent regular mail.

Thanks for your immediate attention regarding this matter.

_Austin Gary Cooper_                              _Martha E. Cooper_
Austin Gary Cooper                               Martha E. Cooper

### In Summary

It is an axiom of law and American justice that a natural person is innocent until proven guilty. In a *Court-of-Law*, we would not have to prove that we were not exceeding our natural and unalienable rights; the burden of proof would be upon the Plaintiff. Moreover, in a *Court-of-Law*, the complainant and his/its cohorts would be liable for their criminal actions if frivolous and fraudulent.

When an overzealous corporation and its officers arbitrarily decide to deny all the Substantive Rights fought and died for in our great Republic, such tyranny must be disciplined. We suggest that by statutory construction and complacency, a conditioned reflexology has manifested the observation of our fellow human beings as corporate chattel and not free-living human beings. Thus, the corporate government finds itself consumed in a web that demands the property and Rights of the people as a tribute for its leadership. History recognizes that, with noble conviction, the law community assumed a role to champion

US00552

the Rights of the people, but in the process, Unalienable Rights were lost to contractual (civil/statute) rights granted by man.  Hence, instead of profound Rights from the Heavenly Father-Yahuah, secured by Amendments 1-10 of the Constitution for the United States of America, we now have arbitrary rights from man. Instead of a Constitutional "Republic[1]," protecting the Rights of each human being, we now have a creditor *(Federal Reserve)* democracy promulgating "the good of our *(international bankers)* majority out-weighs the good of humanity."

This beloved country called America now has the largest prison, probation, and parole population in the world.  Since the BAR Association took over our government, and their avalanche of anti-law-statutes swept over our liberty and justice, burying it under the well over sixty-million (60,000,000 ++) statutes, the once great patriotic and noble collective sovereignty known as "We the People" has now become a nation of slaves.  The BAR Association's *International Criminal Court* is the crescendo to the take-over of the world by the Banking-Cartel into a one-world-government, and completes the final extirpation of the Rights, Liberty and Freedom "We the People" once held sacrosanct.

Please remember, however noble the gestures, personal bias and prejudice still cloud human judgment.

**Wherefore,**

a.   We, Austin Gary Cooper, Martha E. Cooper and/or Taking Back America, a Pure-Trust, do not grant jurisdiction of our natural person, person and/or res to this tribunal or the corporate entities known as the "BAR Association," the "UNITED STATES," the "FEDERAL RESERVE" or the "Internal Revenue."  If you are unaware of this conspiracy, and these crimes perpetrated against us this Notice will serve to illuminate the facts.

b.   That this tribunal order the Accused to cease and desist their unlawful actions.

c.   If this tribunal causes us or any one of us further injury, this "Third Addendum and Amendment To: Special Appearance: Third Civil Complaint for damages: and Formal and Constructive Notice: and, Criminal Complaint with Bill of Particulars, and an Information in a Criminal Case; and Demand Criminal Prosecution Against Accused by a Non-British Accredited Registry [BAR] Association Judicial Sibling and Member; and, A Bill for the Debt, Payment Due Upon Receipt against the Accused. We hereby charge and support the crimes by the Accused of: Treason times 30 Counts, Conspiracy to commit Treason times 30 Counts, Criminal fraud, Conspiracy to commit fraud, Conspiracy to prosecute the American people through Bills of Pains and penalties, Conspiracy against rights, Mail-fraud, Racketeering, Racketeering through false-conveyance-of-language, Felony false-conveyance-of-language, Continual Criminal Enterprise, Willful and knowing false representation of Article I Tribunals as Article III Courts,

[1]  Article IV, Section 4 of the Constitution for the United States, "The United States shall guarantee to Every State in

Page 36 of 40

Bank fraud, Fraud by deception, Witness tampering, Obstruction of justice. Further, we hereby charge the Accused with additional charges of felony false conveyances of language, see Exhibit-L, witness tampering, and additional charges of Obstruction of Justice." shall serve as evidence that all have been forewarned and, therefore, have assumed the posture of accessories after the fact. Further, that willfully and knowingly this tribunal and judges have conspired with the Plaintiff to injure me.

d. **We demand our Right to appear before a proper grand jury** to present this evidence enumerated and articulated herein against the Accused. It should be understood that thus far we have been denied the information needed to address a grand jury on this issue.

Additionally, notwithstanding the **treason**, the BAR Association's *officers of the court* secretly impanel grand juries and plead their causes for indictment. **Such embracery is published as felonies in the Federal statutes, itself a false conveyance of language** (see Title 18 "**United States Code Annotated**" § 1503 [Tampering with a juror generally] and § 1504 [Tampering with a juror by writing]), **yet your** *officers of the court* **are not prosecuted** *(selective prosecution, racketeering, conspiracy).* Further, there is nothing published stating that an American Citizen or "citizen of the United States" cannot appear personally, *without interference or accompaniment by the BAR Association's officer of the court,* before a grand jury, but information regarding this course of action is unavailable to the general public.

e. That this tribunal-order the Accused, the people that they do have jurisdiction over, to pay the amount specified in the Bill for the Debt, Payment Due Upon Receipt section afore shown in the money of account or, if tendered in "Federal Reserve Notes" we shall "receive" the notes "without prejudice."

f. This "Third Addendum and Amendment To: Special Appearance; Third Civil Complaint for damages; and Formal and Constructive Notice; and, Criminal Complaint with Bill of Particulars, and an Information in a Criminal Case; and Demand Criminal Prosecution Against Accused by a Non-British Accredited Registry [BAR] Association Judicial Sibling and Member; and, A Bill for the Debt, Payment Due Upon Receipt against the Accused. We hereby charge and support the crimes by the Accused of: Treason times 30 Counts, Conspiracy to commit Treason times 30 Counts, Criminal fraud, Conspiracy to commit fraud, Conspiracy to prosecute the American people through Bills of Pains and penalties, Conspiracy against rights, Mail-fraud, Racketeering, Racketeering through false conveyance of language, Felony false conveyance of language, Continual Criminal Enterprise, Willful and knowing false representation of Article I Tribunals as Article III Courts, Bank fraud, Fraud by deception, Witness tampering, Obstruction of justice. Further, we hereby charge the Accused with additional charges of felony false conveyances of language, see Exhibit-L, witness tampering, and additional charges of Obstruction of Justice." is to be filed into "Account number"; 03-B-1127(PAC)

the Union a Republican Form of government."
Page 37 of 40

Austin Gary Cooper

Martha E. Cooper

### Affirmation

I, Austin Gary Cooper, and I, Martha E. Cooper, do hereby affirm that the foregoing "Third Addendum and Amendment To: Special Appearance; Third Civil Complaint for damages; and Formal and Constructive Notice; and, Criminal Complaint with Bill of Particulars, and an Information in a Criminal Case; and Demand Criminal Prosecution Against Accused by a Non-British Accredited Registry [BAR] Association Judicial Sibling and Member; and, A Bill for the Debt, Payment Due Upon Receipt against the Accused. We hereby charge and support the crimes by the Accused of: Treason times 30 Counts, Conspiracy to commit Treason times 30 Counts, Criminal fraud, Conspiracy to commit fraud, Conspiracy to prosecute the American people through Bills of Pains and penalties, Conspiracy against rights, Mail-fraud, Racketeering, Racketeering through false conveyance of language, Conspiracy against rights, Mail-fraud, Continual Criminal Enterprise, Willful and knowing false representation of Article I Tribunals as Article III Courts, Bank fraud, Fraud by deception, Witness tampering, Obstruction of justice. Further, we hereby charge the Accused with additional charges of felony false conveyances of language, see Exhibit-L, witness tampering, and additional charges of Obstruction of Justice." is true, accurate and correct to the best of our knowledge, information and belief.

Austin Gary Cooper

Martha E. Cooper

Colorado-State     :
Larimer-County     : ss/asv
Loveland-City      :

Subscribed and sworn to before me this 2nd day of January 2004 C.E.

My Commission Expires:_____     My Commission
                                  Expires 03/17/2004
                                                     Notary Public

Seal

### Certificate of Service and Interested Parties

We Hereby Certify that the foregoing "Third Addendum and Amendment To: Special Appearance; Third Civil Complaint for damages; and Formal and Constructive Notice; and, Criminal Complaint with Bill of Particulars, and an Information in a Criminal Case; and Demand Criminal Prosecution Against Accused by a Non-British Accredited Registry [BAR] Association Judicial Sibling and Member; and, A Bill for the Debt, Payment Due Upon Receipt against the Accused. We hereby charge

Page 38 of 40

US00555

and support the crimes by the Accused of: Treason times 30 Counts, Conspiracy to commit Treason times 30 Counts, Criminal fraud, Conspiracy to commit fraud, Conspiracy to prosecute the American people through Bills of Pains and penalties, Conspiracy against rights, Mail-fraud, Racketeering, Racketeering through false conveyance of language, Felony false conveyance of language, Continual Criminal Enterprise, Willful and knowing false representation of Article I Tribunals as Article III Courts, Bank fraud, Fraud by deception, Witness tampering, Obstruction of justice. Further, we hereby charge the Accused with additional charges of felony false conveyances of language, see Exhibit-L, witness tampering, and additional charges of Obstruction of Justice" was served by hand to be filed into the account-number supra to the following on this the ___2___ day of January, 2004 C.E.:

1. Clerk, Gregory C. Langham
   C/o Clerk's Office
   Alfred A. Arraj United States Courthouse Room A-105
   901 19th Street
   Denver, Colorado 80294-3589      Cert.-Mail-#7003 1010 0002 5773 1450.

2. Lewis T. Babcock, Chief Judge
   C/o Alfred A. Arraj United States Courthouse
   901 19th Street
   Denver, Colorado 80294-3589      Cert.-Mail-#7003 1010 0002 5773 1467.

3. William M. Hoeveler, merchant-judge
   c/o 301 N. Miami Ave., 9th Floor
   Miami, FL 33128                  Cert.-Mail-#7003 1010 0002 5773 1474.

and by regular mail to the following on this the ___2___ day of January, 2004 C.E., to:

4. Chief Executive Officer of the Norbel Credit Union
   c/o Norbel Credit Union, Attn: Ms. Chris Crisman
   1531 N. Lincoln, D
   Loveland, Colorado 80538         Delivery Confirmation-#0303 1290 0000 1546 3113.

5. Chris Crisman, Vice President
   c/o 1531 N. Lincoln, D
   Loveland, Colorado 80538         Delivery Confirmation-#0303 1290 0000 1546 3120.

6. George W. Bush
   EXECUTIVE OFFICE OF THE PRESIDENT
   1600 Pennsylvania Avenue, N.W.
   Washington, DC 20500             Delivery Confirmation-#0303 1290 0000 1546 3137.

Page 39 of 40

US00556

7.  "Attorney's General" John Ashcroft
    "U.S. Department of Justice"
    950 Pennsylvania Avenue, NW
    Washington, DC 20530-0001        Delivery Confirmation-#0303 1290 0000 1546 3182.

8.  The Congress through their principal the BAR Association and the Federal Reserve.  Notice to
    principal is notice to agent.

9.  Chief Justice Rehnquist, Supreme Tribunal/court of the United States
    c/o U. S. Supreme Court Building
    1 First Street N.E.
    Washington D.C. 20543        Delivery Confirmation-#0303 1290 0000 1546 3144.

10. Commissioner of Internal Revenue
    C/o 1111 Constitution Ave. N.W.
    Washington D.C., 20224       Delivery Confirmation-#0303 1290 0000 1546 3151.

11. Merchant Dennis Montgomery
    c/o 208 N. 5th Street, Suite B
    Norfolk, NE 68701        Delivery Confirmation-#0303 1290 0000 1546 3168.

12. The BAR ASSOCIATION
    a subsidiary of the Templar BAR
    c/o 740 15th Street, N.W.
    Washington, DC 20005-1019       Delivery Confirmation-#0303 1290 0000 1546 3175.

13. Merchant-Martin Shoemaker
    P.-O.-Box 7238
    555 4th Street, N.W., Room 8921
    Washington, DC 20044        Delivery Confirmation-#0303 1290 0000 1546 3199.

Austin Gary Cooper

Martha E. Cooper

Page 40 of 40

US00557



**Exhibit-L**

US00558

IN THE UNITED STATES DISTRICT COURT This is a false conveyance of language inasmuch as the language "United States" is a noun-phrase representing a person, place or thing, however, it is not clear precisely what person, place or thing is being represented. This noun-phrase has been converted into an adjective modifying the noun-District; the word-District is a noun that has been converted into an adjective modifying the noun-Court, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, according to English-grammar this language means a "United nonexistent-non-existent-Court."

FOR THE DISTRICT OF COLORADO What precisely is the "DISTRICT OF COLORADO?". There, I am sure, is a District in Colorado inasmuch as Colorado is suppose to be a State in the Union.

Civil Action No. The word-Action is a noun that has been converted into an adjective modifying the noun-Number, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, according to English-grammar this language means a "non-existent-Number." 03-B-1127(PAC)

UNITED STATES OF AMERICA Precisely who or what is the United States of America?

Plaintiff,

v.

AUSTIN GARY COOPER This language does not represent a natural person, it is not in proper format, to wit: The word-AUSTIN has been converted into an adjective modifying the noun-GARY; the word-GARY is a noun that has been converted into an adjective modifying the noun-COOPER, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, properly read according to English-grammar, it would be, "non-existent-non-existent-COOPER."

individually and as founder of Taking Back America;

MARTHA E. COOPER This language does not represent a natural person, it is not in proper format, to wit: The word-MARTHA has been converted into an adjective modifying the noun-E; the initial-E is a noun that has been converted into an adjective modifying the noun-COOPER, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, properly read according to English-grammar, it would be, "non-existent-non-existent-COOPER.", individually and as founder of Taking Back America;

TAKING BACK AMERICA, an unincorporated organization As specified, this language witnesses that Taking Back America is an "Unincorporated organization" and, therefore, not property of the corporate United States or the

~ 1 ~

US00559

States of (e.g., Colorado).

Defendants In this case, the word-Defendant is a conclusion of statute from a merchant-judge and merchant-prosecutor that each gets a pay-off of up to $25,000.00 from the Commissioner of Internal Revenue to block the truth of his/her treason, not a fact.

UNITED STATES MOTION This is a false conveyance of language inasmuch as the language "UNITED STATES" is a noun-phrase representing a person, place or thing, however, it is not clear precisely what person, place or thing is being represented. This noun-phrase has been converted into an adjective modifying the noun-MOTION, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, according to English-grammar this language means a "UNITED non-existent-MOTION." **TO HOLD** DEFENDANTS In this case, the word-Defendant is a conclusion of statute from a merchant-judge and merchant-prosecutor that each gets a pay-off of up to $25,000.00 from the Commissioner of Internal Revenue to block the truth of his/her treason, not a fact. **IN CONTEMPT**

The plaintiff, **United States of America**, moves the Court There is no specificity of what "Court" you are referring to. As we have filed, this is a "Royal Court" inasmuch as the judge is dubbed "Esquire" a title just under nobility placed upon the treasonous British Accredited Registry [BAR] Association-Attorneys by "The Crown" in London, England and its hierarchy, the Rothschild-family and Bank-Cartel, the "Guardians of the Vatican Treasury," and because you do not enter-carrying "The Scriptures" in any longer making the Court a "Court of Law. Thus, the Court has been commandeered by the BAR-Association and has become a "Royal Court" through an act of treason and conspiracy to commit treason. Moreover, this tribunal is under Admiralty-jurisdiction because of the military flag displayed. The record bears witness that you do not or have not denied these facts of treason. for an order holding defendants Austin Gary Cooper, Martha I. Cooper In this case, the word-Defendant is a conclusion of statute from a merchant-judge and merchant-prosecutor that each gets a pay-off of up to $25,000.00 from the Commissioner of Internal Revenue to block the truth of his/her treason, not a fact. Furthermore, you are now addressing us in our "Christian"-name and not as the fiction in the style. Furthermore, the word-defendants is a plural-noun that has been converted into an adjective modifying the nouns-Austin and Martha, respectively. Thus, this language is a false conveyance of language. and Taking Back America (now known as The Ten-Foundation The Ten-

- 2 -

Foundation has a hyphen inasmuch as the word-Ten is used as a noun, meaning two sets of ten. Those being the Ten Commandments and the Ten Amendments; therefore, the referenced "The Ten Foundation" has no meaning and merchants-Shoemaker and Babcock are engaging in fraud by representing that phraseology as an entity owned or operated by us.) in contempt for violating this ▒Court's Permanent Injunction Order▒ The word-Court's is a possessive noun that has been converted into an adjective modifying the noun-phrase-Permanent Injunction; the phrase-"Permanent Injunction" is a noun-phrase that has been converted into an adjective modifying the noun-Order, there is no such thing; therefore, this is a false conveyance of language and a felony.  When properly read this language would be "Non-existent-Permanent-non-existent-Order." entered November 20, 2003.  In support of this motion, the ▒United States▒ Precisely who or what is the "United States?" files herewith the Third Declaration of Martin M. Shoemaker and a memorandum of law.

Respectfully submitted,

▒JOHN W. SUTHERS▒ This name is written in all capitals; therefore, it is a non-existent-person a/k/a a fiction.  The word-JOHN is a noun that has been converted into an adjective modifying the noun-W; the letter-W is a noun that has been converted into an adjective modifying the noun-SUTHERS, there is no such thing; therefore, this is a false conveyance of language and a felony.  Thus, properly read according to English-grammar, it would be, "non-existent-non-existent-SUTHERS."

"United States" is a possessive noun that has been converted into an adjective ▒United States Attorney▒ The phrase modifying the noun-Attorney, there is no such thing; therefore, this is a false conveyance of language and a felony.  When properly read this language would be "United non-existent-Attorney."

▒MARTIN M. SHOEMAKER▒ This name is written in all capitals; therefore, it is a non-existent-person a/k/a a fiction.  The word-MARTIN is a noun that has been converted into an adjective modifying the noun-M; the letter-M is a noun that has been converted into an adjective modifying the noun-SHOEMAKER, there is no such thing; therefore, this is a false conveyance of language and a felony.  Thus, properly read according to English-grammar, it would be, "non-existent-non-existent-SHOEMAKER."

▒Trial Attorney▒ The word-Trial is a noun that has been converted into an adjective modifying the noun-Attorney, there is no such thing; therefore, this is a false conveyance of language and a felony.  Thus, according to English-grammar this language means, "non-existent-Attorney."  Moreover, merchant-Shoemaker, as an Attorney, is guilty of treason against the America People and the America form of government, see attorney, supra.  ▒Tax Division▒ The word-Tax is a noun that has been converted into an adjective modifying the noun-Division, there is no such thing; therefore, this is a false conveyance of language and a felony.  Thus, according to English-grammar this language means, "non-existent-Division."

▒U.S. Department▒ The phrase "United States"

- 3 -

is a noun-phrase that has been converted into an adjective modifying the noun-Department, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, according to English-grammar this language means, "United non-existent-Department." of Justice

has been converted into an adjective modifying the noun-Office; the word-Office is a noun that has been converted into an adjective modifying the noun-Box, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, according to English-grammar this language means, "non-existent-non-existent-Box." 7238

Post Office Box The word-Post is a noun that

555 4th St., N.W., Room 8921
Washington, D.C. 20044
Telephone: (202) 514-6491
Fax: (202) 514-6770

US00562

IN THE UNITED STATES DISTRICT COURT This is a false conveyance of language inasmuch as the language "United States" is a noun-phrase representing a person, place or thing, however, it is not clear precisely what person, place or thing is being represented. This noun-phrase has been converted into an adjective modifying the noun-District; the word-District is a noun that has been converted into an adjective modifying the noun-Court, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, according to English-grammar this language means a "United nonexistent, non-existent-Court."

FOR THE DISTRICT OF COLORADO What precisely is the "DISTRICT OF COLORADO?" There, I am sure, is a District in Colorado inasmuch as Colorado is suppose to be a State in the Union.

Civil Action No. The word-Action is a noun that has been converted into an adjective modifying the noun-Number, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, according to English-grammar this language means a "non-existent-Number." 03-B-1127(PAC)

UNITED STATES OF AMERICA Precisely who or what is the United States of America?

Plaintiff,

v.

AUSTIN GARY COOPER This language does not represent a natural person, it is not in proper format, to wit: The word-AUSTIN has been converted into an adjective modifying the noun-GARY; the word-GARY is a noun that has been converted into an adjective modifying the noun-COOPER, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, properly read according to English-grammar, it would be, "non-existent-non-existent-COOPER."

individually and as founder of Taking Back America;

MARTHA E. COOPER This language does not represent a natural person, it is not in proper format, to wit: The word-MARTHA has been converted into an adjective modifying the noun-E; the initial-E is a noun that has been converted into an adjective modifying the noun-COOPER, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, properly read according to English-grammar, it would be, "non-existent-non-existent-COOPER.", individually and as founder of Taking Back America;

TAKING BACK AMERICA, an unincorporated organization As specified, this language witnesses that Taking Back America is an "Unincorporated organization" and, therefore, not property of the corporate United States or the

- 1 -

US00563

States of: (e.g., Colorado).

**Defendants** Who or what are the defendants?  In law, when jurisdiction has been challenged it has to be proven; thus, the use of the word-defendant would be a conclusion of law.  Furthermore, the word-Defendant is a conclusion of statute from a merchant-judge and merchant-prosecutor that each gets a pay-off of up to $25,000.00 from the Commissioner of Internal Revenue to block the truth of his/her treason, not a fact.

**UNITED STATES MOTION** The phrase "UNITED STATES'"is a possessive noun-phrase that has been converted into an adjective modifying the noun-MOTION, there *is* no such thing; therefore, this is a false conveyance of language and a felony.  When properly read this language would be "UNITED non-existent-MOTION."  **FOR SHOW CAUSE ORDER** The word-SHOW is a verb that has been converted into an adjective modifying the noun-CAUSE; the word-CAUSE is a noun that has been converted into an adjective modifying the noun-ORDER, there is no such thing; therefore, this is a false conveyance of language and a felony.  Thus, according to English-grammar this language means "non-existent- non-existent-ORDER."

The plaintiff, United States of America, moves the **Court** There is no specificity of what "Court" you are referring to.  As we have filed, this is a "Royal Court" inasmuch as the judge is dubbed "Esquire" a title just under nobility placed upon the treasonous British Accredited Registry [BAR] Association-Attorneys by "The Crown" in London, England and its hierarchy, the Rothschild-family and Bank-Cartel, the "Guardians of the Vatican Treasury," and because you do not enter carrying "The Scriptures" in any longer making the Court a "Court of Law.  Thus, the Court has been commandeered by the BAR Association and has become a "Royal Court" through an act of treason and conspiracy to commit treason.  Moreover, this tribunal *is* under Admiralty-jurisdiction because of the military flag displayed.  The record bears witness that you do not or have not denied these facts of treason. for an order requiring the **defendants Austin Gary Cooper, Martha H. Cooper** In this case, the word-Defendant is a conclusion of statute from a merchant-judge and merchant-prosecutor that each gets a pay-off of up to $25,000.00 from the Commissioner of Internal Revenue to block the truth of his/her treason, not a fact.  Furthermore, you are now addressing us in our "Christian"-name and not as the fiction in the style.  Furthermore, the word-defendants is a plural noun that has been converted into an adjective modifying the nouns-Austin and Martha, respectively.  Thus,

- 2 -

this language is a false conveyance of language. **and Taking Back America (now known as The Ten Foundation** The Ten-Foundation has a hyphen inasmuch as the word-Ten is used as a noun, meaning two sets of ten. Those being the Ten Commandments and the Ten Amendments; therefore, the referenced "The Ten Foundation" has no meaning and merchants-Shoemaker and Babcock are engaging in fraud by representing that phraseology as an entity owned or operated by us. **) to show cause** The word-show is a verb that has been converted into an adjective modifying the noun-cause, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, according to English-grammar this language means "non-existent- cause." **why they should not be held in contempt for violating the Court's Permanent Injunction Order** The word-Court's is a possessive noun that has been converted into an adjective modifying the noun-phrase-Permanent Injunction; the phrase-"Permanent Injunction" is a noun-phrase that has been converted into an adjective modifying the noun-Order, there is no such thing; therefore, this is a false conveyance of language and a felony. When properly read this language would be "Non-existent-Permanent-non-existent-Order." **entered November 20, 2003. The United States Motion** The phrase "United States'" is a possessive noun-phrase that has been converted into an adjective modifying the noun-Motion, there is no such thing; therefore, this is a false conveyance of language and a felony. When properly read this language would be "United non-existent-Motion." **to Hold Defendants** In this case, the word-Defendant is a conclusion of statute from a merchant-judge and merchant-prosecutor that each gets a pay-off of up to $25,000.00 from the Commissioner of Internal Revenue to block the truth of his/her treason, not a fact. **in Contempt, Third Declaration of Martin V. Shoemaker** Now Martin refers to himself in his natural person, **, and a Memorandum in Support of these motions are filed herewith. A proposed Order to Show Cause** The word-Show is a verb that has been converted into an adjective modifying the noun-Cause, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, according to English-grammar this language means "non-existent-Cause." **is also submitted.**

**Respectfully submitted,**

written in all capitals; therefore, it is a non-existent-person a/k/a a fiction. **JOHN W. SUTHERS** This name is an adjective modifying the noun-W; the letter-W is a noun that has been converted into an adjective modifying the noun-SUTHERS, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, properly read according to English-grammar, it would be, "non-existent-non-existent-SUTHERS."

**United States Attorney** The phrase "United States" is a possessive noun that has been converted into an adjective modifying the noun-Attorney, there is no such

- 3 -

US00565

thing; therefore, this is a false conveyance of language and a felony.  When properly read this language would be "United non-existent-Attorney."

**MARTIN M. SHOEMAKER** This name is written in all capitals; therefore, it is a non-existent-person a/k/a a fiction.  The word-MARTIN is a noun that has been converted into an adjective modifying the noun-M; the letter-M is a noun that has been converted into an adjective modifying the noun-SHOEMAKER, there is no such thing; therefore, this is a false conveyance of language and a felony.  Thus, properly read according to English-grammar, it would be, "non-existent-non-existent-SHOEMAKER."

**Trial Attorney** The word-Trial is a noun that has been converted into an adjective modifying the noun-Attorney, there is no such thing; therefore, this is a false conveyance of language and a felony.  Thus, according to English-grammar this language means, "non-existent-Attorney."  Moreover, merchant-Shoemaker, as an Attorney, is guilty of treason against the America People and the America form of government, see attorney, supra.  **Tax Division** The word-Tax is a noun that has been converted into an adjective modifying the noun-Division, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, according to English-grammar this language means, "non-existent-Division."

**U.S. Department** The phrase "United States" is a noun-phrase that has been converted into an adjective modifying the noun-Department, there is no such thing; therefore, this is a false conveyance of language and a felony.  Thus, according to English-grammar this language means. "United non-existent-Department." of Justice

**Post Office Box** The word-Post is a noun that has been converted into an adjective modifying the noun-Office; the word-Office is a noun that has been converted into an adjective modifying the noun-Box, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, according to English-grammar this language means, "non-existent-non-existent-Box." 7238

555 4th St., N.W., Room 8921
Washington, D.C. 20044
Telephone: (202) 514-6491
Fax: (202) 514-6770

- 4 -