IN THE UNITED STATES DISTRICT COURT This is a false conveyance of language inasmuch as the language "United States" is a noun-phrase representing a person, place or thing, however, it is not clear precisely what person, place or thing is being represented.  This noun-phrase has been converted into an adjective modifying the noun-District; the word-District is a noun that has been converted into an adjective modifying the noun-Court, there is no such thing; therefore, this is a false conveyance of language and a felony.  Thus, according to English-grammar this language means a "United nonexistent- non-existent-Court."

FOR THE DISTRICT OF COLORADO What precisely is the "DISTRICT OF COLORADO?"  There, I am sure, is a District in Colorado inasmuch as Colorado is supposed to be a State in the Union.

Civil Action No. The word-Action is a noun that has been converted into an adjective modifying the noun-Number, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, according to English-grammar this language means a "non-existent-Number."

03-B-1127(PAC)

UNITED STATES OF AMERICA Precisely who or what is the United States of America?

Plaintiff,

v.

AUSTIN GARY COOPER This language does not represent a natural person, it is not in proper format, to wit: The word-AUSTIN has been converted into an adjective modifying the noun-GARY; the word-GARY is a noun that has been converted into an adjective modifying the noun-COOPER, there is no such thing; therefore, this is a false conveyance of language and a felony.  Thus, properly read according to English-grammar, it would be, "non-existent-non-existent-COOPER."

individually and as founder of Taking Back America;

MARTHA E. COOPER This language does not represent a natural person, it is not in proper format, to wit: The word-MARTHA has been converted into an adjective modifying the noun-E; the initial-E is a noun that has been converted into an adjective modifying the noun-COOPER, there is no such thing; therefore, this is a false conveyance of language and a felony.  Thus, properly read according to English-grammar, it would be, "non-existent-non-existent-COOPER." , individually and as founder of Taking Back America;

TAKING BACK AMERICA, an unincorporated organization As specified, this language witnesses that Taking Back America is an "Unincorporated organization" and, therefore, not property of the corporate United States or the

-1-

States of (e.g., Colorado).

Defendants Who or what are the defendants?  In this case, the word-Defendant is a conclusion of statute from a merchant-judge and merchant-prosecutor that each gets a pay-off of up to $25,000.00 from the Commissioner of Internal Revenue to block the truth of his/her treason, not a fact.

**THIRD DECLARATION OF MARTIN M. SHOEMAKER** This language does not represent a natural person, it is not in proper format, to wit: The word-MARTIN has been converted into an adjective modifying the noun-M; the letter-M is a noun that has been converted into an adjective modifying the noun-SHOEMAKER, there is no such thing; therefore, this is a false conveyance of language and a felony.  Thus, properly read according to English-grammar, it would be, "non-existent-non-existent-SHOEMAKER."

1. I am a trial-attorney The word-Trial is a noun that has been converted into an adjective modifying the noun-Attorney, there is no such thing; therefore, this is a false conveyance of language and a felony.  Thus, according to English-grammar this language means, "non-existent-Attorney." employed by the Tax-Division The word-Tax is a noun that has been converted into an adjective modifying the noun-Division, there is no such thing; therefore, this is a false conveyance of language and a felony.  Thus, according to English-grammar this language means, "non-existent-Division." , United States Department The phrase "United States" is a noun-phrase that has been converted into an adjective modifying the noun-Department, there is no such thing; therefore, this is a false conveyance of language and a felony.  Thus, according to English-grammar this language means, "United non-existent-Department." of Justice.  I am the agency The judges and prosecutors are members and swear allegiance to a private corporation known as the British Accredited Registry [BAR] Association.  The BAR Association is owned by the Templar BAR, which Templar BAR is located and owned by "The Crown" a/k/a "The City" in London, England.  "The Crown" a/k/a "The City" is owned by the Rothschild-Bank-Cartel and the Rothschild-family.  Further, the Rothschild's are known to have the position of "Guardian of the Vatican's-Treasury," thus, the Rothschild-family represents the interests of the Vatican.  Hence, the judge is a foreign agent commandeering the judiciary of the United States of America and the Colorado-State to overthrow the American people and the American form of government.

Furthermore, The word Attorney is taken from the words:

Attorn / v. Me. [Origin French. atorner, aturner assign, appoint, f. a-torner turn v.] 1. v.t. Turn; change, transform; deck out. 2. v.t. Turn over (goods, service, allegiance, etc.) to another; transfer, assign.  3. v.i. Transfer one's tenancy, or (arch.) homage or allegiance, to another; formally acknowledge such transfer.  Attorn tenant (to) Law formally transfer one's tenancy (to), make legal acknowledgment of tenancy (to a new landlord). – *Oxford English Dictionary 1999.*

Attorn, v.i. [Latin ad and torno.] In the feudal law, to turn, or transfer homage and service from one lord to another.  This is the act of feudatories, vassals or tenants, upon the alienation of the estate. – *Webster's 1828 Dictionary.*

-2-

Attornment, n. The act of a feudatory vassal or tenant, by which he consents, upon the alienation of an estate, to receive a new lord or superior, and transfers to him his homage and service. – *Webster's 1828 Dictionary.*

Attornment n. the transference of bailor status, tenancy, or (arch.) allegiance, service, etc., to another; formal acknowledgment of such transfer: lme. – *Oxford English Dictionary 1999.*

Thus, it is clear that an Attorney is one who *transfers or assigns, within the BAR, another's rights and property, acting on behalf of the ruling crown ("The Crown" a/k/a "The City" in London, England; in other words this countries de facto government).* In other words, when Attorneys call themselves officers of the court, they are correct in that they are all government agents; however, they serve a foreign government. The American people are deceived into believing that they [the BAR] are neutral and working on behalf of justice, not serving their British Accredited Registry-Association.

for the United States. Precisely who or what is the United States? in the above-captioned action.

2. The defendants In this case, the word-Defendant is a conclusion of statute from a merchant-judge and merchant-prosecutor that each gets a pay-off of up to $25,000.00 from the Commissioner of Internal Revenue to block the truth of his/her treason, not a fact. in this action, Austin Gary Cooper Martha E. Cooper You are now addressing us in our "Christian"-name and not as the fiction in the style. Furthermore, the word-defendants is a plural noun that has been converted into an adjective modifying the nouns-Austin and Martha, respectively. Thus, this language is a false conveyance of language. and Taking Back America (now known as The Ten-Foundation The Ten-Foundation has a hyphen inasmuch as the word-Ten is used as a noun, meaning two sets of ten. Those being the Ten Commandments and the Ten Amendments; therefore, the referenced "The Ten Foundation" has no meaning and merchants-Shoemaker and Babcock are engaging in fraud by representing that phraseology as an entity owned or operated by us.), have not provided the United States Precisely who or what is the United States of America? with their customer list The word-customer is a noun that has been converted into an adjective modifying the noun-list, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, according to English-grammar this language means, "non-existent-list."

identifying the persons who have purchased their abusive tax plans, arrangement or programs The phrase-"abusive tax," though apropos when referencing "federal taxation" and other such "unlawful taxes," is a noun-phrase that has been converted into an adjective modifying the nouns-plans, arrangement or programs, respectively, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, according to English-grammar this language means "abusive non-existent-plans, arrangement or programs" respectively. , including their expatriation/repatriation program The words-expatriation and repatriation are nouns that have been converted into adjectives modifying the noun-program, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, according to English-grammar this language

- 3 -

US00569

means "non-existent-programs." A review of **PACER** We do not know what a "PACER" search is. on this date shows that the **defendants** Who or what are the defendants? In law, when jurisdiction has been challenged it has to be proven; thus, the use of the word-defendant would be a conclusion of law, or, in this case, a conclusion of statute. Furthermore, the word-Defendant is a conclusion of statute from a merchant-judge and merchant-prosecutor that each gets a pay-off of up to $25,000.00 from the Commissioner of Internal Revenue to block the truth of his/her treason, not a fact. have not filed a certificate of compliance with the **Court** There is no specificity of what "Court" you are referring to. As we have filed, this is a "Royal Court" inasmuch as the judge is dubbed "Esquire" a title just under nobility placed upon the treasonous British Accredited Registry [BAR] Association-Attorneys by "The Crown" in London, England and its hierarchy, the Rothschild-family and Bank-Cartel, the "Guardians of the Vatican Treasury," and because you do not enter carrying "The Scriptures" in any longer making the Court a "Court of Law. Thus, the Court has been commandeered by the BAR Association and has become a "Royal Court" through an act of treason and conspiracy to commit treason. Moreover, this tribunal is under Admiralty-jurisdiction because of the military flag displayed. The record bears witness that you do not or have not denied these facts of treason. stating that they have provided a **customer-list** The word-customer is a noun that has been converted into an adjective modifying the noun-list, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, according to English-grammar this language means, "non-existent-list." to the **United States** Precisely who or what is the United States of America?

3. A review of PACER on this date also reveals that the **defendants** In this case, the word-Defendant is a conclusion of law from a merchant-judge that gets a pay-off of up to $25,000.00 from the Commissioner of Internal Revenue to block the truth of his/her treason, not a fact. have not filed a certificate of compliance with the **Court** There is no specificity of what "Court" you are referring to. As we have filed, this is a "Royal Court" inasmuch as the judge is dubbed "Esquire" a title just under nobility placed upon the treasonous British Accredited Registry [BAR] Association-Attorneys by "The Crown" in London, England and its hierarchy, the Rothschild-family and Bank-Cartel, the "Guardians of the Vatican Treasury," and because you do not enter carrying "The Scriptures" in any longer making the Court a "Court of Law. Thus, the Court has been commandeered by the BAR Association and has become a "Royal Court" through an act of treason and conspiracy to commit treason. Moreover, this tribunal is under Admiralty-jurisdiction because of the military flag displayed. The record bears witness that you do not or have not denied these facts of treason. stating that they have mailed a copy of the **Permanent Injunction Order** The phrase-"Permanent Injunction" is a noun-phrase that has

– 4 –

been converted into an adjective modifying the noun-Order, there is no such thing; therefore, this is a false conveyance of language and a felony. When properly read this language would be "Permanent-non-existent-Order." to their customers.

4. On December 10, 2003, I checked the ~~defendants' websites~~ The word-defendants' is a plural noun that has been converted into an adjective modifying the noun-websites, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, according to English-grammar this language means, "non-existent-websites." www.tenfoundation.com, www.guardingtheten.com, and www.paral.org. None of the websites had a complete copy of the ~~Permanent-Injunction-Order~~ The phrase-"Permanent Injunction" is a noun-phrase that has been converted into an adjective modifying the noun-Order, there is no such thing; therefore, this is a false conveyance of language and a felony. When properly read this language would be "Permanent-non-existent-Order." displayed on its first page. I traveled around the websites and could not find a copy of the ~~Order~~ The alleged "Order". we received did not have the seal of the tribunal anywhere on the document; therefore, it is not an official document. Furthermore, jurisdiction has never been proven by any of the merchant-Accused. anywhere on those websites. A review of PACER on this date shows that the ~~defendant~~ In this case, the word-Defendant is a conclusion of law from a merchant-judge that gets a pay-off of up to $25,000.00 from the Commissioner of Internal Revenue to block the truth of his/her treason, not a fact. have not filed a certificate of compliance with the ~~Court~~ There is no specificity of what "Court" you are referring to. As we have filed, this is a "Royal Court" inasmuch as the judge is dubbed "Esquire" a title just under nobility placed upon the treasonous British Accredited Registry [BAR] Association-Attorneys by "The Crown" in London, England and its hierarchy, the Rothschild-family and Bank-Cartel, the "Guardians of the Vatican Treasury," and because you do not enter carrying "The Scriptures" in any longer making the Court a "Court of Law." Thus, the Court has been commandeered by the BAR Association and has become a "Royal Court" through an act of treason and conspiracy to commit treason. Moreover, this tribunal is under Admiralty-jurisdiction because of the military flag displayed. The record bears witness that you do not or have not denied these facts of treason. stating that they have complied with the ~~Permanent Injunction-Order~~ The phrase-"Permanent Injunction" is a noun-phrase that has been converted into an adjective modifying the noun-Order, there is no such thing; therefore, this is a false conveyance of language and a felony. When properly read this language would be "Permanent-non-existent-Order." as it pertains to their websites.

5. The ~~defendants' websites~~ The word-defendants' is a plural noun that has been converted into an adjective modifying the noun-websites, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus,

US00571

according to English-grammar this language means, "non-existent-websites." **indicate that the** ▓▓▓▓▓ In this case, the word-Defendant is a conclusion of law from a merchant-judge that gets a pay-off of up to $25,000.00 from the Commissioner of Internal Revenue to block the truth of his/her treason, not a fact. **are continuing to promote, market and sell their** ▓▓▓▓▓▓▓▓▓▓▓▓▓ The words-expatriation and repatriation are nouns that have been converted into adjectives modifying the noun-program, there is no such thing; therefore, this is a false conveyance of language and a felony. When properly read this language would be "non-existent-program." **The** ▓▓▓▓▓▓ In this case, the word-Defendant is a conclusion of law from a merchant-judge that gets a pay-off of up to $25,000.00 from the Commissioner of Internal Revenue to block the truth of his/her treason, not a fact. **have not substantially changed the promotional material on their websites since November 20, 2003, the date of the** ▓▓▓▓▓▓▓▓▓▓▓▓▓ The phrase-"Permanent Injunction" is a noun-phrase that has been converted into an adjective modifying the noun-Order, there is no such thing; therefore, this is a false conveyance of language and a felony. When properly read this language would be "Permanent-non-existent-Order." **, or since October 31, 2003, the date the** ▓▓▓▓ There is no specificity of what "Court" you are referring to. As we have filed. this is a "Royal Court" inasmuch as the judge is dubbed "Esquire" a title just under nobility placed upon the treasonous British Accredited Registry [BAR] Association-Attorneys by "The Crown" in London, England and its hierarchy, the Rothschild-family and Bank-Cartel, the "Guardians of the Vatican Treasury," and because you do not enter carrying "The Scriptures" in any longer making the Court a "Court of Law. Thus, the Court has been commandeered by the BAR Association and has become a "Royal Court" through an act of treason and conspiracy to commit treason. Moreover, this tribunal is under Admiralty-jurisdiction because of the military flag displayed. The record bears witness that you do not or have not denied these facts of treason. **entered a** ▓▓▓▓▓▓▓▓▓▓ The phrase-"Preliminary Injunction" is a noun-phrase that has been converted into an adjective modifying the noun-Order, there is no such thing; therefore, this is a false conveyance of language and a felony. When properly read this language would be "Preliminary non-existent-Order."

6. **The** ▓▓▓▓▓▓ In this case, the word-Defendant is a conclusion of law from a merchant-judge that gets a pay-off of up to $25,000.00 from the Commissioner of Internal Revenue to block the truth of his/her treason, not a fact. **were served with a copy of the** ▓▓▓▓▓▓▓▓▓▓▓▓ The phrase-"Preliminary Injunction" is a noun-phrase that has been converted into an adjective modifying the noun-Order, there is no such thing; therefore, this is a false conveyance of language and a felony. When properly read this language would be "Preliminary non-existent-Order." **entered on October 31, 2003. A marked-up copy of the** ▓▓▓▓▓▓▓▓▓▓▓▓ The phrase-"Preliminary

- 6 -

Injunction" is a noun-phrase that has been converted into an adjective modifying the noun-Order, there is no such thing; therefore, this is a false conveyance of language and a felony.  When properly read this language would be "Preliminary non-existent-Order."  is attached as ███████  The word-Exhibit is a noun that has been converted into an adjective modifying the noun-I, there is no such thing; therefore, this is a false conveyance of language and a felony.  When properly read this language would be "non-existent-I."  to the ████████████  The word-defendants' is a plural noun that has been converted into an adjective modifying the noun-document, there is no such thing; therefore, this is a false conveyance of language and a felony.  Thus, according to English-grammar this language means, "non-existent-document."  entitled "Addendum To: Special Appearance," etc., ██████████████  There is no specificity of what "Court" you are referring to.  As we have filed, this is a "Royal-Court" inasmuch as the judge is dubbed "Esquire" a title just under nobility placed upon the treasonous British Accredited Registry [BAR] Association-Attorneys by "The Crown" in London, England and its hierarchy, the Rothschild-family and Bank-Cartel, the "Guardians of the Vatican Treasury," and because you do not enter carrying "The Scriptures" in any longer making the Court a "Court of Law."  Thus, the Court has been commandeered by the BAR Association and has become a "Royal Court" through an act of treason and conspiracy to commit treason.  Moreover, this tribunal is under Admiralty-jurisdiction because of the military flag displayed.  The record bears witness that you do not or have not denied these facts of treason. ████████████████ (Dkt. No. 24).

7.  The ████████  In this case, the word-Defendant is a conclusion of law from a merchant-judge that gets a pay-off of up to $25,000.00 from the Commissioner of Internal Revenue to block the truth of his/her treason; not a fact.  have been served with a copy of the ████████████████████  The phrase-"Permanent Injunction" is a noun-phrase that has been converted into an adjective modifying the noun-Order, there is no such thing; therefore, this is a false conveyance of language and a felony.  When properly read this language would be "Permanent-non-existent-Order."

According to the certificate of service attached to the █████  The alleged "Order" we received did not have the seal of the tribunal anywhere on the document; therefore, it is not an official document.  Furthermore, jurisdiction has never been proven by any of the merchant-Accused.  , the clerk mailed a copy of the █████  The alleged "Order" we received did not have the seal of the tribunal anywhere on the document; therefore, it is not an official document.  Furthermore, jurisdiction has never been proven by any of the merchant-Accused.  to the ████████  In this case, the word-Defendant is a conclusion of law from a merchant-judge that gets a pay-off of up to $25,000.00 from the Commissioner of Internal Revenue to block the truth of his/her treason, not a fact.  on November 20, 2003.  In addition, on November 22 an individual

- 7 -

US00573

from Front Range Legal Process Service hand delivered copies of the ▉▉▉ The alleged "Order" we received did not have the seal of the tribunal anywhere on the document; therefore, it is not an official document. Furthermore, jurisdiction has never been proven by any of the merchant-Accused. to Austin Gary Cooper at the ▉▉▉▉ ▉▉▉▉ The word-Coopers' is a noun that has been converted into an adjective modifying the noun-residence, there is no such thing; therefore, this is a false conveyance of language and a felony. When properly read this language would be "non-existent-residence." A copy of the ▉▉▉▉ The alleged "Order" we received did not have the seal of the tribunal anywhere on the document; therefore, it is not an official document. Furthermore, jurisdiction has never been proven by any of the merchant-Accused. , containing the ▉▉▉▉▉▉▉▉ The word-Coopers' is a plural noun that has been converted into an adjective modifying the noun-critique, there is no such thing; therefore, this is a false conveyance of language and a felony. When properly read this language would be "non-existent-critique." , is attached as ▉▉▉▉▉ The word-Exhibit is a noun that has been converted into an adjective modifying the noun-K, there is no such thing; therefore, this is a false conveyance of language and a felony. When properly read this language would be "non-existent-K." to the ▉▉▉▉▉▉ ▉▉▉▉▉▉ The word-defendants' is a plural noun that has been converted into an adjective modifying the noun-document, there is no such thing; therefore, this is a false conveyance of language and a felony. When properly read this language would be "non-existent-document." entitled "Second Addendum To: Special Appearance," etc. ▉▉▉▉▉▉ ▉▉▉▉ There is no specificity of what "Court" you are referring to. As we have filed, this is a "Royal Court" inasmuch as the judge is dubbed "Esquire" a title just under nobility placed upon the treasonous British Accredited Registry [BAR] Association-Attorneys by "The Crown" in London, England and its hierarchy, the Rothschild-family and Bank-Cartel, the "Guardians of the Vatican Treasury," and because you do not enter carrying "The Scriptures" in any longer making the Court a "Court of Law." Thus, the Court has been commandeered by the BAR Association and has become a "Royal Court" through an act of treason and conspiracy to commit treason. Moreover, this tribunal is under Admiralty-jurisdiction because of the military flag displayed. The record bears witness that you do not or have not denied these facts of treason. ▉▉▉▉▉▉▉▉▉ (Dkt. No. 31).

8.  I have attempted to contact Austin Gary Cooper and Martha E. Cooper several times by telephone in the past couple of weeks. I have spoken to their receptionist and left a message on their answering machine, but they have not taken or returned my calls. ▉▉▉▉▉▉▉▉▉▉▉▉ Merchant-Shoemaker knows that under the unlawful case Briscoe Et. al. v.

- 8 -

LaHue Et. al., 460 U.S. 325 (1983) that he cannot be charged with perjury, therefore, this declaration is fraudulent. that the foregoing is true and correct.

Executed on December 10, 2003.

is written in all capitals; therefore, it is a non-existent-person a/k/a a fiction. The word-MARTIN is a noun that has been converted into an adjective modifying the noun-M; the letter-M is a noun that has been converted into an adjective modifying the noun-SHOEMAKER, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, properly read according to English-grammar, it would be, "non-existent-non-existent-SHOEMAKER."

has been converted into an adjective modifying the noun-Attorney, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, according to English-grammar this language means, "non-existent-Attorney." Moreover, merchant-Shoemaker, as an Attorney, is guilty of treason against the America People and the America form of government, see attorney. supra. The word-Tax is a noun that has been converted into an adjective modifying the noun-Division, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, according to English-grammar this language means, "non-existent-Division."

is a noun-phrase that has been converted into an adjective modifying the noun-Department, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, according to English-grammar this language means, "United non-existent-Department." of Justice

has been converted into an adjective modifying the noun-Office; the word-Office is a noun that has been converted into an adjective modifying the noun-Box, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, according to English-grammar this language means, "non-existent-non-existent-Box." 7238

555 4th St., N.W., Room 8921
Washington, D.C. 20044
Telephone: (202) 514-6491
Fax: (202) 514-6770

US00575

IN THE UNITED STATES DISTRICT COURT This is a false conveyance of language inasmuch as the language "United States" is a noun-phrase representing a person, place or thing, however, it is not clear precisely what person, place or thing is being represented. This noun-phrase has been converted into an adjective modifying the noun-District; the word-District is a noun that has been converted into an adjective modifying the noun-Court, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, according to English-grammar this language means a "United nonexistent, non-existent-Court."

FOR THE DISTRICT OF COLORADO What precisely is the "DISTRICT OF COLORADO?" There, I am sure, is a District in Colorado inasmuch as Colorado is supposed to be a State in the Union.

Civil Action No. The word-Action is a noun that has been converted into an adjective modifying the noun-Number, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, according to English-grammar this language means a "non-existent-Number." 03-B-1127(PAC)

UNITED STATES OF AMERICA Precisely who or what is the United States of America?

Plaintiff,

v.

AUSTIN GARY COOPER This language does not represent a natural person, it is not in proper format, to wit: The word-AUSTIN has been converted into an adjective modifying the noun-GARY; the word-GARY is a noun that has been converted into an adjective modifying the noun-COOPER, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, properly read according to English-grammar, it would be, "non-existent-non-existent-COOPER."

individually and as founder of Taking Back America;

MARTHA E COOPER This language does not represent a natural person, it is not in proper format, to wit: The word-MARTHA has been converted into an adjective modifying the noun-E; the initial-E is a noun that has been converted into an adjective modifying the noun-COOPER, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, properly read according to English-grammar, it would be, "non-existent-non-existent-COOPER." , individually and as founder of Taking Back America;

TAKING BACK AMERICA, an unincorporated organization As specified, this language witnesses that Taking Back America is an "Unincorporated organization" and, therefore, not property of the corporate United States or the

- 1 -

States of (e.g., Colorado).

**Defendants** Who or what are the defendants? In law, when jurisdiction has been challenged it has to be proven; thus, the use of the word-defendant would be a conclusion of law, or, in this case, a conclusion of statute. Furthermore, the word-Defendant is a conclusion of statute from a merchant-judge and merchant-prosecutor that each gets a pay-off of up to $25,000.00 from the Commissioner of Internal Revenue to block the truth of his/her treason, not a fact.

**UNITED STATES MEMORANDUM** This is a false conveyance of language inasmuch as the language "UNITED STATES'" is a possessive noun-phrase representing a person, place or thing, however, it is not clear precisely what person, place or thing is being represented. This noun-phrase has been converted into an adjective modifying the noun-MEMORANDUM, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, according to English-grammar this language means a "UNITED non-existent-MEMORANDUM." **IN SUPPORT OF MOTIONS FOR SHOW CAUSE ORDER** The word-SHOW is a verb that has been converted into an adjective modifying the noun-CAUSE; the word-CAUSE is a noun that has been converted into an adjective modifying the noun-ORDER, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, according to English-grammar this language means "non-existent- non-existent-ORDER." **AND TO HOLD DEFENDANTS** Who or what are the defendants? In law, when jurisdiction has been challenged it has to be proven; thus, the use of the word-defendant would be a conclusion of law, or, in this case, a conclusion of statute. Furthermore, the word-Defendant is a conclusion of statute from a merchant-judge and merchant-prosecutor that each gets a pay-off of up to $25,000.00 from the Commissioner of Internal Revenue to block the truth of his/her treason, not a fact. **IN CONTEMPT**

**Defendants** Who or what are the defendants? In law, when jurisdiction has been challenged it has to be proven; thus, the use of the word-defendant would be a conclusion of law, or, in this case, a conclusion of statute. Furthermore, the word-Defendant is a conclusion of statute from a merchant-judge and merchant-prosecutor that each gets a pay-off of up to $25,000.00 from the Commissioner of Internal Revenue to block the truth of his/her treason, not a fact. in this action, Austin-Gary, Cooper; Martha E. Cooper You are now addressing us in our "Christian"-name and not as the fiction in the style. Furthermore, the word-defendants is a plural noun that has been converted into an adjective modifying the nouns-Austin and

US00577

Martha, respectively. Thus, this language is a false conveyance of language. and Taking Back America ("TBA;" now known as The ███████████ The Ten-Foundation has a hyphen inasmuch as the word-Ten is used as a noun, meaning two sets of ten. Those being the Ten Commandments and the Ten Amendments: therefore, the referenced "The Ten Foundation" has no meaning and merchants-Shoemaker and Babcock are engaging in fraud by representing that phraseology as an entity owned or operated by us.) have failed to comply with the ███████████████ The phrase-"Permanent Injunction" is a noun-phrase that has been converted into an adjective modifying the noun-Order, there is no such thing; therefore, this is a false conveyance of language and a felony. When properly read this language would be "Permanent-non-existent-Order." entered on November 20, 2003 ("the Order"). There is no indication that the ███████████ Who or what are the defendants? In law, when jurisdiction has been challenged it has to be proven; thus, the use of the word-defendant would be a conclusion of law, or in this case a conclusion of statute. Furthermore, the word-Defendant is a conclusion of statute from a merchant-judge and merchant-prosecutor that each gets a pay-off of up to $25,000.00 from the Commissioner of Internal Revenue to block the truth of his/her treason, not a fact. have obeyed any portion of the Order. Specifically, the ███████████ Who or what are the defendants? In law, when jurisdiction has been challenged it has to be proven; thus, the use of the word-defendant would be a conclusion of law, or, in this case, a conclusion of statute. Furthermore, the word-Defendant is a conclusion of statute from a merchant-judge and merchant-prosecutor that each gets a pay-off of up to $25,000.00 from the Commissioner of Internal Revenue to block the truth of his/her treason, not a fact. have not provided the ██████ ██████ Precisely who or what is the "United States?" ███████████ a ███████████ The word-customer is a noun that has been converted into an adjective modifying the noun-list, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, when properly read using English-grammar it would be, "non-existent-list." , have not prominently displayed a copy of the Order on their websites, and have not stopped promoting their ████████████████████ ████████ The words-expatriation and repatriation are nouns that have been converted into adjectives modifying the noun-tax; the word-tax is a noun that has been converted into an adjective modifying the noun-scheme, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, when properly read using English-grammar it would be, "non-existent/non-existent-non-existent-scheme." . The ███████████ Who or what are the defendants? In law, when jurisdiction has been challenged it has to be proven; thus, the use of the word-defendant would be a conclusion of law, or, in this case, a conclusion of statute. Furthermore, the word-Defendant is a conclusion of statute from a merchant-judge and merchant-prosecutor that each gets a pay-off of up to $25,000.00 from the Commissioner of Internal Revenue to block the truth of his/her treason, not a fact.

- 3 -

should therefore be held in civil contempt.

## FACTUAL BACKGROUND

The ~~United States~~ Precisely who or what is the "United States?" filed this action to enjoin the ~~defendants~~ Who or what are the defendants?  In law, when jurisdiction has been challenged it has to be proven; thus, the use of the word-defendant would be a conclusion of law, or, in this case, a conclusion of statute.  Furthermore, the word-Defendant is a conclusion of statute from a merchant-judge and merchant-prosecutor that each gets a pay-off of up to $25,000.00 from the Commissioner of Internal Revenue to block the truth of his/her treason, not a fact. from promoting ~~abusive tax schemes~~ The phrase- "abusive tax" is a noun-phrase that has been converted into an adjective modifying the noun-schemes, there is no such thing; therefore, this is a false conveyance of language and a felony.  Thus, when properly read using English-grammar it would be, "abusive non-existent-schemes." . This ~~Court~~ There is no specificity of what "Court" you are referring to.  As we have filed, this is a "Royal Court" inasmuch as the judge is dubbed "Esquire" a title just under nobility placed upon the treasonous British Accredited Registry [BAR] Association-Attorneys by "The Crown" in London, England and its hierarchy. the Rothschild-family and Bank-Cartel, the "Guardians of the Vatican Treasury," and because you do not enter carrying "The Scriptures" in any longer making the Court a "Court of Law.  Thus, the Court has been commandeered by the BAR Association and has become a "Royal Court" through an act of treason and conspiracy to commit treason.  Moreover, this tribunal is under Admiralty-jurisdiction because of the military flag displayed.  The record bears witness that you do not or have not denied these facts of treason. has found that the ~~defendants~~ Who or what are the defendants?  In law, when jurisdiction has been challenged it has to be proven; thus, the use of the word-defendant would be a conclusion of law, or, in this case, a conclusion of statute.  Furthermore, the word-Defendant is a conclusion of statute from a merchant-judge and merchant-prosecutor that each gets a pay-off of up to $25,000.00 from the Commissioner of Internal Revenue to block the truth of his/her treason, not a fact.

organize and promote an ~~abusive tax program~~ While the noun-phrase "abusive tax" is apropos regarding federal taxation, when placed directly before the noun-program, program becomes an adjective, there is no such thing; therefore, this is a false conveyance of language and a felony.  When properly read this language would be "abusive non-existent-program."

namely, their ~~expatriation/repatriation program~~ The words-expatriation and repatriation are nouns that have been converted into adjectives modifying the noun-program, there is no such thing; therefore, this is a false conveyance of language and a felony.  Thus, according to English-grammar this language means "non-existent-programs."

-and make false or fraudulent statements regarding the ~~tax benefits~~ The word-tax is a noun that has been converted into an adjective

-4-

modifying the noun-benefits, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, according to English-grammar this language means "non-existent-benefits." of the program. The ▓▓▓ There is no specificity of what "Court" you are referring to. As we have filed, this is a "Royal Court" inasmuch as the judge is dubbed "Esquire" a title just under nobility placed upon the treasonous British Accredited Registry [BAR] Association-Attorneys by "The Crown" in London, England and its hierarchy, the Rothschild-family and Bank-Cartel, the "Guardians of the Vatican Treasury," and because you do not enter carrying "The Scriptures" in any longer making the Court a "Court of Law." Thus, the Court has been commandeered by the BAR Association and has become a "Royal Court" through an act of treason and conspiracy to commit treason. Moreover, this tribunal is under Admiralty-jurisdiction because of the military flag displayed. The record bears witness that you do not or have not denied these facts of treason. found that they engaged in conduct subject to injunction under 26 ▓▓▓ Presumably the initials-U.S.C. stand for "United States Code." The phrase-"United States" is a noun-phrase that has been converted into an adjective modifying the noun-Code, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, according to English-grammar this language means "United non-existent-Code." §§ 7402 and 7408. Accordingly, in the Order, the ▓▓▓ There is no specificity of what "Court" you are referring to. As we have filed, this is a "Royal Court" inasmuch as the judge is dubbed "Esquire" a title just under nobility placed upon the treasonous British Accredited Registry [BAR] Association-Attorneys by "The Crown" in London, England and its hierarchy, the Rothschild-family and Bank-Cartel, the "Guardians of the Vatican Treasury," and because you do not enter carrying "The Scriptures" in any longer making the Court a."Court of Law." Thus, the Court has been commandeered by the BAR Association and has become a "Royal Court" through an act of treason and conspiracy to commit treason. Moreover, this tribunal is under Admiralty-jurisdiction because of the military flag displayed. The record bears witness that you do not or have not denied these facts of treason. enjoined them from:

(1) Organizing, promoting, marketing, or selling any ▓▓▓▓▓▓▓▓▓▓▓▓▓ The phrase-"abusive tax," though apropos when referencing "federal taxation" and other such "unlawful taxes," is a noun-phrase that has been converted into an adjective modifying the nouns-shelter, plan or arrangement, respectively, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, according to English-grammar this language means "abusive non-existent-shelter, plan or arrangement" respectively. that advises or encourages ▓▓▓▓▓ The word-taxpayer is vague and a conclusion of statute. to attempt to violate the ▓▓▓▓▓▓▓▓▓ The phrase-"internal revenue" is a noun-phrase that has been converted into an adjective modifying the noun-laws, there is no such thing; therefore, this is a false

--5--

conveyance of language and a felony. Thus, according to English-grammar this language means "internal non-existent-laws." or

unlawfully evade the assessment or collection of the ▓▓▓▓▓▓▓▓▓▓ The phrase-"federal tax" is a noun-phrase that has been converted into an adjective modifying the noun-liabilities, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, according to English-grammar this language means "federal non-existent-liabilities." , including the ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ The words-expatriation/repatriation are nouns that have been converted into adjectives modifying the noun-program, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, according to English-grammar this language means "non-existent-program" and "non-existent-program," respectively.

(2) Making false statements about the securing of any ▓▓▓▓▓▓ The word-tax is a noun that has been converted into an adjective modifying the noun-benefit, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, according to English-grammar this language means "non-existent-benefit." by the reason of participating in their program, including false statement that ▓▓▓▓▓▓▓▓▓ The Accused intentionally uses the lower case "c" in citizens and not the upper case "C" meaning a proper noun. Thus, this is intentional fraud by the Accused. are not required to pay ▓▓▓▓▓▓▓▓▓▓ The phrase-"federal income" is a noun that has been converted into an adjective modifying the noun-tax, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, according to English-grammar this language means "non-existent-tax."

(3) Encouraging, instructing, advising and assisting others to violate the ▓▓▓▓▓▓ The word-tax is a noun that has been converted into an adjective modifying the noun-laws, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, according to English-grammar this language means "non-existent-laws." including to evade the ▓▓▓▓▓▓ As you know only gold or silver-coin can pay a debt, certainly not promissory notes; see Article I, Section 10 of the Constitution for the United States of America. of taxes;

(4) Engaging in conduct subject to penalty under ▓▓▓▓ The phrase-"Internal Revenue" is a noun-phrase that has been converted into an adjective modifying the noun-Code, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, according to English-grammar this language means "Internal non-existent-Code." § 6700, i.e., by making or furnishing, in connection with the organization or sale of an abusive shelter, plan, or arrangement, a statement the ▓▓▓▓▓▓▓▓ Who or what are the defendants? In law, when jurisdiction has been challenged it has to be proven; thus, the use of the word-defendant would be a conclusion of law, or, in this case, a conclusion of statute.

US00581

Furthermore, the word-Defendant is a conclusion of statute from a merchant-judge and merchant-prosecutor that each gets a pay-off of up to $25,000.00 from the Commissioner of Internal Revenue to block the truth of his/her treason, not a fact. know or have reason to know to be false or fraudulent as to any material matter;

(5) Engaging in any conduct that interferes with the administration and enforcement of the internal revenue laws. The phrase-"internal revenue" is a noun-phrase that has been converted into an adjective modifying the noun-laws, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, according to English-grammar this language means **"non-existent-laws."** by the Internal Revenue Service. The phrase-"Internal Revenue" is a noun-phrase that has been converted into an adjective modifying the noun-Service, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, according to English-grammar this language means **"non-existent-Service."** The Court's Order. The word-Court's is a possessive noun that has been converted into an adjective modifying the noun-Order, there is no such thing; therefore, this is a false conveyance of language and a felony. When properly read this language would be "non-existent-Order." also requires the defendants. Who or what are the defendants? In law, when jurisdiction has been challenged it has to be proven; thus, the use of the word-defendant would be a conclusion of law. Furthermore, the word-Defendant is a conclusion of statute from a merchant-judge and merchant-prosecutor that each gets a pay-off of up to $25,000.00 from the Commissioner of Internal Revenue to block the truth of his/her treason, not a fact. to:

- Provide to the United States. Precisely who or what is the "United States?" their complete customer list. The word-customer is a noun that has been converted into an adjective modifying the noun-list, there is no such thing; therefore, this is a false conveyance of language and a felony. When properly read this language would be "non-existent-list."

- Mail a copy of the Order to all individuals who have purchased their abusive program;

- Remove from their websites all abusive tax scheme. While the noun-phrase "abusive tax" is apropos regarding federal taxation, when placed directly before the noun-scheme, tax becomes an adjective, there is no such thing; therefore, this is a false conveyance of language and a felony. When properly read this language would be "abusive non-existent-scheme." promotional materials and display prominently on the first page of the websites a complete copy of the Order within 10 days of the Order; and

- File with the Court. There is no specificity of what "Court" you are referring to. As we have filed, this is a "Royal Court" inasmuch as the judge is dubbed "Esquire" a title just under nobility placed upon the treasonous British Accredited Registry [BAR] Association-Attorneys by "The Crown" in London, England and its hierarchy, the Rothschild-family and Bank-Cartel, the "Guardians of the Vatican Treasury," and because you do not enter carrying "The Scriptures" in any longer making the Court a "Court of Law." Thus, the Court has been commandeered by the BAR Association and has become a "Royal Court" through an act of treason and conspiracy to commit treason.

- 7 -

US00582

Moreover, this tribunal is under Admiralty-jurisdiction because of the military flag displayed. The record bears witness that you do not or have not denied these facts of treason. **within 10 days of the Order a certificate, swearing that specific portions of the Order have been complied with.**

**The** ▆▆▆▆▆▆ Who or what are the defendants? In law, when jurisdiction has been challenged it has to be proven; thus, the use of the word-defendant would be a conclusion of law, or, in this case, a conclusion of statute. Furthermore, the word-Defendant is a conclusion of statute from a merchant-judge and merchant-prosecutor that each gets a pay-off of up to $25,000.00 from the Commissioner of Internal Revenue to block the truth of his/her treason, not a fact. **have not provided a** ▆▆▆▆▆▆ The word-customer is a noun that has been converted into an adjective modifying the noun-list, there is no such thing; therefore, this is a false conveyance of language and a felony. When properly read this language would be "non-existent-list." **to the** ▆▆▆▆▆▆ Precisely who or what is the "United States?" **, have not removed from their websites promotional material related to their** ▆▆▆▆▆▆ While the noun-phrase "abusive tax" is apropos regarding federal taxation, when placed directly before the noun-scheme, tax becomes an adjective, there is no such thing; therefore, this is a false conveyance of language and a felony. When properly read this language would be "abusive non-existent-scheme." **, have not displayed a copy of the** ▆▆▆▆▆▆ The phrase-"Permanent Injunction" is a noun-phrase that has been converted into an adjective modifying the noun-Order, there is no such thing; therefore, this is a false conveyance of language and a felony. When properly read this language would be "Permanent-non-existent-Order." **on any of their websites, and are continuing to promote their** ▆▆▆▆▆▆ The words-expatriation and repatriation are nouns that have been converted into adjectives modifying the noun-program, there is no such thing; therefore, this is a false conveyance of language and a felony. When properly read this language would be "non-existent-program." **A** ▆▆▆▆▆▆ We do not know what a "PACER" search is. **search conducted December 10, 2003, shows that the** ▆▆▆▆▆▆ Who or what are the defendants? In law, when jurisdiction has been challenged it has to be proven; thus, the use of the word-defendant would be a conclusion of law, or, in this case, a conclusion of statute. Furthermore, the word-Defendant is a conclusion of statute from a merchant-judge and merchant-prosecutor that each gets a pay-off of up to $25,000.00 from the Commissioner of Internal Revenue to block the truth of his/her treason, not a fact. **have not filed any certificate of compliance with the** ▆▆▆▆ There is no specificity of what "Court" you are referring to. As we have filed, this is a "Royal Court" inasmuch as the judge is dubbed "Esquire" a title just under nobility placed upon the treasonous British Accredited Registry [BAR] Association-Attorneys by

- 8 -

"The Crown" in London, England and its hierarchy, the Rothschild-family and Bank-Cartel, the "Guardians of the Vatican Treasury," and because you do not enter carrying "The Scriptures" in any longer making the Court a "Court of Law. Thus, the Court has been commandeered by the BAR Association and has become a "Royal Court" through an act of treason and conspiracy to commit treason. Moreover, this tribunal is under Admiralty-jurisdiction because of the military flag displayed. The record bears witness that you do not or have not denied these facts of treason.

## DISCUSSION

A ▓▓▓▓▓▓▓ The word-district is a noun that has been converted into an adjective modifying the noun-court, there is no such thing; therefore, this is a false conveyance of language and a felony. When properly read this language would be "non-existent-court." ▓▓▓▓▓▓ has broad discretion in using its ▓▓▓▓▓▓▓ The word-contempt is a noun that has been converted into an adjective modifying the noun-powers, there is no such thing; therefore, this is a false conveyance of language and a felony. When properly read this language would be "non-existent-powers." ▓▓▓▓▓ to assure compliance with its orders.[1] For the ▓▓▓▓▓▓ Who or what are the defendants? In law, when jurisdiction has been challenged it has to be proven; thus, the use of the word-defendant would be a conclusion of law, or, in this case, a conclusion of statute. Furthermore, the word-Defendant is a conclusion of statute from a merchant-judge and merchant-prosecutor that each gets a pay-off of up to $25,000.00 from the Commissioner of Internal Revenue to block the truth of his/her treason, not a fact. ▓▓▓▓▓ to be held in contempt, it must be shown that (1) a valid order existed, (2) the defendants had knowledge of the order, and (3) the defendants disobeyed the order.[2]

These elements are clearly met. A valid ▓▓▓▓▓▓▓▓▓▓ The phrase-"Permanent Injunction" is a noun-phrase that has been converted into an adjective modifying the noun-Order, there is no such thing; therefore, this is a false conveyance of language and a felony. When properly read this language would be "Permanent-non-existent-Order." was entered on November 20, 2003. The ▓▓▓▓▓▓ Who or what are the defendants? In law, when jurisdiction has been challenged it has to be proven; thus, the use of the word-defendant would be a conclusion of law, or, in this case, a conclusion of statute. Furthermore, the word-Defendant is a conclusion of statute from a merchant-judge and merchant-prosecutor that each gets a pay-off of up to $25,000.00 from the Commissioner of Internal Revenue to block the truth of his/her treason, not a fact. were served with a copy of the Order. The ▓▓▓▓▓▓ Who or what are the defendants? In law,

---

[1] *Rodriguez v. IBP, Inc.*, 243 F.3d 1221, 1231 (10th Cir. 2001); *United Int'l Holdings, Inc. v. Wharf (Holdings) Ltd.*, 210 f.3D 1207, 1236 (10th Cir. 2000).

[2] *Reliance Ins. Co. v. Mast Constr. Co.*, 159 F.3d 1311, 1315 (10th Cir. 1998).

US00584

when jurisdiction has been challenged it has to be proven; thus, the use of the word-defendant would be a conclusion of law, or, in this case, a conclusion of statute. Furthermore, the word-Defendant is a conclusion of statute from a merchant-judge and merchant-prosecutor that each gets a pay-off of up to $25,000.00 from the Commissioner of Internal Revenue to block the truth of his/her treason, not a fact. have failed to take any of the actions required by the Order and there is absolutely no indication that they intend to do so. So far, the ▓▓▓▓▓▓ Who or what are the defendants? In law, when jurisdiction has been challenged it has to be proven; thus, the use of the word-defendant would be a conclusion of law, or, in this case, a conclusion of statute. Furthermore, the word-Defendant is a conclusion of statute from a merchant-judge and merchant-prosecutor that each gets a pay-off of up to $25,000.00 from the Commissioner of Internal Revenue to block the truth of his/her treason, not a fact. only response to the Order has been to parse it and attach it to one of their frivolous filings (▓▓▓▓▓). They are deliberately flouting the ▓▓▓▓▓▓▓▓ The word-Court's is a possessive noun that has been converted into an adjective modifying the noun-authority, there is no such thing; therefore, this is a false conveyance of language and a felony. When properly read this language would be "non-existent-authority." by refusing to acknowledge the validity of the ▓▓▓▓▓▓▓ The word-court's is a possessive noun that has been converted into an adjective modifying the noun-order, there is no such thing; therefore, this is a false conveyance of language and a felony. When properly read this language would be "non-existent-order." [3]

---

[3] The ▓▓▓▓▓ Who or what are the defendants? In law, when jurisdiction has been challenged it has to be proven; thus, the use of the word-defendant would be a conclusion of law, or, in this case, a conclusion of statute. Furthermore, the word-Defendant is a conclusion of statute from a merchant-judge and merchant-prosecutor that each gets a pay-off of up to $25,000.00 from the Commissioner of Internal Revenue to block the truth of his/her treason, not a fact. ▓▓▓▓▓▓▓▓▓ The phrase-"Preliminary Injunction" is a noun-phrase that has been converted into an adjective modifying the noun-Order, there is no such thing; therefore, this is a false conveyance of language and a felony. When properly read this language would be "Preliminary-non-existent-Order." also did not comply with the entered October 31, 2003. Even though the ▓▓▓▓▓▓ Who or what are the defendants? In law, when jurisdiction has been challenged it has to be proven; thus, the use of the word-defendant would be a conclusion of law. Furthermore, the word-Defendant is a conclusion of statute from a merchant-judge and merchant-prosecutor that each gets a pay-off of up to $25,000.00 from the Commissioner of Internal Revenue to block the truth of his/her treason, not a fact. could still be subject to a compensatory civil ▓▓▓▓▓▓▓▓ The word-contempt is a noun that has been converted into an adjective modifying the noun-judgment, there is no such thing; therefore, this is a false conveyance of language and a felony. When properly read this language would be "non-existent-judgment." for violating that order, the focus of this motion is on the ▓▓▓▓▓▓ Who or what are the defendants? In law, when jurisdiction has been challenged it has to be proven; thus, the use of the word-defendant would be a conclusion of law, or, in this case, a conclusion of statute. Furthermore, the word-Defendant is a conclusion of statute from a merchant-judge and merchant-prosecutor that each

- 10 -

Once a ▓▓▓▓ There is no specificity of what "Court" you are referring to.  As we have filed, this is a "Royal Court" inasmuch as the judge is dubbed "Esquire" a title just under nobility placed upon the treasonous British Accredited Registry [BAR] Association-Attorneys by "The Crown" in London, England and its hierarchy, the Rothschild-family and Bank-Cartel, the "Guardians of the Vatican Treasury," and because you do not enter carrying "The Scriptures" in any longer making the Court a "Court of Law.  Thus, the Court has been commandeered by the BAR Association and has become a "Royal Court" through an act of treason and conspiracy to commit treason.  Moreover, this tribunal is under Admiralty-jurisdiction because of the military flag displayed.  The record bears witness that you do not or have not denied these facts of treason. **determines that a** ▓▓▓▓▓▓ Who or what are the defendants?  In law, when jurisdiction has been challenged it has to be proven; thus, the use of the word-defendant would be a conclusion of law, or, in this case, a conclusion of statute.  Furthermore, the word-Defendant is a conclusion of statute from a merchant-judge and merchant-prosecutor that each gets a pay-off of up to $25,000.00 from the Commissioner of Internal Revenue to block the truth of his/her treason, not a fact. **has not complied with the** ▓▓▓▓ ▓▓▓▓ The word-court's is a possessive noun that has been converted into an adjective modifying the noun-order, there is no such thing; therefore, this is a false conveyance of language and a felony.  When properly read this language would be "non-existent-order." **, both coercive and compensatory sanctions may be imposed.[4]  A** ▓▓▓▓▓▓ The word-district is a. noun that has been converted into an adjective modifying the noun-court, there is no such thing; therefore, this is a false conveyance of language and a felony.  When properly read this language would be "non-existent-court." **has broad discretion to fashion contempt sanctions.  When devising sanctions to ensure compliance with its orders, the** ▓▓▓▓ There is no specificity of what "Court" you are referring to.  As we have filed, this is a "Royal Court" inasmuch as the judge is dubbed "Esquire" a title just under nobility placed upon the treasonous British Accredited Registry [BAR] Association-Attorneys by "The Crown" in London, England and its hierarchy, the Rothschild-family and Bank-Cartel, the "Guardians of the Vatican Treasury," and because you do not enter carrying "The Scriptures" in any longer making the Court a "Court of Law.  Thus, the

gets a pay-off of up to $25,000.00 from the Commissioner of Internal Revenue to block the truth of his/her treason, not a fact. noncompliance with the ▓▓▓▓▓▓▓▓▓▓▓▓ The phrase-"Permanent Injunction" is a noun-phrase that has been converted into an adjective modifying the noun-Order, there is no such thing; therefore, this is a false conveyance of language and a felony.  When properly read this language would be "Permanent-non-existent-Order." *See Reliance Insurance Co. v. Mast Constr. Co., 84 F.3d 372, 376 (10th Cir. 1996) (persons subject to contempt even if injunction later terminates due to passage of time or mootness).*

[4] *See, e.g., O'Connor v. Midwest Pipe Fabrications, Inc., 972 F.2d 1204, 1211 (10th Cir. 1992) (citations omitted).*

- 11 --

US00586

Court has been commandeered by the BAR Association and has become a "Royal Court" through an act of treason and conspiracy to commit treason. Moreover, this tribunal is under Admiralty-jurisdiction because of the military flag displayed. The record bears witness that you do not or have not denied these facts of treason. should consider "the character and magnitude of the harm threatened by continued contumacy and the probable effectiveness of any suggested sanction in bringing about the result desired."[5] Appropriated sanctions may include a coercive daily fine, a compensatory fine, ▨▨▨▨▨▨ The word-attorney's is a plural noun that has been converted into an adjective modifying the noun-fees, there is no such thing; therefore, this is a false conveyance of language and a felony. When properly read this language would be "non-existent-fees." and costs, and coercive incarceration.[6]

The Government requests that a daily compensatory fine of ▨▨▨▨ Moreover, you demand "payment" in the form of "$1,000." Article I, Section 10 of the Constitution for the United States of America states, "No State shall ...make any Thing but gold and silver Coin a Tender in Payment of Debts...". The merchant-Accused has filed for $, which is a symbol that indicates, "no-silver." The now defunct $ with two slightly separated parallel-vertical-lines at or near the center of the S means, "silver-bar." I have been receiving monies "without prejudice" for my labor in the form of "Federal Reserve Notes." The language "Federal Reserve Notes" not hyphenated is a false conveyance of language inasmuch as the phrase "Federal Reserve" is a noun-phrase that has been converted into an adjective modifying the noun-Notes; according to English-grammar there is no such creature. When properly read, the language "Federal Reserve Notes" would be, "Federal non-existent-Notes." However, "receiving" the notes "without prejudice" converts the notes into money inasmuch as through treason and conspiracy, the Congress of the United States removed our proper money, thereby conspiring to place each and every human person under the regulations of bankruptcy and covertly seize their properties. Now monies and human persons acting for the corporate State that accept these notes accept the debt attached to them; however, by receiving them I do not agree to the unlawful obligation attached thereto. The merchant-Accused did not write that they would take payment in "Federal Reserve-Notes." they only use the symbol for "no silver." Hence, any "payment" demanded, in the form of taxation, fines, etc. to the corporate government could be made in wooden-nickels or grains of sand, etc. Thus, the corporate State or corporate United States enforcing any payment for any alleged debt or debt in fact in other than the money of account for its coffers, as it were, is an act of treason and an overthrow of the American form of government and of the American people. The body-politic "We the People" can, on the other hand, receive "Federal Reserve Notes" or Federal Reserve-Notes "without prejudice" and protect their rights by so doing. The government-controlled-schools, however, do not teach the people to protect their rights but teach them to surrender their rights instead to the de facto government presently in control.

be imposed against the ▨▨▨▨▨▨ Who or what are the defendants? In law, when jurisdiction has been challenged it has to be proven; thus, the use of the word-defendant would be a conclusion of law, or, in this case, a conclusion of statute. Furthermore, the word-Defendant is a conclusion of statute from a merchant-judge and merchant-prosecutor that each

---

[5] *United States v. United Mine Workers of America*, 330 U.S. 258, 304 (1947).

[6] *International Union, United Mine Workers of America v. Bagwell*, 512 U.S. 821 (1994); *United States v. Marquardo*, 149 f.3D 36 (1ˢᵗ Cir. 1998); *O'Connor*.

US00587

gets a pay-off of up to $25,000.00 from the Commissioner of Internal Revenue to block the truth of his/her treason, not a fact.

**while they remain in contempt of the Order. This is appropriate because the** ▓▓▓▓▓▓▓▓▓▓▓ The word-defendants' is a plural noun that has been converted into an adjective modifying the noun-actions, there is no such thing; therefore, this is a false conveyance of language and a felony. When properly read this language would be "non-existent-actions." **continue to cause substantial revenue loss to the** ▓▓▓▓▓▓▓▓▓▓▓ The phrase-"United States" is a noun-phrase that has been converted into an adjective modifying the noun-Treasury, there is no such thing; therefore, this is a false conveyance of language and a felony. When properly read this language would be "United-non-existent-Treasury." [7] **The** ▓▓▓▓▓▓▓▓ Who or what are the defendants? In law, when jurisdiction has been challenged it has to be proven; thus, the use of the word-defendant would be a conclusion of law, or, in this case, a conclusion of statute. Furthermore, the word-Defendant is a conclusion of statute from a merchant-judge and merchant-prosecutor that each gets a pay-off of up to $25,000.00 from the Commissioner of Internal Revenue to block the truth of his/her treason, not a fact. **failure to notify their customers of the** ▓▓▓▓▓▓▓▓▓ The word-Injunction is a noun that has been converted into an adjective modifying the noun-Order, there is no such thing; therefore, this is a false conveyance of language and a felony. When properly read this language would be "Non-existent-Order." **, failure to post the** ▓▓▓▓▓▓▓▓▓ The word-Injunction is a noun that has been converted into an adjective modifying the noun-Order, there is no such thing; therefore, this is a false conveyance of language and a felony. When properly read this language would be "Non-existent-Order." **on their websites, and failure to provide the**

[7] Compl. ¶ 34 (Unless ▓▓▓▓▓▓ Who or what are the defendants? In law, when jurisdiction has been challenged it has to be proven; thus, the use of the word-defendant would be a conclusion of law, or, in this case, a conclusion of statute. Furthermore, the word-Defendant is a conclusion of statute from a merchant-judge and merchant-prosecutor that each gets a pay-off of up to $25,000.00 from the Commissioner of Internal Revenue to block the truth of his/her treason, not a fact. enjoined, the ▓▓▓ The initials-IRS presumably stand for "Internal Revenue Service." So being, the phrase "Internal Revenue" is a noun-phrase that has been converted into an adjective modifying the noun-Service, there is no such thing; therefore, this is a false conveyance of language and a felony. When properly read this language would be "Internal non-existent-Service." **are** have to devote substantial time and resources to identifying and locating their customers, and then constructing and **will** examining those ▓▓▓▓▓▓▓▓▓▓▓ The word-persons' is a plural pronoun that has been converted into an adjective modifying the noun-tax; the word-tax is a noun that has been converted into an adjective modifying the noun-return, there is no such thing, this is a false conveyance of language and a felony. When properly read this language would be "non-existent-non-existent-returns." **and liabilities. The burden of pursuing individual customers may be an insurmountable** obstacle, given the ▓▓▓▓ The initials-IRS presumably stand for "Internal Revenue Service." So being, the phrase "Internal Revenue" is a noun-phrase that has been converted into an adjective modifying the noun-Service, there is no such thing; therefore, this is a false conveyance of language and a felony. When properly read this language would be "Internal non-existent-Service." **limited resources.)**

-13-