Government with their *customer list* The word-customer is a noun that has been converted into an adjective modifying the noun-list, there is no such thing; therefore, this is a false conveyance of language and a felony. When properly read this language would be "non-existent-list." perpetuates their illegal scheme and further compounds the harm done- substantial revenue loss and administrative costs associated with detecting and auditing their customers.

In addition to the requested compensatory sanction, a coercive fine beginning at *$1,000* This is treasonous, see page 11, bottom supra. per day and increasing to *$5,000* This is treasonous, see page 11, bottom supra. per day after eleven days *is* necessary to ensure that the *defendants* Who or what are the defendants? In law, when jurisdiction has been challenged it has to be proven; thus, the use of the word-defendant would be a conclusion of law, or, in this case, a conclusion of statute. Furthermore, the word-Defendant is a conclusion of statute from a merchant-judge and merchant-prosecutor that each gets a pay-off of up to $25,000.00 from the Commissioner of Internal Revenue to block the truth of his/her treason, not a fact. comply with the *injunction Order* The word-Injunction is a noun that has been converted into an adjective modifying the noun-Order, there is no such thing; therefore, this is a false conveyance of language and a felony. When properly read this language would be "Non-existent-Order." and *pay* As you know only gold or silver-coin can pay a debt; certainly not promissory notes; see Article I, Section 10 of the Constitution for the United States of America. the awarded *contempt sanctions* The word-contempt is a noun that has been converted into an adjective modifying the noun-sanctions, there is no such thing; therefore, this is a false conveyance of language and a felony. When properly read this language would be "non-existent-sanctions." . If the *defendants* Who or what are the defendants? In law, when jurisdiction has been challenged it has to be proven; thus, the use of the word-defendant would be a conclusion of law, or, in this case, a conclusion of statute. Furthermore, the word-Defendant is a conclusion of statute from a merchant-judge and merchant-prosecutor that each gets a pay-off of up to $25,000.00 from the Commissioner of Internal Revenue to block the truth of his/her treason, not a fact. continue to defy the *Court* There is no specificity of what "Court" you are referring to. As we have filed, this is a "Royal Court" inasmuch as the judge is dubbed "Esquire" a title just under nobility placed upon the treasonous British Accredited Registry [BAR] Association-Attorneys by "The Crown" in London, England and its hierarchy, the Rothschild-family and Bank-Cartel, the "Guardians of the Vatican Treasury," and because you do not enter carrying "The Scriptures" in any longer making the Court a "Court of Law. Thus, the Court has been commandeered by the BAR Association and has become a "Royal Court" through an act of treason and conspiracy to commit treason. Moreover, this tribunal is under Admiralty-jurisdiction because of the military flag displayed. The record bears witness that you do not or have not denied these facts of treason. , either by failing to

- 14 -

comply with the Order or by failing to pay As you know only gold or silver-coin can pay a debt, certainly not promissory notes; see Article 1, Section 10 of the Constitution for the United States of America. any contempt-sanctions The word-contempt is a noun that has been converted into an adjective modifying the noun-sanctions, there is no such thing; therefore, this is a false conveyance of language and a felony. When properly read this language would be "non-existent-sanctions.", after monetary sanctions reach $80,000 This is treasonous, see page 11, bottom supra. , coercive incarceration would be appropriate. We therefore request that any contempt-order The word-contempt is a noun that has been converted into an adjective modifying the noun-order, there is no such thing; therefore, this is a false conveyance of language and a felony. When properly read this language would be "non-existent-order." automatically impose coercive incarceration should monetary sanctions fail to produce the defendants'-compliance The word-defendants' is a plural noun that has been converted into an adjective modifying the noun-compliance, there is no such thing; therefore, this is a false conveyance of language and a felony. When properly read this language would be "non-existent-compliance."

An evidentiary hearing in unnecessary unless the defendants Who or what are the defendants? In law, when jurisdiction has been challenged it has to be proven; thus, the use of the word-defendant would be a conclusion of law, or, in this case, a conclusion of statute. Furthermore, the word-Defendant is a conclusion of statute from a merchant-judge and merchant-prosecutor that each gets a pay-off of up to $25,000.00 from the Commissioner of Internal Revenue to block the truth of his/her treason, not a fact. written response to this motion raises a factual dispute material to the Court's contempt-determination The word-Court's is a possessive noun that has been converted into an adjective modifying the noun-contempt; the word-contempt is a noun that has been converted into an adjective modifying the noun-determination, there is no such thing; therefore, this is a false conveyance of language and a felony. When properly read this language would be "Non-existent-non-existent-determination."

## CONCLUSION

The defendants Who or what are the defendants? In law, when jurisdiction has been challenged it has to be proven; thus, the use of the word-defendant would be a conclusion of law, or, in this case, a conclusion of statute. Furthermore, the word-Defendant is a conclusion of statute from a merchant-judge and merchant-prosecutor that each gets a pay-off of up to $25,000.00 from the Commissioner of Internal Revenue to block the truth of his/her treason, not a fact. are in violation of the Permanent-Injunction-Order The phrase-"Permanent Injunction" is a noun-phrase that has been converted into an adjective

US00590

modifying the noun-Order, there is no such thing; therefore, this is a false conveyance of language and a felony. When properly read this language would be "Permanent-non-existent-Order." . They are in contempt, and fines and penalties should be imposed to compel compliance.

Respectfully submitted,

JOHN W. SUTHERS This name is written in all capitals; therefore, it is a non-existent-person a/k/a a fiction. The word-JOHN is a noun that has been converted into an adjective modifying the noun-W; the letter-W is a noun that has been converted into an adjective modifying the noun-SUTHERS, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, properly read according to English-grammar, it would be, "non-existent-non-existent-SUTHERS."

United States Attorney The phrase "United States" is a possessive noun that has been converted into an adjective modifying the noun-Attorney, there is no such thing; therefore, this is a false conveyance of language and a felony. When properly read this language would be "United non-existent-Attorney."

MARTIN M SHOEMAKER This name is written in all capitals; therefore, it is a non-existent-person a/k/a a fiction. The word-MARTIN is a noun that has been converted into an adjective modifying the noun-M; the letter-M is a noun that has been converted into an adjective modifying the noun-SHOEMAKER, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, properly read according to English-grammar, it would be, "non-existent-non-existent-SHOEMAKER."

Trial Attorney The word-Trial is a noun that has been converted into an adjective modifying the noun-Attorney, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, according to English-grammar this language means, "non-existent-Attorney." Moreover, merchant-Shoemaker, as an Attorney, is guilty of treason against the America People and the America form of government, see attorney, supra. Tax Division, The word-Tax is a noun that has been converted into an adjective modifying the noun-Division, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, according to English-grammar this language means, "non-existent-Division."

U.S. Department The phrase "United States" is a noun-phrase that has been converted into an adjective modifying the noun-Department, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, according to English-grammar this language means, "United non-existent-Department." of Justice

Post Office Box The word-Post is a noun that has been converted into an adjective modifying the noun-Office; the word-Office is a noun that has been converted into an adjective modifying the noun-Box, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, according to English-grammar this language means, "non-existent-non-existent-Box." 7238
555 4th St., N.W., Room 8921
Washington, D.C. 20044
Telephone: (202) 514-6491
Fax: (202) 514-6770

- 16 -

IN THE **UNITED STATES DISTRICT COURT** This is a false conveyance of language inasmuch as the language "United States" is a noun-phrase representing a person, place or thing, however, it is not clear precisely what person, place or thing is being represented. This noun-phrase has been converted into an adjective modifying the noun-District; the word-District is a noun that has been converted into an adjective modifying the noun-Court, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, according to English-grammar this language means a "United non-existent non-existent-Court."

FOR THE **DISTRICT OF COLORADO** What precisely is the "DISTRICT OF COLORADO?" There, I am sure, is a District in Colorado inasmuch as Colorado is supposed to be a State in the Union.

Civil **Action No.** The word-Action is a noun that has been converted into an adjective modifying the noun-Number, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, according to English-grammar this language means a "non-existent-Number."

03-B-1127(PAC)

**UNITED STATES OF AMERICA** Precisely who or what is the United States of America?

Plaintiff,

v.

**AUSTIN GARY COOPER** This language does not represent a natural person, it is not in proper format, to wit: The word-AUSTIN has been converted into an adjective modifying the noun-GARY; the word-GARY is a noun that has been converted into an adjective modifying the noun-COOPER, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, properly read according to English-grammar, it would be, "non-existent-non-existent-COOPER."

individually and as founder of Taking Back America;

**MARTHA E. COOPER** This language does not represent a natural person, it is not in proper format, to wit: The word-MARTHA has been converted into an adjective modifying the noun-E; the initial-E is a noun that has been converted into an adjective modifying the noun-COOPER, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, properly read according to English-grammar, it would be, "non-existent-non-existent-COOPER." , individually and as founder of Taking Back America;

TAKING BACK AMERICA, an **unincorporated organization** As specified, this language witnesses that Taking Back America is an "Unincorporated organization" and, therefore, not property of the corporate United States or the

- 1 -

States of (e.g., Colorado).

**Defendants** Who or what are the defendants? In law, when jurisdiction has been challenged it has to be proven; thus, the use of the word-defendant would be a conclusion of law, or, in this case, a conclusion of statute. Furthermore, the word-Defendant is a conclusion of statute from a merchant-judge and merchant-prosecutor that each gets a pay-off of up to $25,000.00 from the Commissioner of Internal Revenue to block the truth of his/her treason, not a fact.

**ORDER TO SHOW-CAUSE** The word-SHOW is a verb that has been converted into an adjective modifying the noun-CAUSE, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, according to English-grammar this language means a "non-existent-CAUSE."

Upon consideration of the **United States Motion** The phrase "United States'" is a possessive noun-phrase that has been converted into an adjective modifying the noun-Motion, there is no such thing; therefore, this is a false conveyance of language and a felony. When properly read this language would be "United non-existent-Motion." to Hold **Defendants** Who or what are the defendants? In law, when jurisdiction has been challenged it has to be proven; thus, the use of the word-defendant would be a conclusion of law, or, in this case, a conclusion of statute. Furthermore, the word-Defendant is a conclusion of statute from a merchant-judge and merchant-prosecutor that each gets a pay-off of up to $25,000.00 from the Commissioner of Internal Revenue to block the truth of his/her treason, not a fact. in Contempt, Motion for Order to **Show-Cause** The word-SHOW is a verb that has been converted into an adjective modifying the noun-CAUSE, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, according to English-grammar this language means a "non-existent-CAUSE."

, and the accompanying memorandum and declaration,

**IT IS HEREBY ORDERED that defendants Austin Gary Cooper, Martha E. Cooper** In this case, the word-Defendant is a conclusion of statute from a merchant-judge and merchant-prosecutor that each gets a pay-off of up to $25,000.00 from the Commissioner of Internal Revenue to block the truth of his/her treason, not a fact. Furthermore, you are now addressing us in our "Christian"-name and not as the fiction in the style. Furthermore, the word-defendants is a plural noun

- 2 -

US00593

that has been converted into an adjective modifying the nouns-Austin and Martha, respectively. Thus, this language is a false conveyance of language. , and Taking Back America (now known as The Ten Foundation The Ten-Foundation has a hyphen inasmuch as the word-Ten is used as a noun, meaning two sets of ten. Those being the Ten Commandments and the Ten Amendments; therefore, the referenced "The Ten Foundation" has no meaning and merchants-Shoemaker and Babcock are engaging in fraud by representing that phraseology as an entity owned or operated by us.) are directed to file a response to the United States Motion This is a false conveyance of language inasmuch as the language "United States'" is a possessive noun-phrase representing a person, place or thing, however, it is not clear precisely what person, place or thing is being represented. This noun-phrase has been converted into an adjective modifying the noun-Motion, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, according to English-grammar this language means a "United non-existent-Motion." to Hold Defendants Who or what are the defendants? In law, when jurisdiction has been challenged it has to be proven; thus, the use of the word-defendant would be a conclusion of law, or, in this case, a conclusion of statute. Furthermore, the word-Defendant is a conclusion of statute from a merchant-judge and merchant-prosecutor that each gets a pay-off of up to $25,000.00 from the Commissioner of Internal Revenue to block the truth of his/her treason, not a fact. in Contempt on or before _____, to show cause The word-SHOW is a verb that has been converted into an adjective modifying the noun-CAUSE, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, according to English-grammar this language means a "non-existent-CAUSE."

why they should not be held in contempt for violating the Court's November The word-Court's is a possessive noun that has been converted into an adjective modifying the noun-November, there is no such thing; therefore, this is a false conveyance of language and a felony. When properly read this language would be "Non-existent-November." 20, 2003, Permanent Injunction Order The phrase "Permanent Injunction" is a noun-phrase that has been converted into an adjective modifying the noun-Order, there is no such thing; therefore, this is a false conveyance of language and a felony. When properly read this language would be "Permanent non-existent-Order."

US00594

ORDER TO ~~SHOW CAUSE~~ The word-SHOW is a verb that has been converted into an adjective modifying the noun-CAUSE, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, according to English-grammar this language means a "non-existent-CAUSE."

~~United States~~ Precisely who or what is the United States of America? ~~v.~~ ~~Austin G. Cooper~~ You are now addressing me in my "Christian"-name and not as the fiction in the style. , et al.
~~Case No.~~ The word-Case is a noun that has been converted into an adjective modifying the noun-Number, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, according to English-grammar this language means a "non-existent-Number." 03-B-1127 (PAC) p.2

Dated: _____

BY THE ~~COURT~~ There is no specificity of what "Court" you are referring to. As we have filed, this is a "Royal Court" inasmuch as the judge is dubbed "Esquire" a title just under nobility placed upon the treasonous British Accredited Registry [BAR] Association-Attorneys by "The Crown" in London, England and its hierarchy, the Rothschild-family and Bank-Cartel, the "Guardians of the Vatican Treasury," and because you do not enter carrying "The Scriptures" in any longer making the Court a "Court of Law. Thus, the Court has been commandeered by the BAR Association and has become a "Royal Court" through an act of treason and conspiracy to commit treason. Moreover, this tribunal is under Admiralty-jurisdiction because of the military flag displayed. The record bears witness that you do not or have not denied these facts of treason.

~~UNITED STATES DISTRICT JUDGE~~ This is a false conveyance of language inasmuch as the language "UNITED STATES" is a noun-phrase representing a person, place or thing, however, it is not clear precisely what person, place or thing is being represented. This noun-phrase has been converted into an adjective modifying the noun-DISTRICT; the word-DISTRICT is a noun that has been converted into an adjective modifying the noun-JUDGE, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, according to English-grammar this language means, "UNITED non-existent-non-existent-JUDGE."

- 4 -

IN THE ~~UNITED STATES DISTRICT COURT~~ This is a false conveyance of language inasmuch as the language "UNITED STATES" is a noun-phrase representing a person, place or thing, however, it is not clear precisely what person, place or thing is being represented. This noun-phrase has been converted into an adjective modifying the noun-DISTRICT; the word-DISTRICT is a noun that has been converted into an adjective modifying the noun-COURT, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, according to English-grammar this language means a "UNITED nonexistent, non-existent-COURT."

FOR THE ~~DISTRICT OF COLORADO~~ What precisely is the "DISTRICT OF COLORADO?" There, I am sure, is a District in Colorado inasmuch as Colorado is suppose to be a State in the Union.

Civil ~~Action No.~~ The word-Action is a noun that has been converted into an adjective modifying the noun-Number, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, according to English-grammar this language means a "non-existent-Number." 03-B-1127(PAC)

~~UNITED STATES OF AMERICA~~ Precisely who or what is the United States of America?,
       Plaintiff,

v.

~~AUSTIN GARY COOPER~~ This language does not represent a natural person, it is not in proper format, to wit: The word-AUSTIN has been converted into an adjective modifying the noun-GARY; the word-GARY is a noun that has been converted into an adjective modifying the noun-COOPER, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, properly read according to English-grammar, it would be, "non-existent-non-existent-COOPER.",

individually and as founder of Taking Back America;
~~MARTHA E. COOPER~~ This language does not represent a natural person, it is not in proper format, to wit: The word-MARTHA has been converted into an adjective modifying the noun-E; the initial-E is a noun that has been converted into an adjective modifying the noun-COOPER, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, properly read according to English-grammar, it would be, "non-existent-non-existent-COOPER.", individually and as founder of Taking Back America;

TAKING BACK AMERICA, an ~~unincorporated organization~~ As specified, this language witnesses that Taking Back America is an "Unincorporated organization" and, therefore, not property of the corporate United States or the States of (e.g., Colorado).

~~Defendants~~ Who or what are the defendants? In law, when jurisdiction has been challenged it has to be proven; thus, the use of the word-defendant would be a conclusion of law.

---

**CERTIFICATE OF SERVICE**

---

IT IS HEREBY CERTIFIED that service of the foregoing ~~UNITED STATES MOTION~~

- 1 -

This is a false conveyance of language inasmuch as the language "UNITED STATES" is a noun-phrase representing a person, place or thing, however, it is not clear precisely what person, place or thing is being represented. This noun-phrase has been converted into an adjective modifying the noun-MOTION, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, according to English-grammar this language means a "UNITED non-existent-MOTION." TO HOLD DEFENDANTS Who or what are the defendants? In law, when jurisdiction has been challenged it has to be proven; thus, the use of the word-defendant would be a conclusion of law. IN CONTEMPT, UNITED STATES MOTION The phrase "UNITED STATES' is a possessive noun-phrase that has been converted into an adjective modifying the noun-MOTION, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, according to English-grammar this language means a "non-existent-MOTION." FOR SHOW CAUSE ORDER The word-SHOW is a verb that has been converted into an adjective modifying the noun-CAUSE; the word-CAUSE is a noun that has been converted into an adjective modifying the noun-ORDER, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, according to English-grammar this language means a "non-existent-non-existent-ORDER.", THIRD DECLARATION OF MARTIN M SHOEMAKER This name is written in all capitals; therefore, it is a non-existent-person a/k/a a fiction. The word-MARTIN is a noun that has been converted into an adjective modifying the noun-M; the letter-M is a noun that has been converted into an adjective modifying the noun-SHOEMAKER, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, properly read according to English-grammar, it would be, "non-existent-non-existent-SHOEMAKER.", MEMORANDUM IN SUPPORT OF UNITED STATES MOTIONS The phrase "UNITED STATES' is a possessive noun-phrase that has been converted into an adjective modifying the noun-MOTION, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, according to English-grammar this language means a "non-existent-MOTION." FOR SHOW CAUSE ORDER The word-SHOW is a verb that has been converted into an adjective modifying the noun-CAUSE; the word-CAUSE is a noun that has been converted into an adjective modifying the noun-ORDER, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, according to English-grammar this language means a "non-existent-non-existent-ORDER." AND TO HOLD DEFENDANTS Who or what are the defendants? In law, when jurisdiction has been challenged it has to be proven; thus, the use of the word-defendant would be a conclusion of law. IN CONTEMPT and proposed ORDER TO SHOW CAUSE The word-SHOW is a verb that has been converted into an adjective modifying the noun-CAUSE, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, according to English-grammar this

- 2 -

US00597

language means a "non-existent-CAUSE." has been made upon the following by depositing a copy in the United States mail This is a false conveyance of language inasmuch as the language "United States" is a noun-phrase representing a person, place or thing, however, it is not clear precisely what person, place or thing is being represented. This noun-phrase has been converted into an adjective modifying the noun-mail, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, according to English-grammar this language means a "United non-existent-mail." postage prepaid, this 10th day of December 2003.

Austin Gary Cooper In the style you address me as a fiction; however, here you address us in our natural human persons, which is it? Precisely who or what are you proceeding against in this Admiralty-military tribunal? , 861 West County Road 66E, Fort Collins, CO 80524.

Martha E Cooper In the style you address me as a fiction; however, here you address us in our natural human persons, which is it? Precisely who or what are you proceeding against in this Admiralty-military tribunal? , 861 West County Road 66E, Fort Collins, CO 80524.

Taking Back America, 295 East 29th Street, #240, Loveland, CO 80538.

MARTIN M. SHOEMAKER This name is written in all capitals; therefore, it is a non-existent-person a/k/a a fiction. The word-MARTIN is a noun that has been converted into an adjective modifying the noun-M; the letter-M is a noun that has been converted into an adjective modifying the noun-SHOEMAKER, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, properly read according to English-grammar, it would be, "non-existent-non-existent-SHOEMAKER."

Trial Attorney The word-Trial is a noun that has been converted into an adjective modifying the noun-Attorney, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, according to English-grammar this language means, "non-existent-Attorney." Moreover, merchant-Shoemaker, as an Attorney, is guilty of treason against the America People and the America form of government, see attorney, supra. , Tax Division The word-Tax is a noun that has been converted into an adjective modifying the noun-Division, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, according to English-grammar this language means, "non-existent-Division."

U.S. Department The phrase "United States" is a noun-phrase that has been converted into an adjective modifying the noun-Department, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, according to English-grammar this language means, "United non-existent-Department." of Justice

Post Office Box The word-Post is a noun that has been converted into an adjective modifying the noun-Office; the word-Office is a noun that has been converted into an adjective modifying the noun-Box, there is no such thing; therefore, this is a false conveyance of language and a felony. Thus, according to

- 3 -

US00598

English-grammar this language means, "non-existent-non-existent-Box." 7238

555 4th St., N.W., Room 8921
Washington, D.C. 20044
Telephone: (202) 514-6491
Fax: (202) 514-6770

- 4 -

# Exhibit-M

US00600

# THE Denver Newspaper Agency
## DENVER, CO

### PUBLISHER'S AFFIDAVIT

City and County of Denver,
STATE OF COLORADO,  SS.

Collene Curran
................................................... being of lawful
age and being first duly sworn upon oath, deposes and says:

That he/she is the Legal Advertising Reviewer
Of The Denver Newspaper Agency, publisher of the Denver Post and Rocky Mountain News, daily newspapers of general circulation published and printed in whole or in part in Denver, in the County of Denver and State of Colorado, and that said newspaper was Prior to and during all the time hereinafter mentioned duly qualified For the publication of legal notices and advertisements within the Meaning of an Act of the General Assembly of the State of Colorado, Approved April 7, 1921, as amended and approved March 30, 1923; And as amended and approved March 5, 1935, entitled "An Act Concerning Legal Notices, Advertisements and Publications and the Fees of printers and publishers thereof, and to repeal all acts and parts Of acts in conflict with the provision of this Act" and amendments Thereto:

That the notice, of which the annexed is a true copy, was published in The said newspaper to wit: (dates of publication)

December 26, 27, 28, 2003

(Signature)

Subscribed and sworn to before me this 29th day
Of DECEMBER A.D. 2003.

(Susan Sloan, Notary Public)

My commission expires 8/15/06

[Seal: SUSAN SLOAN NOTARY PUBLIC STATE OF COLORADO]

**PUBLIC NOTICE**

Austin Gary Cooper and Martha E. Cooper of "Cooper and Cooper-Law-Firm" and "The Ten-Foundation" have filed with the "Court of the District of the United States for the District in Colorado" documentation entitled "Third Civil Complaint for damages and Formal and Constructive Notice, and Criminal Complaint with Bill of Particulars, and an Information in a Criminal Case, and Demand Criminal Prosecution Against Accused," along with Addendum and Second Addendum, charging the corporate United States and the corporate Internal Revenue and its officers, agents, brokers and intermediaries, including, but not limited to, five merchant-judges of the aforementioned District with thirty counts of treason and thirty counts of conspiracy to commit treason. The case-number is "Civil Action No. 03-B-1127 (PAC)." Given ample time to refute the aforementioned charges, the merchant-judges nor the merchant-trial-attorney have neither objected to nor denied the charges per the Bill of Particulars-incorporated within the charges. A few of the charges may be printed, downloaded, and perused at www.tenfoundation.com under the title "Treason Information." We have demanded a proper grand jury to investigate the charges but have had justice obstructed repeatedly. If anyone has any information regarding the aforementioned case please notify us in writing sent to: The Ten-Foundation, without prejudice, c/o 595 E. 5th Street, Suite 240, Loveland, Colorado [80537].



# Exhibit-N

US00602

# AFFIDAVIT OF PUBLICATION
# REPORTER-HERALD

State of Colorado
County of Larimer

I, the undersigned agent, do solemnly swear that the DAILY REPORTER-HERALD is a daily newspaper printed, in whole or in part, and published in the City of Loveland, County of Larimer, State of Colorado, and which has general circulation therein and in parts of Larimer and Weld Counties; that said newspaper has been continuously and uninterruptedly published for a period of more than six months next prior to the first publication of the annexed legal notice of advertisement, that said newspaper has been admitted to the United States mails as second-class matter under the provisions of the Act of March 3, 1879, or any amendments thereof, and that said newspaper is a daily newspaper duly qualified for publishing legal notices and advertisements within the meaning of the laws of the State of Colorado; that a copy of each number of said newspaper, in which said notice of advertisement was published, was transmitted by mail or carrier to each of the subscribers of said newspaper, according to the accustomed mode of business in this office.

That the annexed legal notice or advertisement was published in the regular and entire edition of said daily newspaper ~~once each week on the same day of each week~~ for the period of 3 consecutive insertions; and that the first publication of said notice was in the issue of said newspaper dated December 26, 2003, and that the last publication of said notice was in the issue of said newspaper dated December 28, 2003.

_____
Agent

Subscribed and sworn to before me this day of December 28, 2003

_____
Notary Public



FEE $ 74.24

**MY COMMISSION EXPIRES**
**APRIL 29, 2006**

---

"Public Notice"
Austin Gary Cooper and Martha E. Cooper of "Cooper and Cooper-Law-Firm" and "The Ten-Foundation" have filed with the "Court of the District of the United States for the District in Colorado" documentation entitled "Third Civil Complaint for damages; and Formal and Constructive Notice; and, Criminal Complaint with Bill of Particulars, and an Information in a Criminal Case; and Demand Criminal Prosecution Against: Accused..." along with Addendum and Second Addendum, charging the corporate United States and the corporate Internal Revenue and its officers, agents, brokers and intermediaries, including, but not limited to, the merchant-judges of the aforementioned District with thirty counts of treason and thirty counts of conspiracy to commit treason. The case-number is "Civil Action No. 03-B-1727 (PAC)." Given ample time to refute the aforementioned charges, the merchant-judge nor the merchant-trial-attorney have neither objected to nor denied the charges nor the Bill of Particulars incorporated within the charges. A few of the charges may be printed (downloaded) and perused at www.tenfoundation.com under the title "Treason Info." We have demanded a proper grand jury to investigate the charges but have had justice obstructed repeatedly.
If anyone has any information regarding the aforementioned case please notify us in writing sent to: The Ten-Foundation, without prejudice c/o 295 E. 29th Street, Suite 240, Loveland, Colorado (80538).
December 26, 27, 28, 2003