1

```
 1                IN THE UNITED STATES DISTRICT COURT
 2                    FOR THE DISTRICT OF COLORADO
 3    Civil Action No. 03-cv-1127-LTB(PAC)
 4    UNITED STATES OF AMERICA,
           Plaintiff,
 5
      vs.
 6
      AUSTIN GARY COOPER, individually and d/b/a Taking Back America,
 7    MARTHA E. COOPER, individually and d/b/a Taking Back America,
      and TAKING BACK AMERICA, an unincorporated organization,
 8         Defendants.
 9    _____
10                         REPORTER'S TRANSCRIPT
                  (Review of Civil Contempt Commitment Order)
11    _____
12
               Proceedings before the HONORABLE LEWIS T. BABCOCK,
13    Chief Judge, United States District Court for the District of
      Colorado, commencing at 8:00 a.m., on the 1st day of October,
14    2004, in Courtroom A201, Alfred A. Arraj United States
      Courthouse, Denver, Colorado.
15
                                APPEARANCES
16
      FOR THE PLAINTIFF:              MARTIN M. SHOEMAKER, ESQ.
17                                    Trial Attorney, Tax Division
                                      555 4th Street, N.W., Room 8921
18                                    Washington, DC 20044
19
      FOR THE DEFENDANTS:             AUSTIN GARY COOPER, PRO SE
20                                    MARTHA E. COOPER, PRO SE
21
22
                  GWEN DANIEL, Official Reporter, CM, CFRR
23        901 19th Street - A105 - Alfred A. Arraj U.S. Courthouse
                           Denver, Colorado 80294
24                            (303) 571-4084
25          Proceedings Reported by Mechanical Stenography
                  Transcription Produced via Computer
```

2

1    THE COURT: Please be seated.
2    United States vs. Austin Gary Cooper, Martha E. Cooper
3    and Taking Back America, 03-B-1127. The plaintiff appears by
4    Mr. Shoemaker, and Mr. Cooper and Mrs. Cooper are present.
5    DEFENDANT AUSTIN GARY COOPER: We're here under force
6    and duress.
7    THE COURT: This hearing is to review the civil
8    contempt commitment under which Mr. and Mrs. Cooper now serve.
9    Mr. Shoemaker, is there any indication of compliance
10   with the mandatory injunction?
11   MR. SHOEMAKER: No, your Honor. It's the same as last
12   month.
13   THE COURT: I will indicate for the record that the
14   plaintiff has filed a pleading entitled "United States Brief in
15   Support of Defendants' Continued Incarceration." Now that was
16   mailed to their address in Ft. Collins, and I question whether
17   they received it. So it has been hand-delivered by our
18   courtroom deputy here today. Correct, Ms. Hansen?
19   THE COURTROOM DEPUTY: Yes, your Honor.
20   THE COURT: All right. So each defendant has a copy
21   of that pleading.
22   Well, as we have in the past, I inquire first of
23   Mrs. Cooper whether you are ready and willing to comply with
24   the mandatory injunction?
25   DEFENDANT MARTHA E. COOPER: Sir, give us a moment to

3

1  read your other nonsense here, would you, please.

2  THE COURT:  Well, it's not mine, I didn't write it.

3  DEFENDANT AUSTIN GARY COOPER:  It's the same thing,
4  it's a tribunal, you're working together on this, so I'm sure
5  it is yours.

6  DEFENDANT MARTHA E. COOPER:  You still haven't got
7  jurisdiction.  You have violated every one of our
8  constitutional rights First, Fifth Sixth and Eighth Amendment
9  and Ninth.  And you have sworn an affidavit to uphold the
10 Constitution for the United States so help me God.  Boy, that
11 blasts away.  And yet you take away every one of our
12 constitutional rights, and bullied us to shut down something
13 that's not unlawful, because you have yet shown anything that
14 it is unlawful.

15 DEFENDANT AUSTIN GARY COOPER:  We have asked you to
16 show us even a statute, the anti-law, your negative law that
17 shows we violated anything, and you can't even do that.  Not
18 only that, but the Sixth Amendment assistance of counsel, you
19 didn't even know there was assistance of counsel, you thought
20 it was counsel.

21 So we've done everything we can.  Show us where the
22 law says -- that our documentation on the Web site is false.
23 Show us -- I've asked you that several times.  Even Shoemaker
24 here can't say -- can't tell us where it is.  Never has.  So
25 then you keep avoiding the issue, not to mention the fact that

4

1  you have us under civil-commitment. And according to 53
2  American Jurisprudence 2d Section 60 it says that the matter --
3  substantial due process, the government must demonstrate by
4  clear and convincing evidence that an individual subject to
5  civil commitment is mentally ill and dangerous.
6      And so you're using civil commitment against the law
7  to put us in your concentration camp to violate our freedom of
8  speech, freedom of the press, freedom of religion, and the
9  other amendments that are in there.
10     So this is not to mention the fact that you have a
11 military flag here, so this is a court marshal. What the heck
12 are we doing in a court marshal here?
13     And I am curious, have you received your $25,000 from
14 the commissioner of Internal Revenue? It says in the:
15 commissioner book that you got the 25,000 from the commissioner
16 of Internal Revenue to make sure we don't move forward on any
17 tax issues, and so does Martin Shoemaker. Since we filed that
18 documentation, you never objected to it, neither did Martin.
19 Then I'm sure it's waiting for your signature, or you already
20 have it, or you're waiting until we give in to your tyranny in
21 order to receive your $25,000 bonus.
22     We object to your documentation here. There's no
23 jurisdiction ever been granted by us to your corporation. You
24 belong to the bar association, which is owned by the Templar
25 bar, which is owned by the Ross Channel Bank cartel in the

5

1  Crown of London, which is where you get your title esquire,
2  from a title of nobility, just under nobility.
3  You have acquiesced to two counts of treason, one
4  count of conspiracy to commit treason -- actually, all of them,
5  but the last hearing I brought this issue up. Count 1, I asked
6  you how you plead, and you didn't deny that you were guilty of
7  treason by using the flag up there, a military flag and not an
8  American flag.
9  DEFENDANT MARTHA E. COOPER: Or terrorism due to
10  psychological warfare.
11  DEFENDANT AUSTIN GARY COOPER: Terrorist organization.
12  And also conspiracy to commit treason. So you've acquiesced to
13  that.
14  And now I ask you on Counts 3 and 4, where the judges
15  are members to swear allegiance to a private corporation known
16  as a bar by the British, an accredited registry or bar
17  association, that the bar is owned by the Templar bar, which is
18  located and owned by the Crown in London, England, which is
19  owned by the Ross Channel Bank cartel.
20  And further the -- you're an attorney, which means
21  you're a merchant, 2-104(1), you're trying to force us into an
22  action between merchants, paren, (3), close paren, because
23  you're a merchant, Shoemaker is a merchant, the clerk is a
24  merchant. You have a tribunal full of merchants here.
25  The word attorney comes from the word tor, from

1    attorn, which means a feudal system whereby you take what we
2    have and give it to the landlord, your bar association, owned
3    by the Ross Channel Bank cartel.
4         Therefore, how do you plead according to Count 3 and
5    4? 3 is treason in relation to your position of being a
6    foreign agent of this country and conspiracy to commit treason
7    against the Constitution and against we the people. How do you
8    plead, Lewis Babcock?
9         THE COURT: Are you going to comply with the order?
10        DEFENDANT AUSTIN GARY COOPER: How do you plead to
11   Counts 3 and 4 of the document that has been filed?
12        DEFENDANT MARTHA E. COOPER: You took an oath so help
13   me God. You are a blasphemer on top of being a heretic.
14        THE COURT: Mrs. Cooper, are you going to comply with
15   the order?
16        DEFENDANT MARTHA E. COOPER: Mr. Babcock, are you a
17   heretic, a terrorist and a treasonist? The answer is yes.
18        THE COURT: Are you going to comply with the order?
19        DEFENDANT MARTHA E. COOPER: Mr. Babcock --
20        DEFENDANT AUSTIN GARY COOPER: How do you plead to
21   Counts 3 and 4? You've already acquiesced to one -- you've
22   acquiesced to all of them, because you've never denied a single
23   charge, but how do you plead to Counts 3 and 4?
24        THE COURT: All right. I will take that as further
25   indication --

6

7

1  DEFENDANT MARTHA E. COOPER: No. Objection. You
2  cannot answer for another human being.
3  DEFENDANT AUSTIN GARY COOPER: You don't answer for
4  us.
5  THE COURT: And we will set this over to Friday,
6  November 12, at 8 o'clock for further review of the civil
7  commitment order.
8  DEFENDANT MARTHA E. COOPER: Objection. You're a
9  criminal.
10  MR. SHOEMAKER: Your Honor, if I may, Mr. Cooper has
11  indicated that he's questioning which part of his Web sites are
12  in violation of the order. Mr. Cooper can contact me at any
13  time, and I would be glad to specifically point out --.
14  DEFENDANT MARTHA E. COOPER: You can do it now,
15  Mr. Shoemaker.
16  MR. SHOEMAKER: The portions that, if they are
17  excised, would put the Coopers in compliance.
18  DEFENDANT MARTHA E. COOPER: No, no, no. In front of
19  the marshal, in front of the Court, you can do it now.
20  DEFENDANT AUSTIN GARY COOPER: I would appreciate it
21  right now if you would do that, and I can write it down.
22  THE COURT: What I will have Mr. Shoemaker do --
23  DEFENDANT MARTHA E. COOPER: No. Objection. Here.
24  Because you have had too much secrecy with their tyranny.
25  These people need a hearing --

8

1  THE COURT: Mr. Shoemaker, you will serve that in
2  writing and not simply -- by mailing it to Mr. and Mrs. Cooper
3  at their home address.
4  DEFENDANT MARTHA E. COOPER: Home address.
5  THE COURT: A copy to me.
6  DEFENDANT MARTHA E. COOPER: That's a good one.
7  THE COURT: File it and serve it in writing. All
8  right. Friday, November 12, 8 o'clock.
9  DEFENDANT MARTHA E. COOPER: You are the Judge of this
10 particular case, allegedly. Being the Judge, can you tell us
11 what's wrong with the Web site? Or do you have any idea what's
12 on the Web site?
13 THE COURT: It's all in the file.
14 DEFENDANT MARTHA COOPER: Bang your gavel.
15 THE COURT: And, you know, I've never had to use a
16 gavel.
17 DEFENDANT MARTHA E. COOPER: You don't have to pass
18 the buck. That's what it's called, Mr. Shoemaker; that's what
19 it's called, Mr. Shoemaker. Thank you.
20     (Proceedings concluded at 8:12 a.m.)
21
22
23
24
25

REPORTER'S CERTIFICATE

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

Dated at Denver, Colorado, this 29th day of March, 2006.

_____
Gwen Daniel, CM, CFRR

1

```
 1              IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLORADO
 2
       Case No. 03-cv-01127
 3
       UNITED STATES OF AMERICA,
 4
       Plaintiff,                                ORIGINAL
 5
       vs.
 6
       AUSTIN GARY COOPER,
 7     MARTHA E. COOPER,
       TAKING BACK AMERICA,
 8
       Defendants.
 9
      _____
10
                         REPORTER'S TRANSCRIPT
11                   (Review Orders of Civil Contempt)

12    _____

13              Proceedings before the HONORABLE LEWIS
       T. BABCOCK, Chief Judge, Alfred A. Arraj United States
14     Courthouse for the District of Colorado, commencing at
       8:00 a.m. on Friday, November 12, 2004, in Courtroom
15     A201, Denver, Colorado.

16                         A P P E A R A N C E S

17    FOR THE PLAINTIFF:       MARTIN SHOEMAKER, AUSA
                               U.S. Attorney's Office
18                             1225 17th Street, Suite 700
                               Denver, CO   80202
19

20    FOR THE DEFENDANTS:      AUSTIN GARY COOPER
                               MARTHA E. COOPER
21                             (Appearing pro se)

22

23                      ADRIENNE WHITLOW, CSR
                   8600 E. Alameda Ave., Bldg. 21-101
24                         Denver, CO 80247
              Proceedings Reported by Mechanical Stenography
25                   Computer-Aided Transcription
```



US01093

2

```
 1                  P R O C E E D I N G S
 2           (In open court at 8:00 a.m.)
 3                THE COURT:  Please be seated.
 4   03-cv-1127, United States v. Austin Gary Cooper
 5   and Martha E. Cooper, and Mr. Shoemaker appears for
 6   the government, and Mr. & Mrs. Cooper appear in person
 7   for this review of the orders of civil contempt
 8   commitment.
 9                MR. COOPER:  We object.  We do not
10   appear in person.
11                THE COURT:  Be quiet.  Just be quiet.
12   I don't want to hear another word out of you, Mr.
13   Cooper, until I say so.
14                The government has filed its brief in
15   support of the defendants continued incarceration.
16   The government has also filed and served, as it did
17   its brief in support of continued incarceration, its
18   specific identification of abusive website material,
19   which under the order of contempt and contempt
20   commitment must be purged in order to purge the
21   contempt.
22                The defendants have filed on November
23   the 10th a pleading in this case.  The one thing that
24   it does state with any clarity is the demand to be
25   released.  It acknowledges the receipt of the
```

3

1  government's pleading identifying specifically abusive
2  web material.
3         Now, Mr. Cooper, you said you object.  I
4  understand that.  You've objected from the very first
5  day that we got you into court.  One question, and I
6  want a yes or no answer.  No, sir.  A yes or no
7  answer.
8         MR. COOPER:  Could you move that pot,
9  please?  I can't see your mouth.
10        THE COURT:  It's a water pitcher.
11        MR. COOPER:  Excuse me.  Whatever.
12        THE COURT:  One question, and one
13 answer, yes or no.  Are you going to comply with the
14 government's specified removal of abusive web
15 material?  Yes or no.
16        MR. COOPER:  We have filed a document --
17        THE COURT:  Yes or no.
18        MR. COOPER:  -- commencing Shoemaker's
19 documentation, and for him to file something and you
20 to say I cannot speak about that, that's ludicrous,
21 that's just ridiculous.
22        THE COURT:  Well, now I'm going to tell
23 you again, be quiet, because you haven't answered --
24 well, you have answered my question.
25        MR. COOPER:  No, I haven't.  I object.

4

1   I do not grant jurisdiction to you.

2               THE COURT:  Mrs. Cooper, are you going
3   to comply with that specification?

4               MS. COOPER:  The heavenly father has
5   asked for you to repent for your grievous perpetration
6   of criminal action against us and everyone that's been
7   in this courtroom.  Sir, your crimes are far grievous
8   than anyone.

9               THE COURT:  You're not going to comply,
10  I take it?

11              MS. COOPER:  Sir, we are asking you to
12  release us.  We are requesting you to release us.  You
13  don't have any grounds.  We have not committed
14  anything unlawful, illegal, or otherwise.  The
15  heavenly father is now asking me to ask you to put
16  yourself on his throne and to repent of your grievous
17  sin that you have committed against the people and
18  especially against him.

19              THE COURT:  This is a court of law, not
20  an ecclesiastic court.  Are you going to comply with
21  that specification?

22              MS. COOPER:  The origination of law came
23  from our heavenly father.  We are only those who are
24  doing us the law.

25              THE COURT:  I take it you're not?

5

1               MS. COOPER: No, sir, objection. You
2   did not get an answer from me. I'm asking you and
3   requesting that we be released because you still have
4   no unlawful actions of any kind.
5               THE COURT: No, you're not answering my
6   question. Are you refusing to comply with that
7   specification?
8               MS. COOPER: Mr. Babcock, what you're
9   doing is setting your fate to eternity, and I am here
10  to ask you again with the most supreme being of this
11  universe, which the constitution for Colorado upholds
12  on its very first line, the supreme being is used in
13  the Colorado Constitution that Colorado upholds. You
14  took an oath to uphold the Constitution for the United
15  States, so help me God, and you have now defiled and
16  defied, and you've done every kind of act of inequity
17  against the human beings on the planet of which the
18  heavily father is ownership of.
19              THE COURT: Mr. Shoemaker, do you want
20  to be heard further on your brief for continued
21  incarceration --
22              MR. COOPER: I object, your Honor.
23              THE COURT: Be quiet. You be quiet.
24              MR. COOPER: No. I object --
25              THE COURT: Well, you know, we can have

6

1   you taken from this courtroom --
2              MR. COOPER:  -- limiting us to say what
3   you want us to say.
4              THE COURT:  Listen.  I want to hear what
5   Mr. Shoemaker has to say.
6              MR. COOPER:  I object.
7              MR. SHOEMAKER:  Your Honor, I have
8   nothing further to add.  I just know I have not seen
9   what was filed November 10th yet.
10             THE COURT:  All right.  Here's what I'm
11  going to do.
12             First thing I want to note is that this
13  pleading that the Coopers filed on November the 10th
14  containing -- let's see.
15             MR. COOPER:  We're told we're supposed
16  to be belligerent claimants of our rights, and I --
17             THE COURT:  Be quiet.
18             MR. COOPER:  -- and I have belligerent
19  claims and so does my wife.
20             THE COURT:  Be quiet.
21             MR. COOPER:  No, sir, I will not.
22             THE COURT:  Well, you better.
23             MR. COOPER:  You said in here that we
24  did not ask to be released, so we did not request.
25  Mr. Shoemaker filed that, and we are requesting in

7

1   this documentation for you to be such an individual to
2   say that we cannot speak in this tribunal of yours,
3   then what is it that you're trying to say even beyond
4   any comprehension of law?
5               THE COURT:  You don't know what I'm
6   going to do yet, Mr. Cooper.  Now, just be quiet.
7   Seventeen pages --
8               MR. COOPER:  Yes, sir.
9               THE COURT:  -- of reiteration of
10  incorrigible, meritless diatribe.
11              MR. COOPER:  I beg to differ with you.
12  Better that you can write.
13              THE COURT:  Now, be quiet.  The word I
14  highlight here is "incorrigible."
15              MR. COOPER:  Thank you for that.
16              THE COURT:  Well, you're welcome.  So is
17  Mrs. Cooper.  You're both incorrigible.
18              MR. COOPER:  Thank you, sir.
19              THE COURT:  You're welcome.
20              Mrs. Cooper was civilly committed by
21  order of this Court on May 28th, 2004.
22              MS. COOPER:  Objection, sir.  You know
23  very well to be civilly committed it takes a trial --
24              THE COURT:  You be quiet.
25              MS. COOPER:  -- it takes a trial by

8

1  jury, and there was no such thing for which we are
2  unlawfully now being charged with.
3              THE COURT:  Mr. Cooper was civilly
4  committed in contempt on May the 10th of 2004.  We
5  have had numerous contempt review hearings, and Mr. &
6  Mrs. Cooper remain incorrigible.
7              From the record in this case, I conclude
8  that there is no substantial likelihood that continued
9  confinement would accomplish the purpose of the orders
10 of civil commitment.  There is no realistic
11 possibility that continued confinement might cause
12 these contemptors to comply.  I want to highlight the
13 words that I used regarding everything that you've
14 said and filed in this case.  It is meritless, it is a
15 diatribe, but you remain incorrigible, and the orders
16 of civil commitment will not change that.  Now, if
17 Mr. Shoemaker wants to make an order of reference to
18 the United States Attorney's Office for other
19 proceedings which might be criminal in nature, that's
20 up to the Department of Justice.  That's not up to
21 me.  But keeping you two people incarcerated under
22 this civil contempt order is not going to accomplish
23 its purpose.
24              MR. COOPER:  Maybe the First Amendment
25 will take power again, won't it?

9

1  THE COURT: Well, you like to bandy
2  about the First Amendment, but you don't like to give
3  anybody else the same rights.
4  MR. COOPER: Well, I beg to differ.
5  THE COURT: It's all one way with you
6  people.
7  MR. COOPER: I've asked you many times
8  show me where it is. I've asked you to sit down many
9  times.
10  THE COURT: I'm not going to bandy about
11  this meritless dribble that you people present in
12  here.
13  MR. COOPER: We're requesting to you to
14  show it to me it is meritless dribble, requesting you
15  to show it to me many times.
16  THE COURT: Of course, Mr. Cooper still
17  remains subject to, as I understand it, a judgment of
18  conviction and incarceration in Larimer County.
19  MR. COOPER: For which the merchant
20  judge declared there is no constitutional law in
21  Colorado.
22  THE COURT: Mr. Cooper and Mrs. Cooper
23  are released from the civil contempt orders in this
24  case, the orders of commitment, but not the orders of
25  contempt themselves. I'm not going to keep you

US01101

10

1   incarcerated under those orders any longer.
2              We'll be in recess.
3        (Recess taken at 9:13 a.m.)
4              * * * * *
5              REPORTER'S CERTIFICATE
6
7        I, ADRIENNE WHITLOW, Certified Shorthand
8   Reporter in and for the State of Colorado, do hereby
9   certify that the foregoing is a true and correct
10  transcript of the proceedings had in the within
11  entitled and numbered cause on the date hereinbefore
12  set forth.
13
14
15                    _____
16                       ADRIENNE WHITLOW, CSR
                        Certified Shorthand Reporter
17
18
19
20
21
22
23
24
25