AO 442 (Rev 5/85)   Warrant for Arrest

# United States District Court

_____ DISTRICT OF ___COLORADO___

**UNITED STATES OF AMERICA**

v.

**AUSTIN GARY COOPER**

## WARRANT FOR ARREST

**CASE NUMBER: 06-MJ-1111**

TO:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest AUSTIN GARY COOPER   and bring him forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☒ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense)

Criminal Contempt

in violation of Title 18, U.S.C. § 401(3)

GREGORY C. LANGHAM
Clerk, U.S. District Court
Name of Issuing Officer / Title of Issuing Officer

Signature of Issuing Officer
(By) Deputy Clerk

Date and Location: Denver, Co  6-14-06

Bail fixed at $_____ by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 7/31/06 | NAME AND TITLE OF ARRESTING OFFICER USMS JOE A. ALLEGRO | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST 7/31/06 | | |

AO 442 (Rev. 5/85) Warrant for Arrest

RETURNED UNEXECUTED
PER _____
ON _____
BY _____