IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE**
**BOYD N. BOLAND**

Courtroom Deputy: Nel Steffens

FTR: BNB PM
Date: July 31, 2006

Case No.: 06-mj-01111

UNITED STATES OF AMERICA,

Thomas O'Rourke

                Plaintiff,

vs.

AUSTIN GARY COOPER,

Without counsel

                Defendant.

_____

**INITIAL APPEARANCE**
_____

Court in session: 2:02 p.m.

Court calls case and appearances. Katrina Derby is present from Pre-trial Services. Defendant is present in custody.

Defendant is advised of all rights, charges, and possible penalties.
Defendant tenders a financial affidavit, but refuses court-appointed counsel.
Defendant addresses Court. Court attempts to destroy financial affidavit, but defendant insists that it be made part of the record even though he again refuses court-appointed counsel.

Government states that a Detention hearing was held in the Western District of Texas and a Detention Order entered.

**ORDERED:**
•        Preliminary hearing is set for **August 3, 2006 at 1:30 p.m.**
•        Defendant is remanded to the custody of the U.S. Marshal.

Court in recess: 2:15 p.m.
Hearing concluded.
Hearing duration: 13 minutes