UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| BOYD N. BOLAND | Lucy Kenyon |
| U.S. MAGISTRATE JUDGE | Deputy Clerk |
| | |
| Case Number: 06-mj-01111 | FTR BNB PM |
| Date: AUGUST 3, 2006 | |
| | |
| UNITED STATES OF AMERICA | Thomas O'Rouke |
| V. | |
| AUSTIN COOPER | Pro Se |

PRELIMINARY HEARING

Court in Session: 1:54 p.m.

Court calls case and appearance.

Court again aks defendant whether he would like the assistance of counsel.

Statement by defendant - "I am not Pro Se"

Defendant never answered the Court questions, and will take your statement as you do not want counsel.

Further statement by Mr. Cooper.

2:01 p.m.      Government calls Anthony Robert Romero. Witness sworn.
               Direct exam by Thomas O'Rouke.

               Government tenders Exhibit 1-5 - moves to admit Exhibits 1-5 -
               objections by Mr. Cooper. - objection overruled Exhibits 1-5 are admitted.

               Continued direct exam by Mr. O'Rouke.

2:24 p.m.      Cross exam defendant. I hereby impeach Mr. Romero.

2:25 p.m.      Witness excused.

PAGE TWO
06-mj-01111

Defendant states that is evidence is argument.
Court rises hand to swear defendant, Mr. Cooper refuses to raise his hand.

Court states that they will move on to argument.

Statement and Argument by defendant. Continues to speak to tribunal, and it is a military flag.
I demand to be released and dismissed the case.

Argument by Thomas O'Rouke.

**ORDERED:**
- Court finds probable cause has been established.

Mr. O'Rouke states that this case is not a misdemeanor - the government intends to go for more than just 6 months. There will be no indictment. Government states that he should be assigned a CR number and a District Judge.

**ORDERED:**
- Clerk's Office shall assign this case a criminal number and randomly draw a District Court judge;

- Arraignment and Discovery Hearing is set for **August 8, 2006 at 2:00 p.m.**

Defendant states that he denies the Arraignment and he is not the defendant.

**ORDERED:**
- Defendant remanded to custody.

Court in Recess: 2:40 p.m.

Hearing Concluded
Time: 46 minutes