1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-1127-LTB-PAC

UNITED STATES OF AMERICA,

Plaintiff,

vs.

AUSTIN GARY COOPER, individually and d/b/a Taking Back America,
MARTHA E. COOPER, individually and d/b/a Taking Back America,
and TAKING BACK AMERICA, an unincorporated organization,

Defendants.

_____

REPORTER'S TRANSCRIPT
Contempt Hearing

_____

Proceedings before the HONORABLE LEWIS T. BABCOCK,
Judge, United States District Court for the District of
Colorado, commencing at 2 p.m., on the 7th day of May, 2004, in
Courtroom A201, United States Courthouse, Denver, Colorado.

APPEARANCES

MARTIN SHOEMAKER, United States Department of
Justice, P.O. Box 7238, 555 4th Street, N.W., Room 8921,
Washington, D.C., 20044, for plaintiff.

AUSTIN GARY COOPER, 861 West County Road 66E, Fort
Collins, CO  80524, pro se.

Proceeding Reported by Mechanical Stenography, Transcription
Produced via Computer by Kara Spitler, RMR, CRR,
901 19th Street, Denver, CO, 80294, (303) 623-3080

GOVERNMENT

US01014

2

PROCEEDINGS

1
2    (In open court at 2 p.m.)
3        THE COURT:  Please be seated.
4        This is 03-B-1127, United States of America,
5  plaintiff, vs. Austin Gary Cooper, individually and d/b/a
6  Taking Back America; Martha E. Cooper, individually and d/b/a
7  Taking Back America; and Taking Back America, an unincorporated
8  organization.
9        Appearances, please.
10        MR. SHOEMAKER:  Martin Shoemaker for the United
11  States.
12        THE COURT:  And you are Austin Gary Cooper, sir?
13        MR. COOPER:  Yes.  Upper lower case, not in all caps.
14        THE COURT:  Okay.  I note that Martha E. Cooper is not
15  present.
16        Now, let me set the record for the purposes of this
17  hearing.
18        MR. COOPER:  May I say something first, please, sir?
19        THE COURT:  Pardon me?
20        MR. COOPER:  May I say something first?
21        THE COURT:  No.
22        MR. COOPER:  Okay.
23        THE COURT:  I will set the record, and then I will
24  give you an opportunity to address the Court.
25        On November the 19th, 2003, I entered a permanent

1   injunction order.  It is the order at issue, which was filed on
2   November 20, 2003.  That permanent injunction order ordered
3   that the defendants provide to the United States their complete
4   customer list identifying the persons who have purchased either
5   directly from them or from their associates, distributors, or
6   related entities their abusive tax claims arrangements or
7   programs.  Defendants Austin Gary and Martha E. Cooper must
8   each file a sworn certificate of compliance, each swearing that
9   he/she has complied with this portion of the order within ten
10  days from the date of the permanent injunction order;
11  defendants provide a copy of the permanent injunction order by
12  first class mail or an e-mail, if an address is unknown, to all
13  individuals who have previously purchased their abusive
14  tax-shelter plans, program, or arrangements, including the
15  expatriation repatriation program; that defendants will bear
16  the costs of providing the copy of the permanent injunction
17  order to their customers; defendants must file a sworn
18  certificate of compliance, each swearing that he/she has
19  complied with this portion of the order within ten days from
20  the date of the permanent injunction order; that defendants and
21  their representatives, agents, servants, employees, attorneys,
22  and those persons in active concert and participation with
23  them, including their distributors, remove from their web
24  sites, and then I identify the web sites, all abusive tax
25  schemes, professional materials, false commercial speech, and

US01016

4

1  materials designed to incite others imminently to violate the

2  law, including the tax laws; to display prominently on the

3  first page of those web sites a complete copy of the permanent

4  injunction order within ten days from the date of the order;

5  and to maintain the purged web sites with the permanent

6  injunction order prominently displayed until such time as this

7  Court orders otherwise; that defendants shall bear the costs

8  associated with posting the Court's order and maintaining the

9  web sites during this period.

10      Defendants must each file a sworn certificate of

11  compliance, each swearing that he/she has complied with this

12  portion of the order within ten days from the date of the

13  permanent injunction order.

14      'On December 11, 2003, plaintiff filed its motion to

15  hold defendants in contempt of the permanent injunction order.

16  On February 4, 2004, this Court set a hearing on the motion for

17  entry of contempt for Friday, March 12, 2004, at 3 p.m.,

18  courtroom 1, 901 19th Street, Denver, Colorado.  The order

19  setting this hearing was served by the clerk of this court by

20  depositing the same in the United States mail, postage prepaid

21  to Austin Gary Cooper and Martha E. Cooper at 861 West County

22  Road 66E, Fort Collins, Colorado 80524, and Taking Back

23  America, 295 East 29th Street, No. 240, Loveland, Colorado

24  80538.  The permanent injunction order was likewise served on

25  November 20, 2003.  The evidence that I have previously

5

1  received established receipt of the permanent injunction order

2  by the defendants.

3       The show-cause order was accomplished on motion of the

4  plaintiff on December 15, 2003, ordering defendants to respond

5  as to why they should not be held in contempt for violating the

6  November 20, 2003 permanent injunction order.  Show-cause order

7  was likewise served upon the defendants by depositing in the

8  mail as I have previously outlined at those addresses.  On

9  December 15, 2003, I determined that defendants had the ability

10  to comply with the permanent injunction order based on evidence

11  previously received.

12       MR. COOPER:  I object.

13       THE COURT:  Well, hang on.

14       Now, I also noted in my order of March 16, 2004 --

15       MR. COOPER:  You forgot to bring out the fact that we

16  filed documentation in this tribunal attacking, challenging

17  jurisdiction.  You conveniently left that out.  And that we

18  also charge you with criminal actions, merchant Babcock.  If

19  that's you, sir, I don't know who that is.

20       THE COURT:  You did file such a document which was

21  nonresponsive and prolix, irrelevant, and I struck it.

22       MR. COOPER:  I formally charge you with 31 counts of

23  treason and 31 counts of conspiracy to commit treason for the

24  record, merchant Babcock.

25       THE COURT:  So noted.

6

1        Now, when I entered my order of March 16, 2004, I
2   noted that the plaintiff had requested not only the monetary
3   sanctions on an escalating basis but that upon a failure to
4   comply with the permanent injunction order and the maximum
5   monetary coercive sanctions of $50,000 were made known to me,
6   the government requested that the defendants be civilly
7   incarcerated.  Acknowledging the law of contempt, that there
8   are Sixth Amendment rights to counsel and Fifth Amendment
9   rights to due process, I declined to do so.
10        MR. COOPER:  I'm sorry, sir, what did you say?
11        THE COURT:  I'm going to get to that again.
12        In the March 16 order, I warned the defendants that
13   failure to comply with the permanent injunction order and after
14   monetary sanctions reached $50,000, there would result the
15   issuance of a citation and the further warning that upon being
16   found in continued contempt of the Court for failure to comply
17   with the permanent injunction order, defendants may be civilly
18   incarcerated until such time as they comply with the provisions
19   of the permanent injunction order.
20        Now, Mr. Cooper, here's what I want you to understand.
21   The reason why you're here today is because it has been made
22   known to me by filing from the plaintiff --
23        MR. COOPER:  I beg your pardon --
24        THE COURT:  -- that you have failed --
25        MR. COOPER:  I have a --

7

1        THE COURT:  You have a hearing problem?

2        MR. COOPER:  I have certain tone problems.  If you can

3   move that post, it sometimes helps if I can see your mouth,

4   also.

5        THE COURT:  Sure, be happy to.

6        MR. COOPER:  That container.

7        THE COURT:  Is that better?

8        MR. COOPER:  Yes, thank you.

9        THE COURT:  Sure.

10       The reason why you're here is it has been made known

11   to me by the plaintiff that you have continued, even after the

12   monetary coercive civil sanctions have been imposed up to

13   $50,000, that you continue to fail to comply in any particular

14   with the permanent injunction order.  So what the plaintiff

15   would be asking at this hearing is that you be found to be in

16   continued contempt for failing to comply with the order of this

17   Court.

18       Now, I will tell you, even though you disagree, that

19   this Court has jurisdiction; I have already determined

20   jurisdiction.  I know --

21       MR. COOPER:  You may usurp it, but you don't have it.

22   There's a big difference here.

23       THE COURT:  Well, that would be, I guess, for a higher

24   court to, the Tenth Circuit Court of Appeals on an appropriate

25   appeal, to determine.

US01020

8

1       MR. COOPER:  No, not through your tribunals.

2       THE COURT:  Now, the reason why you're here is this.

3  The government is asking at this point in time that you be

4  civilly committed by an order from me; that is, to jail.

5       MR. COOPER:  I'm in jail already, so what difference

6  does that make?

7       THE COURT:  You're in jail in a different

8  jurisdiction.

9       MR. COOPER:  No, sir, it's the same thing.  They have

10  doors.  You all work together.  The bar association, state,

11  federal, the same thing.

12       THE COURT:  Well, listen to me.

13       MR. COOPER:  Yes, I'm listening.

14       THE COURT:  I want you to know why you're here, and

15  the reason why you're here is because the government is asking

16  me -- well, the plaintiff is asking me, to issue an order of

17  civil commitment.

18       MR. COOPER:  Uh-huh.

19       THE COURT:  What I want you to know about the

20  difference in the jail where you are now and why you're there

21  and what the type of incarceration is here is that where you

22  are now, you don't take the keys to the jail with you; that is,

23  you serve your term of imprisonment as imposed by, as I

24  understand it, the county court of Larimer County.

25       The difference is this.  If I enter an order of civil

1    commitment here, you take the keys with you.  And the keys are

2    these:

3         As soon as you comply with my permanent injunction

4    order and you show this Court that you have done so, you turn

5    the lock on the jail door and you are released.  Do you

6    understand the difference?

7         MR. COOPER:  Yes, I do.

8         THE COURT:  Okay.

9         MR. COOPER:  May I make some statements?

10        THE COURT:  Not yet.

11        MR. COOPER:  Okay.  Thank you.

12        THE COURT:  Not yet.  Because I'm not quite

13   finished --

14        MR. COOPER:  Thank you.

15        THE COURT:  -- telling you what you need to know.

16        I mentioned the Sixth Amendment.  I will tell you that

17   you have a right under the Sixth Amendment to have an attorney

18   represent you in this proceeding.

19        MR. COOPER:  Where does it say "attorney" in there?

20   It says "counsel."  That's not attorney.  Attorney comes from

21   the word "torn," which means a feudal system by which they take

22   what you have and give it to the landlord.  It's actually a

23   treasonous position.  It's a title.  It also, you have esquire

24   behind your name which is a title just of nobility.  So where

25   does "attorney" come?

10

1     THE COURT:  Let me amend that.  You have the right to

2 the appointment of counsel.

3     MR. COOPER:  To the assistance of counsel, I thought

4 it said.

5     THE COURT:  A counsel.

6     MR. COOPER:  Yes.

7     THE COURT:  A counsel.  Do you want me to read the

8 Sixth Amendment to you?

9     MR. COOPER:  I know what it says; it says assistance

10 of counsel.

11     THE COURT:  Assistance of counsel, that's exactly

12 right.  Competent counsel.

13     MR. COOPER:  It doesn't say "attorney" at all.

14     THE COURT:  I just agreed with you.  Be sure that

15 we're all on the same page.

16     MR. COOPER:  The Sixth Amendment doesn't say

17 "attorney."

18     THE COURT:  No, I just agreed with you.  Let me read

19 the Sixth Amendment to you; I have it right here in front of

20 me.

21     MR. COOPER:  Please do.

22     THE COURT:  In all criminal prosecution, the accused

23 shall enjoy the right to a speedy and public trial by an

24 impartial jury of the state and district where the crime shall

25 have been committed, which district shall have been previously

11

1  ascertained by law, and to be informed of the nature and cause

2  of the accusation, to be confronted with the witnesses against

3  him, to have compulsory process for obtaining witnesses in his

4  favor, and to have the assistance of counsel for his defense.

5       MR. COOPER:  Fantastic, sir, because I have a list of

6  compulsory-process people I would like to subpoena, as many

7  subpoenas from you; and since you did read that in fact for the

8  record, I have a list of them here.  Including you, including

9  this man, and many other people in the government.

10       THE COURT:  Do you want this Court to appoint counsel

11  for you?

12       MR. COOPER:  Appoint it, no, sir.  What counsel would

13  you get?

14       THE COURT:  I would get somebody from the Criminal

15  Justice Act panel.

16       MR. COOPER:  If I can say something to you.  The

17  Department of Justice, there's a Latin phrase underneath it, it

18  says, He who follows the god of justice, which means they are

19  pagan worshippers.  Now that's an interesting statement to have

20  at the Department of Justice symbol.  So, no, I don't believe

21  in paganism or brought into paganism.

22       THE COURT:  Okay.

23       MR. COOPER:  And for --

24       THE COURT:  You know why you're here today.

25       MR. COOPER:  I'm sorry?

US01024

12

THE COURT:  Do you know why you're here today?

MR. COOPER:  I'm curious to know the nature and cause. I've challenged jurisdiction and you arbitrarily just kick it out because we've got bar association, bar association, we've got the organization here.  Okay.  So since jurisdiction has been challenged and that's as a matter of law, consequence subject matter, personam jurisdiction has been challenged, it has been to be proved.  Shoemaker never proved it.

THE COURT:  He did; he proved it to me.

MR. COOPER:  Wait a minute now; you're in the same team.  You both get a payoff from the commissioner.  So there's a little tricky area here where how did he prove it to you and not file jurisdiction to prove it to me.

THE COURT:  I don't have to prove it to you.

MR. COOPER:  So you're on the same team.

THE COURT:  Oh, no.

MR. COOPER:  Isn't that conspiracy?

THE COURT:  Well, sir, let me tell you something --

MR. COOPER:  Isn't that conspiracy?

THE COURT:  Let me tell you what I learned --

MR. COOPER:  Yes, sir.

THE COURT:  -- very early on.  It is this.  When counsel or a party to a case calls the judge a son of a bitch --

MR. COOPER:  Who did that --

13

1    THE COURT:  -- the last thing the judge wants to do is

2  say, no, I'm not because then the issue in the case is just

3  that.  So I'm not playing that game with you today.

4    MR. COOPER:  I'm not calling you that.  When did I say

5  that.  I said treasonous.  There's a big difference.

6    THE COURT:  Whatever.

7    MR. COOPER:  Treasonous means that you've committed

8  treason against the people.  Son of a bitch has to do with a

9  mother that somebody that's not married --

10    THE COURT:  You have a right, if you want for me to

11  appoint counsel for you.  Yes or no.

12    MR. COOPER:  We back up.  What's the nature and cause

13  of the accusation, sir. .

14    THE COURT:  I'll tell you.  I just spent about 15

15  minutes telling you.  It is your failure to comply with the

16  order of permanent injunction order entered in this court.

17    MR. COOPER:  Could you please quote the statutes

18  involved, sir, so I can have something to work with here.

19    THE COURT:  You received these papers?

20    MR. COOPER:  Could you quote the statutes involved,

21  sir.

22    THE COURT:  The only statute I need today, the only

23  statute I need today is this and it's not a statute.  It's my

24  permanent-injunction order.  It's an order of this Court to

25  you.

1    MR. COOPER:  What gives you the jurisdiction to just

2  override whatever we filed and decide with your own

3  corporation, sir.  What statute does that.  May I ask.

4    **Urin vs. Tompkins** said there is no federal common law,

5  so you dropped yourself out of the common-law issue altogether.

6  You say I have compulsory process, and yet you don't offer me

7  subpoenas to have compulsory process.  I would be happy to do

8  that.

9    Let's make the records clear.  You have a copy of

10  every single person that's ever done any documentation with our

11  organization.  They were served on the president, Chief Justice

12  Rehnquist, the commissioner of internal revenue, the state

13  chief justice, and the governor.  Registered mail.  So they

14  have exactly the list of every single person that's filed a

15  single thing and these documents were filed well before they

16  began any process.  They had to study the documents, they sent

17  them in.  Asking these chief officers if they were in error.

18  Same as I did.  Now, these documents are based on one of you,

19  merchant Hoeveler in Florida, who specified that the payment of

20  Social Security and use of the postal services to the

21  Department of Justice were the contracts that made us United

22  States citizens, which doesn't even exist in English grammar.

23  And then when I proved those contracts to be fraudulent, that's

24  been going on for over eleven years now, no one has denied or

25  objected to that.  Which means failure to object timely, you

15

1   waive the objection.

2        Therefore, you're simply moving forward with

3   usurpation of jurisdiction.  Not to mention the fact that since

4   merchant Hoeveler already declared that as part of the record,

5   been part of the record for 15 years now, then those are the

6   contracts.  Unless you have other contracts that you're hiding

7   that don't inform us about what jurisdiction you presume.

8        We have uncovered other areas and that's the treason

9   charge, same with the 31, which is the signature card in the

10  bank which it was interesting that the Internal Revenue Service

11  went to the bank with a signature card.  Well, we're already

12  unconcerned that the signature card grants jurisdiction through

13  a case in the 1850s or the 1800s from the supreme tribunal; but

14  there again, that's a fraudulent situation because the

15  judiciary, the Congress were created by we the people.  Which

16  means they are our creations.  And since the supreme tribunal

17  declared that the banding system was a creation of the Congress

18  and therefore Congress had jurisdiction; well, Congress is a

19  creation of the people.  So anything Congress creates, we still

20  own, as we the people.

21       The same thing with eminent domain because how this

22  takes is eminent domain where you decide that you own

23  everything we have in the country, you made us a feudal system.

24  That's what you're declaring,  You have a admiralty flag,

25  title 4, United States services, lawyers' edition, not in the

US01028

16

1  other form, only the lawyers' edition.  Section 1, interpretive

2  notes of the decision, president, commander in chief of the

3  Army and Navy, can choose a board of three-quarters black.  So

4  we're a court martial.  There is also many other areas that

5  show that fringe makes that a military flag.  I was in the

6  military, that was our colors.

7      This particular tribunal, as we're proceeding here, we

8  know it's a usurpation, we know it's fraud.  It's political

9  hype.  You have a list of every single person, you've had it

10  from the person.  Every person has it.  They sent it in

11  registered mail.  It's never ended.  There's nothing ever been

12  hidden.  You've already taken the documentation from the banks,

13  the IRS did, so they have everybody, they have a list of

14  everything.  It's never been hidden.  Never has.

15      So, then, what list do you want, the same one you

16  have, and then at what degree.  Most of it we don't have

17  anymore.  People simply continue with us because sending in

18  their first page of the expatriation shows the date on it.  Did

19  they in fact do it.  You've never disproven the expatriation,

20  it was stated by one of you, so therefore it's there.  Taken to

21  the supreme tribunal and never denied.  Not a single word has

22  ever been denied.  Justice Rehnquist, all we, the first time I

23  served in 1992, then in 1995, I change it.  Rehnquist could

24  have come back and said you're in error, let's sit down, let's

25  sit down and talk and let me show you the error of your ways.

17

1     But that's not what you people do.  You commit crimes
2  by going against people and taking what they have.  You don't
3  sit back and say let me show you, say no, because this affects
4  me, it's taking from my theft and therefore I'm going to put
5  you in our concentration camp.  Same thing as Nazi Germany.
6  This is a neo-Nazi system we're operating under.  I have marks
7  still on my wrists from the handcuffs this morning that's
8  pressed on so hard that I could hardly get over here with the
9  pain.  That's what we're operating under.  I am in contempt.
10  When you have a military tribunal, when I can't issue, when I
11  can't present evidence and like a proper court of law, I'm in
12  contempt and will be for the rest of my life.

13     You make this a court of law, and I'll respect you and
14  put it on every web site we have of what you are.  Make it a
15  court of law, let's go according to law.  Compulsory process.
16  The president has been served many times.  Let's subpoena the
17  president.  Dispute it.  Let's subpoena Rehnquist, let's
18  dispute it.  You show me that my error and I'll change.  Don't
19  tell me I'm going to change by not showing it to me because I'm
20  not going to do it.  It's the truth, you've admitted it by not
21  denying it.  By simply dismissing it does not deny it.

22     We could have sat down as men, as proper people under
23  the heavenly father.  You could have explained this to me and
24  said this is where your error lies.  But, no, you don't take
25  the time to do that.  That's how you straighten people out, if

US01030

18

we are in fact in error.  Not by bringing us into your little tribunal here and putting us in your concentration camps. Right now, we have one out of 30 Americans on prison, probation, or parole and growing rapidly.  What are you trying to do to us; you're destroying our country.

So because I tell the truth, you say you're going to punish me.  You punish me already.  You've got me in your concentration camp already.  You've already separated me from my family, you did that before.  You destroyed everything I had.  Do you think I'm going to give in to you; tell me the truth, show me my error, and I'll be more than happy to change. I will go out on broadcasts throughout the country and say I was in error.  If you can't show it to me, your threats don't mean anything to me.  Do you hate me because I tell you the truth, so be it, it's the truth.  Deny it.  Show me.  How come you can't do that.

You have well over 60 million statutes in the country that nobody knows.  You prosecute people, put them in prison for time and time again beyond imagination.  What in the world are we doing, where are you taking us, you under one world government.  Do I think it's going to change when you've succeeded in your one world government.  Do I think that my family is going to be safe because I've bow down to your concentration tactics here.  I'm not going to do that.

You tell me the truth.  Let's sit down like men and

US01031

1  discuss it, you show me the facts of the case and I'll do

2  whatever it takes.  If I'm in error, I'm in error.  But don't

3  sit back and tell me that you're going to deny it, you're going

4  to dismiss it, and you're going to proceed forward and tell me

5  to go out there and tell people that I'm, I've misled them, no,

6  I have not.  So if you're saying that, if you're threatening me

7  that, you know, witness tampering, I think that's called

8  witness tampering, that you're going to put me in your cell

9  which I'm already in one of your concentration camps, if you're

10  going to put me in there unless I go out and lie, it's never

11  going to happen.

12      I serve only one master, the heavenly father Yahuah,

13  definitely not the master of this state, Satan, and that will

14  never happen.  So you show me, you sit down like a man.  You

15  have these people right here sit down like men or women,

16  whatever the case may be, and you discuss this with me or

17  discuss it with the people.  It's easy to do.  You have control

18  of all the, all the media.  Just go out there and show us where

19  our error is.  How come people come in here and ask you where

20  the jurisdiction lies and you ignore it, why do you do that.

21  If you're in law, if you're honest and true who you are, then

22  why don't you just point out to them where the law is.  When

23  they ask the nature and cause, why don't you tell them where it

24  is.

25      When we have compulsory process, Sturman down there

1 dismissed all nine of my subpoenas, just arbitrarily knocked

2 them out. I have no witnesses to present. Is that a

3 conspiracy. He said there is no constitutional law in

4 Colorado. Gee, that's a fact. But then he can't be a judge if

5 there's no constitutional law. Absolutely. That's his

6 declaration. Said three times. He never denied it. He said

7 it the first time. Do we have it with you.

8      The United States district court, English grammar says

9 you don't even exist for the district of. You've made Colorado

10 a district of the United States. You're supposed to be the

11 district in. The Constitution, article I, section 8, clause

12 17, does that not exist anymore. You're the -- you're the

13 district in Colorado. So you change it. You create false

14 language. And then you expect us to be able to understand

15 this.

16      Well, I'm going to tell you something, I'm 55 years

17 old. I've been in the military, I've served all I can for this

18 country, and you people started this war with me 15 years ago.

19 I had a wife then that divorced me since. She went down, a

20 state trooper harassed her, I filed a suit in the U.S. district

21 court, I thought this was the greatest place there ever was,

22 the top of the top. I thought you people, you attorneys were

23 here for the people. You kept us free. I discovered wrong --

24 I discovered my error. Because as that process, as we started

25 figuring out what went on where these people were protected

1  over whatever, whatever they could do to the people, then all

2  of the sudden, I'm arrested for tax evasion.  I'm walking

3  through a train station, I have your neo-Nazis come up with a

4  gun, and this is what they said, and I quote after they tackled

5  and pushed me to the wall holding a gun to my head, while he

6  was hitting me in the groin three times, he said, move and

7  we'll blow your fucking brains out.  Have these people ever

8  been punished for that, not a chance.  I went through the same

9  magistrate as the judge we filed against, isn't that

10 remarkable.

11      I went through that whole year, down with Hoeveler,

12 the Department of Justice, he who follows the God he is justice

13 or justicia.  In that particular hearing down there, they filed

14 it, they went past the speedy trial.  Hoeveler said you will go

15 to trial no matter what, no matter what the circumstances,

16 you're going to trial.  He stated in the hearing, you're right,

17 right in front of my parents, that's the most remarkable thing,

18 you're right, but if you win, the system will collapse, so you

19 will not win.  That's what he stated, and that's the same thing

20 here.

21      You're trying to buffalo your way over me, this

22 Department of Justice, where is your justice.  What kind of

23 motives do you have, to bring us into one world government.  Do

24 you not know when a cancer finishes metastasizing throughout

25 the host, when it kills the host, it kills itself.  Let's

22

1  agree.  I say what Patrick Henry says, give me liberty or give

2  me death, think you're going to cheat me under your order, so

3  15 years, it's not going to happen.  Kill me if you want, I

4  don't care.  I will stand for what I believe in.  You show me

5  I'm wrong, I'll admit.  You don't show me I'm wrong, try to

6  buffalo me, it's not going to happen.

7       So if you feel the power, the urge to put me again in

8  your concentration camp that I'm already in, so what.  So I'm

9  going to be there anyway.  Do you really think that I don't

10  think you're going to do it anyway.  Do you really think that.

11  You already have the list.  You have the exact list that we

12  have.  Five of your chief officers has the list and you're

13  telling me you want a list from me.

14       What's wrong with this picture:  If that's not

15  political hype or whatever it is, what is it.  You have every

16  fact that they've taken, every account from both banks we have.

17  They know everything that went in there.  The IRS does.  So,

18  then, what are you asking for.  The same thing you have.  Or

19  has Shoemaker told you that.  Let's say that you don't know it.

20  Let's say that you didn't give permission to do that.  Then why

21  hasn't Shoemaker filed that they have done that already.  Why

22  hasn't he filed that they have the list.  Matter of fact, you

23  have several of them because they filed charges also.  And then

24  the gall to say that the American people cannot file any

25  charges.  Once again, it's not that this is what we've done

23

1  wrong or you've done wrong, let's discuss it so we'll

2  understand each other, so that we can stay within the realm of

3  justice, so that we can memorialize your 60 million statutes in

4  this country.  Let's place us in a situation where we have no

5  power whatsoever, where we have a judiciary that's taken over,

6  even the sheriff of our county says you people have gone awry.

7        You've made the law in this country.  What law.

8  You've made statutes.  By definition, Uniform Commercial Code,

9  section 1-103:6, it states, and I quote, A statute should be

10 construed in harmony with the common law unless there is a

11 clear legislative intent to abrogate the common law.

12       So you abrogated the law.  You took our rights away

13 from us.  You brought in the Fourteenth Amendment that's under

14 suspect anyway after the Civil War and then you took our rights

15 away from us.  You made us substatus citizens here.  United

16 States citizen.  The very documentation that Shoemaker files

17 that we're United States citizen.  What in the world is that.

18 States becomes an adjective when placed in front of citizen.

19 Now you've got a nonexistent citizen.  And that's the

20 jurisdiction you claim.  You make us something that our own

21 language says does not exist.  And then you take advantage of

22 us.  You use our name in all caps.  There is nothing in English

23 that says that's proper language.  And yet you do this.  You

24 make us creatures or whatever.  And assume jurisdiction.

25       Where, at what point do you become the kind of people

1   that share with the American people to give us a fighting

2   chance.  At what point.  Do you give us the opportunity so that

3   we can understand the statutes that you can't understand.

4   They're written, you judge, you change them all the time, you

5   make new decisions on them all the time so nobody knows what's

6   going on, nobody have an inkling of an idea of how to function

7   in this society.

8        We all know every time we turn around, we're going to

9   be placed in one of your concentration camps.  How kind of

10  fairness is that.  You tell me to take the truth that you don't

11  even deny, that nobody denies, and take it off.

12       Like I said, fair enough.  You tell me, you explain it

13  to me.  And then I'll go out there and tell everybody I was in

14  error.  I'll put it on a web site, I was in error.  One of our

15  web sites is simply for health, and you want that off, too?

16  It's for health.  It's peril.org.

17       It's a fact that cops get more cancer from the radar

18  guns plus with fluoride that you put in water.  It's a nerve

19  poison.  Fluoride passes the blood brain barrier, takes the

20  aluminum in the can right to your brain.  Why do we have the

21  highest cancer rate in the world in this country.  Because of

22  the stuff you're putting on us.  Let's change it a little bit.

23  Let's take the fluoride out.  Let's stop the radar.

24       If people commit a crime, put their back side in

25  prison.  But we're the injured party.  This is a civil case

1  that you've never proven jurisdiction, you've taken subpoenas

2  up, you've created all kinds of garbage that mean nothing and

3  say this is what we presume is done.  But they didn't say, by

4  the way, we have a copy of every one.  Gee, why wasn't that in

5  the original one.  Here, we're filing, but we have a copy of

6  every person.  Why wasn't that in there.  Facts of law.  It's

7  right there.  Right there in the documents.  I mean, right

8  there, he has a copy of every single person.  Everything that's

9  been done, he already has a copy.  So, then, what is it that

10  you ask of me.  What is the nature and cause of this

11  accusation.

12      THE COURT:  I will tell you.  Since you asked the

13  question.

14      MR. COOPER:  Yes.

15      THE COURT:  What is not requested of you, but which is

16  ordered from you, is compliance with my permanent-injunction

17  order.

18      MR. COOPER:  Well, how is it not complied since you

19  already have it?  What are you trying to take from me?  What

20  are you trying to ask?

21      THE COURT:  All right.  Here's where we are.

22      MR. COOPER:  Yes.

23      THE COURT:  You've been addressing the Court, as I

24  told you you could, now for probably 20 minutes.  I'm going to

25  give you five more minutes.  If you want to go on.

1          MR. COOPER:  Absolutely.  I want to tell you

2    something.  I've been as honest as I can with you.  I've been

3    as honest as I can with your entire evil corporation.  I filed

4    the documentation, for years.  First thing I did was go to the

5    chief officer, and I asked them before I went on from there,

6    your own merchant judge and the one that stated this document,

7    that said this is true, so therefore I stand on it.  If it's

8    not true, then by golly, you tell me it's not true, then you

9    pay me the money, you put me in that concentration camp.  Fair

10   enough.  If it isn't true.  But when he stipulated to contracts

11   and he stipulated to contracts.  And it's there.  These are

12   facts.

13         So my fairness to you, that's the best I can do.  The

14   fact is, we all know what you're going to do.  We all know

15   what's going to happen here.  This is just a ruse.  It's the

16   same thing.  It never changes.  Every person in this country,

17   like I said, the prison rates are filled when you keep doing

18   that.  You want to take every American and make them a felon or

19   whatever, put them in the concentration camps so we have no

20   rights, and you're doing a good job of it right now.

21         So again, I say, you're going to put me in your

22   concentration camp for telling the truth, okay.  If you're not

23   going to deny it, show me where it's wrong, you haven't done

24   that, you haven't done anything.  All you said was, no, I'm

25   dismissing it.  Under what grounds.  You know, you're supposed

1   to tell the person.  That's supposed to be law.  You're

2   supposed to be able to share with the person why and what it

3   is.  But since you haven't done that, then you accept it.

4   That's how I look at it.  So I'm already in your concentration

5   camp.  I know you're going to continue this.  I know it's not

6   going to change.

7       But I'm going to tell you something.  Here's the

8   facts.  You can call those people up and you can change these

9   web sites in a heartbeat, we both know that.  Shoemaker can do

10   that.  He'll do what you say, they're scared to death of you.

11   They have to act in that tough, the treason is all over, I

12   don't care if you take them all off.  The treason charges have

13   been out over the country.  My wife sent it to 300 newspaper

14   reporters and to 200 churches, and the people around the

15   country are sending to somebody else.  It's growing, whatever

16   happens happens; it makes no difference to me.  It's been

17   exposed, it will grow or it won't.  So, yes, if you threaten me

18   with your concentration camp, all that, hey, order it, put it

19   on there, I don't care.  It's been done.  It's been shown.

20       THE COURT:  Is what you have just told me your cause

21   for not complying with my permanent-injunction order?

22       MR. COOPER:  My cause for not complying with your

23   permanent injunction order is 'cause you never showed me the

24   jurisdiction.  I asked you, I filed documentation, you never

25   showed me, so since you don't show me, then I must assume that

28

1  you usurp it.  Show me the jurisdiction.  I will be, you know,

2  I'm a law-abiding citizen.  That's the your biggest problem,

3  that you can't find anything against me.  I know Shoemaker has

4  been looking for that all his life and he can't find a thing

5  against me.  I do as I'm told, I always tell people this is the

6  way you're supposed to do it.

7      If you're going to tell me that I've exposed the

8  lawlessness, as I'm commanded by my heavenly father, I know

9  you're going to do, it makes no difference to me, I've done my

10 service.  You, I'm going to tell you the funniest part.  We

11 would have closed down if Shoemaker hadn't begun.  He was the

12 one that helped us to grow.  By his filing this idiotic

13 documentation that has no merit whatsoever, never has, he made

14 people look; by the DOJ putting it on their web site, he sent

15 them to our web site.  So thank you for that.  Appreciate it

16 very much.

17     THE COURT:  By my clock, your five minutes is up.

18     Mr. Shoemaker.  How -- are you going to present

19 evidence at this time concerning the status of this

20 permanent-injunction order?

21     MR. SHOEMAKER:  Your Honor, I could present evidence

22 by Mr. Montgomery that the contempt is ongoing, that the

23 promotion is still being promoted.  But I think, I don't think

24 Mr. Cooper disputes that.

25     THE COURT:  I don't think he has, either.

US01041

1          MR. SHOEMAKER: And I just note for the record that

2    this is an order to show cause or it's a show-cause hearing.

3    Both Mr. and Mrs. Cooper were directed to be here.  We served a

4    subpoena on Mrs. Cooper.  She's disregarding that.

5          MR. COOPER: I object.  No, you didn't, you gave her a

6    copy of something with no seal on it whatsoever.  So it's

7    fraud.  It's a bogus subpoena.

8          THE COURT: Well, Mr. Cooper, I understand your

9    objection and basis for lack of cause to civilly commit you as

10   a civil commitment in contempt order to be that this Court does

11   not have jurisdiction.  This Court does have jurisdiction.

12         MR. COOPER: I disagree.

13         THE COURT: I know you do, and I respect your

14   disagreement; but this Court does have jurisdiction and you

15   remain in civil contempt of this Court's permanent-injunction

16   order.

17         MR. COOPER: Again, I say, show me where I'm wrong,

18   and I'll change.  If you're not going to do it, then all you

19   are is just bullying me and so be it.

20         THE COURT: All you have to do, and remember, you're

21   going to take the keys with you.

22         MR. COOPER: I know you were going to do this.  Isn't

23   this amazing.  Son of a gun.  Now you see why we didn't come

24   down here, because there's no justice here.  This is a fraud.

25   The whole thing is a fraud.  Once again, I charge you once

30

1 again with witness tampering.

2      I'm going to be in your concentration down there

3 allegedly for nine more months.  Do you think you're changing

4 my life?  Do you think that history is replete with people, the

5 founding fathers, the messiah himself, the apostles, Mahatma

6 Ghandi, Nelson Mandela, with people who have been harassed by

7 people like you.

8      THE COURT:  How much longer do you have to serve there

9 in Larimer County?

10      MR. COOPER:  Nine -- you know that.

11      THE COURT:  No, I don't know.  I have no idea.

12      MR. COOPER:  Nine more months.

13      THE COURT:  All I know is that's where we had to go to

14 get you to bring you here today.

15      MR. COOPER:  I'm sure you all know.  I'm sure you all

16 have been talking back and forth.

17      THE COURT:  I have no idea.  Here's the question.  The

18 marshal is here.  You are serving, as I understand it, a term

19 on a conviction for some offense in Larimer County?

20      MR. COOPER:  Yes.

21      THE COURT:  Now, I am finding you, and I will enter a

22 formal written findings of fact and conclusion of law, that you

23 are in continued civil contempt --

24      MR. COOPER:  You do that.

25      THE COURT:  -- of this Court.

1          MR. COOPER:  And I am in contempt of you.

2          THE COURT:  And I am going to have you committed until

3  such time --

4          MR. COOPER:  So be it.

5          THE COURT:  -- until you purge yourself of this

6  contempt.

7          MR. COOPER:  So be it.

8          THE COURT:  So my question is a technical one and you

9  have told me that this is a concentration camp, but we -- that

10  is not true and here is my question.

11          MR. COOPER:  I don't contract with you.

12          THE COURT:  And I think I'm asking perhaps the marshal

13  or the chief deputy marshal.

14          If I enter this order of civil commitment, is he

15  committed at the detention facility and is he going to get

16  credit on that Larimer County conviction?

17          I mean, we have two jurisdictions that claim his

18  person at this time.

19          THE MARSHAL:  I believe, Your Honor, we have return on

20  the writ, and then once the sentence in Larimer County is

21  complete, then back over to our facility.

22          THE COURT:  So you would file a detainer up there?

23          THE MARSHAL:  That is correct.

24          THE COURT:  Now, one thing that I think is important

25  is that this order be reviewed --

1        MR. COOPER:  Let the record reflect that you refused

2   to tell me what the nature and cause, and I said I want

3   compulsory process and you denied that.  Let the record reflect

4   that you denied every aspects of the Sixth and Fifth Amendment.

5   I am not facing my accuser because these are simply agents.

6   Let the record reflect that you denied me every semblance of

7   justice in this criminal conspiracy here, so you already read

8   the Sixth Amendment, yet you deny the whole thing.  All you

9   said was assistance of counsel.

10        THE COURT:  You said you didn't want counsel.

11        MR. COOPER:  I said I'd like to have compulsory

12   process.

13        THE COURT:  If you wanted that, you had the

14   opportunity to do it before today.  And I will tell -- I'm

15   going to tell you, Mr. Cooper, the things that you have filed

16   with this court are slanderous --

17        MR. COOPER:  Tribunal; go ahead.

18        THE COURT:  It is a court.  It is not a tribunal.

19   There is only one judge sitting here.  They are slanderous.

20        MR. COOPER:  You, the clerk, and you've got the other.

21   That's the tribunal.  And you're making me one, too.  You're

22   making me a merchant.  You are a merchant under the Uniform

23   Commercial Code.  You're not even a judge; so is Shoemaker.

24   All are merchants.

25        THE COURT:  All of these things that you have said

US01045

1   today have been said to courts throughout this land to no avail

2   whatsoever.   They are complete nonsense.

3          MR. COOPER:   Doesn't that show a conspiracy?

4          THE COURT:   They are frivolous nonsense.

5          MR. COOPER:   You're frivolous, sir.

6          THE COURT:   Well, that's what my wife says from time

7   to time.

8          MR. COOPER:   She's correct.

9          THE COURT:   Now, what I think we have to do is

10  periodically review this contempt proceeding and this

11  commitment because Mr. Cooper takes the keys with him.

12         MR. COOPER:   That's the biggest con game I've ever

13  heard in my life, merchant Babcock, is it, I'm sorry, you never

14  said who it is you were.   Babcock.

15         THE COURT:   You betcha.

16         MR. COOPER:   Merchant Babcock, that's the biggest con

17  game I've ever heard.

18         THE COURT:   Whatever.

19         MR. COOPER:   Yeah, whatever.   I demand --

20         THE COURT:   All this rolls off my back like water off

21  a duck's back.

22         MR. COOPER:   Of course it does.   I'd like to have

23  compulsory process.   You gave me the opportunity for counsel.

24  So you brought in the Sixth Amendment and you did in fact read

25  the Sixth Amendment.   You didn't say there was no stipulation

34

1  in there about timing.  You read the Sixth Amendment.  In there

2  it says "compulsory process."  So I'd like my compulsory

3  process.

4           THE COURT:  What about that, Mr. Shoemaker?

5           MR. SHOEMAKER:  I'm sorry, I didn't understand what he

6  was --

7           THE COURT:  He wants to subpoena some people.

8           MR. COOPER:  Yes.

9           MR. SHOEMAKER:  I would ask who and for what purpose.

10          THE COURT:  Well, there is that.  Who are you going to

11 subpoena, Mr. Cooper?

12          MR. COOPER:  Well, I'm sorry; please help me, I'm at a

13 loss.  The Sixth Amendment does not say you have to identify

14 who you're subpoenaing.  It says compulsory process.  Okay.

15          THE COURT:  So, I'll tell you what the problem here

16 is.

17          MR. COOPER:  Yeah.

18          THE COURT:  I've seen the things that you have

19 attempted to file in this case.

20          MR. COOPER:  Uh-huh.

21          THE COURT:  They are irrelevant.  They are slanderous,

22 they are frivolous, they are prolix, and if you think you're

23 going to bring a parade of witnesses in here to accomplish that

24 same nonsense, you're wrong.  If you can show me because you

25 have shown me that what intend to do is to make a mockery of

1  this court, and I'm not going to have that.

2         MR. COOPER:  Not a mockery.  Treason is treason.

3         THE COURT:  If you file something with me indicating

4  who it is and what their testimony will be, I will look at it.

5         MR. COOPER:  Dwight Surthan did the same thing.  He

6  denied them all.  Like I said, this is a game.  Why don't you

7  just go ahead and do your thing.  Why are you even bringing me

8  in here.  Why don't you do your thing, do your little --

9         THE COURT:  I'm in the process of doing that now.

10        MR. COOPER:  Why do you bring me in here when you know

11  you're going to do it anyway.  What is this a game to make you

12  people think that you're actually honest.

13        THE COURT:  Here's the way we're going to go at that.

14  I'm not going to have you running up and down the road.  So at

15  such point in time as you file proof that you have complied

16  with my injunctive order, you'll be released from this

17  injunctive civil commitment.

18        MR. COOPER:  Right.  I believe you on that one.

19        THE COURT:  You know what I'm talking about.

20        MR. COOPER:  Yes, I do.  I know that you're

21  treasonous.  And I know that it will never stop.  We'll put it

22  in every paper in this country.  It's already begun.  Not just

23  us.  What you do with the two of us, it's already begun.  It's

24  around the country.  You're being shown for who you are, the

25  men of lawlessness, and it's going to go throughout this

1 country.  Whatever you do, it makes no difference now.  It's

2 already spreading, and it will spread.  And you can be looking

3 at a long time in prison, yourself.  You and all the other

4 judges, all the other bar attorneys, British accredited

5 registry attorneys.

6      THE COURT:  Mr. Shoemaker.

7      MR. COOPER:  You are the one that kept pushing this,

8 you started a war with me 15 years ago, and you never stopped,

9 15 years you've been harassing me and you think I'm going to

10 give in to more harassing, you're going to continue on anyway,

11 I have nothing to lose.  You think I'm going to kiss your feet,

12 grovel at you, forgive me for telling the truth.  It's not

13 going to happen.

14      So three hots and a cot, whatever it takes, I've

15 already been in your concentration camp.  You've already done

16 your worst to me; you think you can bother me anymore.

17      THE COURT:  I think we better review this order of

18 commitment.  We'll do it on . . . .

19      MR. COOPER:  I don't contract with you.  That's a

20 fact.

21      You people are going to destroy our country.  British

22 accredited register bar association, you're going to destroy

23 our country and you have these people are going to help you do

24 it.  And that's the sad part.

25      THE COURT:  We'll review this at, on Friday,

37

1    June 25 --

2         MR. COOPER:  Oh, gee, you surprised me with that one.

3         THE COURT:  -- at two o'clock.

4         MR. COOPER:  I feel sorry for you; your judgment day

5    will come someday.  It will be an interesting time, I'm sure.

6    You and your cohort over here.

7         MR. SHOEMAKER:  Your Honor, could I request that

8    Mrs. Cooper be taken into custody?

9         THE COURT:  Yeah, I'm going to order a warrant issued

10   forthwith for her arrest.

11        MR. SHOEMAKER:  Thank you.

12        THE COURT:  All right.

13        This is the order of the Court that the defendant,

14   Gary -- Austin Gary Cooper is to be immediately incarcerated

15   until either he or the other defendants purge themselves of

16   contempt by fully complying with all of the provisions of my

17   November 20, 2003 permanent-injunction order.  Upon compliance

18   of that order, defendant Austin Gary Cooper will be released

19   from federal incarceration; and it will be ordered that a

20   warrant issue forthwith for the arrest of the defendant Martha

21   E. Cooper to be brought before the Court within 72 hours of her

22   arrest for further proceedings.

23        And the Court will be in recess.

24        MR. COOPER:  May I say one thing before you begin?

25        THE COURT:  You've said plenty.

38

1    THE DEFENDANT:  Nazi bastard.

2    (Recess at 2:52 p.m.)

3              REPORTER'S CERTIFICATE

4    I certify that the foregoing is a correct transcript

5    from the record of proceedings in the above-entitled matter.

6    Dated at Denver, Colorado, this 26th day of October, 2005.

7

8                              *Kara Spitler*

9                              Kara Spitler

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25