IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 06-cr-00305-REB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

AUSTIN GARY COOPER,

       Defendant.

_____

NOTICE OF APPEARANCE
OBJECTION TO RULE 10 ARRAIGNMENT BY VIDEO CONFERENCE
_____

       The Office of the Federal Public Defender, by and through undersigned counsel hereby enters its appearance in the above captioned case.

       The defendant, through undersigned counsel, objects to the arraignment under Rule 10 of the Federal Rules of Criminal Procedure being conducted by video conference and requests to be personally present in open court during the arraignment.

       Respectfully submitted,

       RAYMOND P. MOORE
       Federal Public Defender


       s/ Edward A. Pluss
       Edward A. Pluss
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO  80202
       Telephone:  (303) 294-7002
       FAX:  (303) 294-1192
       Edward_Pluss@fd.org
       Attorney for Defendant

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 9, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

  Thomas M. O'Rourke
  Thomas.O'Rourke@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

              s/ Edward A. Pluss
              Edward A. Pluss
              Assistant Federal Public Defender
              633 17th Street, Suite 1000
              Denver, CO  80202
              Telephone:  (303) 294-7002
              FAX:  (303) 294-1192
              Edward_Pluss@fd.org
              Attorney for Defendant