IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 06-cr-00305-REB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

AUSTIN GARY COOPER,

       Defendant.

_____

### MOTION TO WITHDRAW
_____

       Comes now the Office of the Federal Public Defender, by and through Edward A. Pluss, and hereby moves to withdraw as counsel on behalf of the defendant, Austin Cooper, and as grounds therefore states as follows:

       1.     The defendant is charged in a One Count Information with criminal contempt, in violation of 18 U.S.C. § 401(3). The Defendant is charged along with his wife, Co-Defendant Martha Cooper.

       2.     On or about August 8, 2006, the Office of the Federal Public Defender was appointed to represent the defendant.

       3.     The Office of the Federal Public Defender moves to withdraw from the representation of the defendant Austin Cooper, because of a irreconcilable conflict of interest in representing the defendant.

       4.     Previously, the Office of the Federal Public Defender, has represented the co-defendant in this case, Martha E. Cooper.

2

Wherefore, the defendant respectfully prays for an Order allowing the Federal Public Defender office to withdraw as attorney for Austin Cooper, and for appointment of CJA counsel and for such other and further relief that is just and proper.

Respectfully submitted,

RAYMOND P. MOORE
Federal Public Defender


s/ Edward A. Pluss
Edward A. Pluss
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Edward_Pluss@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 9, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Thomas O'Rourke
    Thomas.O'Rourke@usdoj.gov


and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:


                                            s/ Edward A. Pluss
                                            Edward A. Pluss
                                            Assistant Federal Public Defender
                                            633 17th Street, Suite 1000
                                            Denver, CO  80202
                                            Telephone:  (303) 294-7002
                                            FAX:  (303) 294-1192
                                            Edward_Pluss@fd.org
                                            Attorney for Defendant