IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 06-cr-00305-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**Austin Gary Cooper**

      Defendant.

## MINUTE ORDER

Pursuant to the directions of Magistrate Judge Craig B. Shaffer:

Tracey Lee, Deputy Clerk
August 10, 2006

   The motion to withdraw as attorney [30] is hereby GRANTED. Attorney Edward A. Pluss is withdrawn from the case.