UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| CRAIG B. SHAFFER | Lucy Kenyon |
| U.S. MAGISTRATE JUDGE | Deputy Clerk |
| | |
| Case Number: 06-cr-00305-REB | FTR CBS PM |
| Date: AUGUST 11, 2 006 | |
| | |
| UNITED STATES OF AMERICA | Thomas O'Rourke |
| V. | |
| AUSTIN GARY COOPER | Peter Menges |

ARRAIGNMENT AND DISCOVERY HEARING

Court in Session: 2:33 p.m.

Court calls case and appearance.

Court explains to defendant to make it perfectly clear matters regarding proceeding without counsel. Defendant is advise that he has a constitutional and statutory right to waive counsel and represent himself. To properly invoke the right to self-representation, a defendant must satisfy four requirements:
- defendant must **"clearly and unequivocally"** inform the Court of his intention to represent himself;
- invocation of the right to self -representation must be timely and not for purposes of delay;
- the Court must conduct "a comprehensive formal inquiry to ensure that the defendant's waiver of the right to counsel is "knowingly and intelligently made"
  - waive must be made with apprehension of the nature of the charges;
  - the range of allowable punishments thereunder
  - possible defenses to the charges
  - circumstances in mitigation
  - all other facts essential to a broad understand of the whole matter

  - that an accused is entitle to rely upon his counsel to make an independent examination of the facts, circumstances, pleadings and laws involved and then to offer his informed opinion as to what plea should be entered;

  - point out that the defendant has been ordered detained, detention status will further complicate trial preparation

PAGE TWO
06-cr-00305-REB

- defendant must be able and willingly to abide by rules of procedure and courtroom protocol

- Defendant (Austin Cooper) has not shown any of the above of his intention of representing himself;

- Peter Menges I am sorry you will have to stay on the case; your client has not appropriately indicated to the Court of self-representation and therefore, he cannot (he is unwilling) and has not demonstrated that he can represent himself;
- Self-representation at this time is DENIED;
- if defendant files an appropriate motion, the Court could reconsider;

Defendant objects and states that he fires Mr. Menges.

Defendant continues to speak above the Court on the fringe of flag, tribunal court, etc.

Court calls Counsel (Thomas O'Rouke and Peter Menges to the Bench

Mr. Menges on behalf of the defendant waives reading of the Indictment and further advisement of rights.

Mr. Menges on behalf of the defendant tenders pleas of not guilty.

**ORDERED:**   NOT GUILTY pleas received and entered

**ORDERED:**   Speedy trial times are as follows:

> 70 maximum to trial is **October 17, 2006**
> 30 minimum to trial is **September 2, 2006.**
> 90 day custody date is **November 6, 2006**

**ORDE**RED:
- Discovery report signed and received;
- Counsel sent to chambers for the next hearing date;
- Defendant remanded to custody.

Court in Recess: 2:48 p.m.

Hearing Concluded
Time: 14 minutes