IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00305-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  AUSTIN GARY COOPER,

    Defendant.

---

GOVERNMENT'S UNOPPOSED MOTION TO REVISE DATES FOR
FINAL PRETRIAL CONFERENCE AND TRIAL

---

    The United States of America, by and through Trial Attorney Jared E. Dwyer, moves to revise the dates set for the final pretrial conference and trial in this matter.

    As grounds for this motion the government states as follows:

    1.  On May 24, 2006, the government filed a one-count information charging Austin Gary Cooper and Martha E. Cooper with criminal contempt in violation of 18 U.S.C. § 401(3).

    2.  On July 31, 2006 defendant Austin Gary Cooper made his first appearance in the District of Colorado in connection with this matter before United States Magistrate Judge Michael E. Hegarty.

    3.  In relevant part, the Speedy Trial Act requires that "the trial of a defendant charged in an information . . . shall commence within seventy days . . . from the date

the defendant has appeared before a judicial officer of the court in which such charge is pending . . . ." 18 U.S.C. § 3161(c)(1).

4. Seventy days from defendant Cooper's first appearance before Magistrate Judge Michael E. Hegarty is October 8, 2006.

5. The final pretrial conference in this matter is currently set for October 12, 2006. Trial is set for October 16, 2006. Both dates are beyond the seventy days required under the Speedy Trial Act.

6. The government therefore moves this court to reset the date for the final pretrial conference and date for trial to dates convenient to this Court and prior to October 8, 2006.

7. Undersigned counsel has conferred with counsel for the defendant, who stated that he has no objection to this motion.

    Respectfully submitted,

    WILLIAM J. LEONE
    United States Attorney

    By: s/ *Jared E. Dwyer*
    JARED E. DWYER
    Trial Attorney
    U.S. Dept. of Justice
    Tax Division
    601 D Street, N.W.
    Washington, D.C. 20004
    Telephone: 202-514-5189
    FAX: 202-514-9623
    E-mail: jared.e.dwyer@usdoj.gov
    Attorney for Government

<u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on this _16th__ day of August 2006, I electronically filed the foregoing GOVERNMENT'S MOTION TO REVISE FINAL PRETRIAL CONFERENCE DATE AND TRIAL DATE with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

     Peter D. Menges, Esq.
     pmenges@mengeslaw.com

                            *s/ Jared E. Dwyer*
                            JARED E. DWYER
                            Trial Attorney
                            U.S. Dept. of Justice
                            Tax Division
                            601 D Street, N.W.
                            Washington, D.C. 20004
                            Telephone: 202-514-5189
                            FAX: 202-514-9623
                            E-mail: jared.e.dwyer@usdoj.gov
                            Attorney for Government

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00305-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  AUSTIN GARY COOPER,

    Defendant.

---

ORDER

---

    The Court, having considered the Government's Motion to Revise the Dates for the Final Pretrial Conference and Trial, hereby orders that the Final Pretrial Conference date is reset to _____ and the Trial date is reset to _____.

    IT IS SO ORDERED.

    Dated at Denver, Colorado, this ___ day of August 2006.

                                BY THE COURT:

                                _____
                                Robert E. Blackburn
                                U.S. District Judge