**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 06-cr-00305-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. AUSTIN COOPER,

    Defendant.

---

## MINUTE ORDER[1]

---

    Government's Unopposed Motion to Revise Dates for Final Pretrial Conference and Trial [#37], filed August 16, 2006, is GRANTED. The Trial Preparation Conference set for October 12, 2006, is VACATED and RESET to **September 29, 2006**, at 11:30 a.m. The jury trial previously set for October 16, 2006, is VACATED and RESET to **October 2, 2006**, commencing at 8:30 a.m. The Trial Preparation Conference Order [#34], filed August 11, 2006, is AMENDED accordingly.

Dated: August 18, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.