IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 06-cr-00305-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. AUSTIN COOPER

    Defendant.

_____

**MOTION TO WITHDRAW AS COUNSEL**
_____

COMES NOW, Peter D. Menges, Attorney At Law, and moves this Court to allow Mr. Menges to withdraw as Counsel in this matter. As Grounds:

1. Undersigned Counsel was appointed as CJA Counsel for Mr. Cooper on August 9, 2006.
2. Mr. Cooper has never requested Counsel.
3. At the arraignment hearing in this case, Mr. Cooper made it very clear that he did not want counsel appointed.
4. Magistrate Judge Shaffer denied Mr. Cooper's request to not have representation.
5. Mr. Cooper refuses to allow Undersigned Counsel represent him.
6. Since the arraignment hearing, Undersigned Counsel has informed Mr. Cooper of the requirements for him to represent himself.

7. Undersigned Counsel requests a hearing for this Court to determine whether Mr. Cooper can satisfy these requirements.

8. Mr. Cooper also asserts Undersigned Counsel has a conflict of interest in this matter due to Undersigned Counsel entering a plea of not guilty on Mr. Cooper's behalf.  (*See Motion to Withdraw Not Guilty Plea*).  Undersigned Counsel also requests a hearing on this issue.

WHEREFORE, Peter D. Menges moves this Court to allow Mr. Menges to withdraw as Counsel in this matter, and to set the matter for hearing, for the reasons stated herein.

Dated: August 24, 2006

Respectfully submitted,

PETER D. MENGES

/s/ Peter Menges_____
Peter D. Menges
Attorney for Defendant AUSTIN COOPER
1544 Race Street
Denver, CO 80206
(303) 333-8433

CERTIFICATE OF SERVICE

       I hereby certify that on August 24, 2006, a true and correct copy of the foregoing:
**MOTION TO WITHDRAW AS COUNSEL**
was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record in this action.

                                                  /s/ Peter Menges
                                                  Peter D. Menges