**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 06-cr-00305-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. AUSTIN COOPER

    Defendant.

_____

**MOTION TO WITHDRAW NOT GUILTY PLEA**
_____

COMES NOW, Mr. Austin Cooper, through Peter D. Menges, Attorney At Law, and moves to withdraw his plea of not guilty and persist without a plea. As grounds:

1.     The arraignment hearing in this matter was held on August 9, 2006.

2.     At the arraignment hearing, Mr. Puller refused to allow Undersigned Counsel to represent him.

3.     During the arraignment hearing, Undersigned Counsel and the Assistant United States Attorney were called to the bench by Magistrate Judge Shaffer. At the bench, out of the hearing of Mr. Copper, Undersigned Counsel was ordered by the Court to enter a plea on behalf of Mr. Cooper. Undersigned Counsel entered a plea of not guilty on behalf of Mr. Cooper.

4.     Undersigned Counsel did not have authority by Mr. Cooper to enter any plea on

      his behalf.  Mr. Cooper refuses to allow Undersigned Counsel to act in any way on his behalf.

5.     Mr. Cooper now insists on withdrawing his not guilty plea and persisting without a plea.

6.     Mr. Cooper also asserts that Undersigned Counsel has a conflict of interest, and is now a witness, due to entering the plea on his behalf and demands to proceed without Undersigned Counsel (*See Motion to Withdraw As Counsel*).

    WHEREFORE, Mr. Austin Cooper, through Peter D. Menges, Attorney At Law, and moves to withdraw his plea of not guilty and persist without a plea for the reasons stated herein.

Dated: August 24, 2006

                                        Respectfully submitted,

                                        PETER D. MENGES

                                        /s/ Peter Menges_____
                                        Peter D. Menges
                                        Attorney for Defendant AUSTIN COOPER
                                        1544 Race Street
                                        Denver, CO 80206
                                        (303) 333-8433

CERTIFICATE OF SERVICE

       I hereby certify that on August 24, 2006, a true and correct copy of the foregoing:
**MOTION TO WITHDRAW NOT GUILTY PLEA**
was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record in this action.

                                                                   /s/ Peter Menges
                                                                   Peter D. Menges