# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No.  06-cr-00305-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  AUSTIN COOPER,

    Defendant.

---

## MINUTE ORDER[1]

---

    The court shall conduct a hearing on **September 19, 2006**, at 9:00 a.m. on the following motions:

- Motion to Withdraw as Counsel [#40], filed August 24, 2006; and
- Motion to Withdraw Not Guilty Plea [#41], filed August 24, 2006.

    The U.S. Marshal shall assure the defendant's appearance for this hearing.

Dated:  August 18, 2006

------------------------------------------------------------------------------------------------------------------

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.