IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00305-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  AUSTIN GARY COOPER,

    Defendant.

---

GOVERNMENT'S RESPONSE TO MOTION TO WITHDRAW NOT GUILTY PLEA

---

The United States of America, by and through Trial Attorney Jared E. Dwyer, hereby responds to defendant Cooper's Motion to Withdraw Not Guilty Plea.

As grounds:

1.  On or about May 24, 2006, the Government filed a one-count information charging Austin Gary Cooper and Martha E. Cooper with criminal contempt in violation of 18 U.S.C. § 401(3).

2.  On or about August 8, 2006, Austin Gary Cooper appeared before Magistrate Judge Shaffer for arraignment.  At that hearing, Magistrate Judge Shaffer determined that Austin Gary Cooper had not clearly and unequivocally informed the Court of his intention to represent himself, as required by law.  Accordingly, Magistrate Judge Shaffer ordered that counsel be appointed for Austin Gary Cooper.  Magistrate Judge Shaffer thereafter reset the arraignment for August 11, 2006.

     3.  On or about August 9, 2006, Peter D. Menges was appointed as counsel for defendant Cooper.

     4.  On or about August 11, 2006, defendant Cooper and his counsel, Peter D. Menges, appeared before the Court for the purposes of arraignment.  At that time, a plea of not guilty was entered.

     5.  On or about August 24, 2006, defendant Cooper filed a motion to withdraw his not guilty plea.

     6.  In his motion, defendant Cooper asserts that Attorney Menges entered a not guilty plea on his behalf and that Attorney Menges was not authorized to do so.  In addition, defendant Cooper now asserts that he "insists on withdrawing his not guilty plea and persisting without a plea."  Accordingly defendant Cooper now seeks to withdraw his guilty plea and "persist without a plea . . . ."

     7.  The government defers to the court's discretion in relation to this motion. However, should the court grant defendant Cooper's motion to withdraw his not guilty plea, and defendant Cooper persists in his apparent refusal to enter a plea, the government requests that the court enter a plea of not guilty pursuant to Federal Rule of Criminal Procedure 11(a)(4).

//
//
//
//
//

WHEREFORE, for the reasons articulated above, the United States defers to the Court's discretion with regard to defendant Cooper's motion to withdraw his not guilty plea.

Respectfully submitted,

WILLIAM J. LEONE
United States Attorney

By: s/ *Jared E. Dwyer*
JARED E. DWYER
Trial Attorney
U.S. Dept. of Justice
Tax Division
601 D Street, N.W.
Washington, D.C. 20004
Telephone: 202-514-5189
FAX: 202-514-9623
E-mail: jared.e.dwyer@usdoj.gov
Attorney for Government

CERTIFICATE OF SERVICE

     I hereby certify that on this _29th__ day of August 2006, I electronically filed the foregoing GOVERNMENT'S RESPONSE TO MOTION TO WITHDRAW NOT GUILTY PLEA with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

     Peter D. Menges, Esq.
     pmenges@mengeslaw.com

     *s/ Jared E. Dwyer*
     JARED E. DWYER
     Trial Attorney
     U.S. Dept. of Justice
     Tax Division
     601 D Street, N.W.
     Washington, D.C. 20004
     Telephone: 202-514-5189
     FAX: 202-514-9623
     E-mail: jared.e.dwyer@usdoj.gov
     Attorney for Government