IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00305-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  AUSTIN GARY COOPER,

    Defendant.

---

GOVERNMENT'S OPPOSITION TO MOTION FOR DISMISSAL AND INJUNCTIVE RELIEF

---

    The United States of America, by and through Trial Attorney Jared E. Dwyer, hereby opposes defendant Cooper's Motion for Dismissal and Injunctive Relief

    As grounds:

    1.  On or about May 24, 2006, the Government filed a one-count information charging Austin Gary Cooper and Martha E. Cooper with criminal contempt in violation of 18 U.S.C. § 401(3).

    2.  On or about June 28, 2006, in connection with above referenced information, federal agents arrested Austin Gary Cooper and brought him before a United States Magistrate Judge in the United States District Court for the Western District of Texas.

    3.  At the June 28, 2006 hearing, the Magistrate Judge informed defendant Cooper of the charges and provided him a copy of the information.  See Docket Entry 15.

4. On or about June 29, 2006, Martha E. Cooper, on behalf of defendant Cooper, her husband, filed a Petition for Dismissal and Injunctive Relief. In that petition, or motion, defendant Cooper apparently contends that the information should be dismissed because he has not been advised of the "time, date, and <u>locus</u> of each and every crime" he is charged with. <u>See</u> Docket Entry 25.

5. On or about August 3, 2006, a preliminary hearing was held in connection with this matter and the government introduced evidence to establish probable cause. At the conclusion of the preliminary hearing, the court found that probable cause had been established. <u>See</u> Docket Entry 27.

6. On or about August 11, 2006, defendant Cooper was arraigned and plea of not guilty was entered on his behalf. <u>See</u> Docket Entry 35.

7. As the above indicates, defendant Cooper was first advised of the charges and provided with a copy of the charging document on June 28, 2006, the date of his arrest and one day prior to the filing of the instant motion to dismiss. The charging document contains the date and place of the alleged crime and is otherwise consistent with the requirements of Federal Rule of Criminal Procedure 7(c)(1). In addition, defendant Cooper has been advised of the nature of the charges pending against him on at least two additional occasions. One such occasion was the preliminary hearing, which included an evidentiary hearing where defendant Cooper was given the opportunity to cross examine witnesses.

8. Thus, contrary to defendant Cooper's contentions in the filed motion, he has been advised of the time, date and location of the charged crimes. Accordingly, defendant Cooper's motion to dismiss should be denied.

WHEREFORE, the United States respectfully requests that defendant Cooper's petition for dismissal and injunctive relief be denied.

Respectfully submitted,

WILLIAM J. LEONE
United States Attorney

By: s/ *Jared E. Dwyer*
JARED E. DWYER
Trial Attorney
U.S. Dept. of Justice
Tax Division
601 D Street, N.W.
Washington, D.C. 20004
Telephone: 202-514-5189
FAX: 202-514-9623
E-mail: jared.e.dwyer@usdoj.gov
Attorney for Government

CERTIFICATE OF SERVICE

     I hereby certify that on this _29th__ day of August 2006, I electronically filed the foregoing GOVERNMENT'S OPPOSITION TO MOTION TO DISMISS with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

     Peter D. Menges, Esq.
     pmenges@mengeslaw.com

     *s/ Jared E. Dwyer*
     JARED E. DWYER
     Trial Attorney
     U.S. Dept. of Justice
     Tax Division
     601 D Street, N.W.
     Washington, D.C. 20004
     Telephone: 202-514-5189
     FAX: 202-514-9623
     E-mail: jared.e.dwyer@usdoj.gov
     Attorney for Government