# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 06-cr-00305-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. AUSTIN COOPER

      Defendant.

---

## UNOPPOSED MOTION TO VACATE TRIAL PREPARATION CONFERENCE AND JURY TRIAL DATES

---

COMES NOW, Attorney Peter D. Menges and moves this Court to vacate the current dates set for the Trial Preparation Conference and Jury Trial.  As grounds:

1.      There are currently motions pending before the Court concerning this case which are set for hearing on September 19, 2006.  One of the pending motions is for Undersigned Counsel to withdraw.

2.      This matter is currently set for Trial Preparation Conference on September 19, 2006, and Jury Trial on October 3, 2006.

3.      Undersigned Counsel's position is that these pending motions toll speedy trial.

4.      Undersigned Counsel is unavailable for Jury Trial on October 2, 2006.

Undersigned Counsel commences a Jury Trial on October 3, 2006, in front of the

Honorable Judge Marcia Krieger in case 04-cr-463-MSK.  This Jury Trial is scheduled for eight weeks.

5.      Undersigned Counsel conferred with Attorney Jared Dwyer concerning this matter.  Mr. Dwyer does not object to vacating the Courtdates.

WHEREFORE, Peter D. Menges moves this Court to vacate the current dates set for the Trial Preparation Conference and Jury Trial for the reasons set forth.

Dated:  August 29, 2006

Respectfully submitted,

PETER D. MENGES

/s/ Peter Menges_____
Peter D. Menges
Attorney for Defendant AUSTIN COOPER
1544 Race Street
Denver, CO 80206
(303) 333-8433

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on, August 29, 2006, a true and correct copy of the foregoing: **UNOPPOSED MOTION TO VACATE TRIAL PREPARATION CONFERENCE AND JURY TRIAL DATES** was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record in this action.

<u>/s/ Peter Menges</u>
Peter D. Menges