Austin Gary Cooper, secured party
Without prejudice – c/o
Alleged Registered number #10982-050
Federal Detention Center
9595 W. Quincy Ave.
Littleton, Colorado[80123]

UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1  2006

GREG      NGHAM
CLERK

In the Court of the District of the United States
For the District in Colorado

_____

Alleged-Account-Number; 06-mj-01111
Alleged-Account-Number, 06-mj-0111-BNB
Alleged-Account-Number, 06-mj-0111-BNB-2 or 1, 3 etc.
Alleged-Account-Number; 1:06-cr-00305-REB
Or any maliciously created alleged-account-number.

UNITED STATES OF AMERICA
V.
AUSTIN GARY COOPER, a fiction

_____

Austin Gary Cooper, a natural person, and secured party, Accuser v. United States of America; Merchant-judge-Pamela A. Mathy; Merchant-Gregory C. Langham; Merchant-judge-Robert E. Blackburn; Merchant-Judge-Craig Shaffer; Merchant-William J. Leone; Merchant-Thomas J. O'Rouke; Merchant-Mark W. Everson; Merchant-Jared E. Dwyer; Merchant-Peter D. Menges; Merchant-Anthony R. Merchant-Romero, Et al., Accused.

## Commercial Affidavit of Facts

I, Austin Gary Cooper, sui juris, natural person and secured party, do hereby state and declare the following:

1.  I am competent to make statements as to the matters set forth herein.
2.  I am of the age of the majority.
3.  I have first hand knowledge of the facts set forth herein.
4.  I hereby state the following truthfully and to the best of my ability.
5.  That with reserving my rights, this affidavit is made in right Faction, accordance with "FRCP 9 (a)", and support that I have no recourse or remedies in this federal and the state system under the judiciary.
6.  That an affidavit, unless rebutted, stands as the truth.
7.  That on :6:28:06: C.E. at or around 7:30 in the morning, I was accosted at my home by several agents of the Internal Revenue-Corporation and deputy-sheriffs of the "Bandera County Sheriff's Office" and abducted into their custody.

Austin Gary Cooper – Commercial Affidavit of Facts– Page 1 - 16

8.     That these agents and officers flashed a document before me entitled "Summons" knowing full well that that bogus piece of paper made them aiding and abetting felons, for as it was shown in the affidavit of Martha E. Cooper, it was that of a grade school creation.

9.     That I was handcuffed so cruelly that it was cutting my circulation off, and I repeatedly asked for them to loosen said cuffs, but to no avail. As it is in hereinafter, every event of this cruel and unusual punishment of my being forced to be chained up, for no crimes of mine.

10.     That I was taken to the "Bandera County Sheriff's"-building/office where the handcuffs were removed and I was turned over to the Internal Revenue-Corporation agents for transportation to San Antonio, Texas "United States Marshals", where I was chained up like a animal for transport.

11.     That I was held by the "U.S. Marshals" until brought before "U.S. Magistrate" who refused to identify himself.

12.     That when I was ordered and forced to sit at the "defendant's table" and before the magistrate entered and assumed his seat at his throne. That there were several pages on the table titled "Information" and I was told by the magistrates cohort, the clerk, to read the pages.

13.     That according to the pages before I was not the party in question.

14.     That also there was no evidence that any complaint was ever filed to substantiate the alleged "Information". Charges that can only come between two moral beings.

15.     That I asked for something to make notes with but was told "no" by the marshals.

16.     That after the magistrate entered and sat at his throne he began the alleged "hearing" attempting to gain jurisdiction over me by reading me the alleged charge and my "rights".

17.     That he declared that the charge was allegedly "Criminal Contempt of Court".

18.     That the rights he read are my "alleged" right to remain silent and the "right" to have an Attorney (government agent) represent me."

19.     That I declared that I am bonding the case with twenty-one silver-dollars and my private exemption thus taking the case under the Common Law, the Law of the land. Biblical Law at "Common Law" supersedes all laws, and "Christianity is custom, custom is Law." Robin v. Haraway 1790."

20.     That I informed the merchant-magistrate that I hereby accept for value his, the clerk's, and the prosecutor's oath of office.

21.     That I then informed the merchant-magistrate that further I accept for value their bond and that we, they, and I now have a contract and they are now liable if they commit a tort against me.

22.     That no one denied or objected to either my bonding the case or the contract made whereby I accepted for value each of their oath of office and each of their individual bond.

23.     That the merchant-prosecutor presented no evidence that I was in fact the party in question but argued that I should remain incarcerated until she could prove that I was.

24.     That I informed the parties that this was false arrest and false imprisonment;

However the merchant-magistrate, clerk, and prosecutor rescheduled a "hearing" on :7:03:06: C.E., and I was remanded to the custody of the "U.S. Marshals" until that time.

25. That since a contract was made I began to sign everything I was told to sign, "secured party".

26. That the merchant-magistrate placed a government officer from the "Public Defenders" (Pretenders) office to represent me.

27. That the pretender came to visit me where I was being held against my will and I informed him that "I do no contract with you" and that he did not represent me. He then left.

28. That during this time I was not permitted to any Law-Library to do research thereby guaranteeing I would have a disadvantage in the "hearing".

29. That on :7:03:06: C.E. I was chained and brought to the holding cell at the tribunal known as the "Courthouse."

30. That I was taken before merchant-judge-Pamela A. Mathy [hereinafter merchant-Mathy].

31. That I was ordered to sit at the "defendant's table" and left handcuffed.

32. That two of my associates who desired to be my help of counsel were there and I turned to say a word but the marshals shouted that we could not talk. Their affidavits of facts have been submitted to said tribunal(s).

33. That merchant-Mathy entered and sat at her throne and began the "hearing".

34. That the public merchant-pretender was sitting to my left in spite of the fact that I informed him I was not his client.

35. That after the introduction were made and merchant-Mathy addressed me, I informed her "for the record" that I declared that I am bonding the case with twenty-one silver-dollars and my private exemption, thus taking the case under the Common Law, the Law of the land.

36. That I informed merchant-Mathy that I hereby accept for value her, the clerk's, and the prosecutor's oath of office.

37. That I then informed the merchant-Mathy that further I accept for value their bond and that we, they and I, now have a contract and they are now liable if they commit a tort against me.

38. That no one denied or objected to either my bonding the case or the contract made whereby I accepted for value each of their oath of office and each of their individual bond.

39. That merchant-Mathy criminally proceeded with the "hearing" and ordered the merchant-prosecutor to proceed.

40. That the merchant-prosecutor then call to the witness-stand merchant-Anthony Romero [hereinafter merchant-Romero] who is an agent of the Internal Revenue-Corporation, as a witness.

41. That merchant-Romero was "sworn-in" wherein he declared that he would tell the truth under penalties of perjury.

42. That merchants: Mathy, the merchant-prosecutor, the merchant-clerk, the "U.S. Marshal" and merchant-Romero know that under the Supreme Tribunal-case "Briscoe El al. v. LaHue Et al., 460 U.S. 325 (1983)" he has perjury

immunity.   Hence by administering and agreeing to the oath merchants: Mathy, et. al., willfully and knowingly criminally tampered with the record.

43.   That I addressed this issue with an objection and stated these facts but merchant-Mathy told me that I would have my turn to speak later.

44.   That I asked merchant-Mathy if she was bound by the Constitution for the United States of American and she said "I don't have to answer your question."

45.   That when I declared this fact of the perjury-immunity "for the record" no one objected to or denied its validity.

46.   That after the merchant-prosecutor concluded her questioning of merchant-Romero, merchant-Mathy asked me if I had any questions.

47.   That in questioning merchant-Romero, I attempted to determine his credibility concerning the case and the parties involved.

48.   That merchant-Romero declared that he had been investigating the case for over a year and that he could identify me as the party.

49.   That I said, "After a year investigation, all you could only come up with the description of AUSTIN GARY COOPER written in all capital letters, a fiction, that the last known address was Baytown, Texas, (which was never my domicile at any time) that the date of birth is the whole year of 1948 and that this being is a white male?"

50.   That merchant-Romero said that he did not write the description.

51.   That I then declared to merchant-Mathy that this was the wrong witness, but merchant-Mathy continued the said "hearing".

52.   That with most every question directed towards merchant-Romero to determine his credibility the merchant-prosecutor objected and merchant-Mathy sustained the objection.

53.   I asked merchant-Romero if he was a rogue agent and he declared "no" thereby implicating merchant-Mark Everson, the Commissioner, as a co-conspirator in this case.

54.   That I declared to merchant-Mathy that there are seven fatal flaws with the "Information" and I identified the flaws:

a.   That the document is replete with false conveyance of language, that being nouns stacked in front of other nouns wherein they become adjectives but have no meanings in an adjective-form;

b.   That the document refers to an order from "United States District Court" (a false conveyance of language) but does not identify what, if any, case-number.

c.   That the document refers to a "United States District Court Judge" (a false conveyance of language) but does not identify who, and there is no name mentioned;

d.   That there is no autograph of anyone on the documents executing said document, therefore, the document is not official;

e.   That there is no certification supporting that this document is true an correct;

    f.   That there is no official seal of the "Department of Justice" or the "United States District Court" on the document, therefore, the document is not official; and,

    g.   That the entire document is not supported by a complaint, therefore, there is no "real" complaining party.

55.    That I declared to merchant-Mathy that the accompanying document declares that no complain has been filed, therefore, merchant-Romero being called to the stand as a witness having immunity from perjury charges and having no standing in the case would have no standing as a witness.

56.    That I further declared that with the fatal flaws and the facts I proved supports that this action should never have commenced and that I had been falsely arrested and imprisoned which is a fine of 50,000 Dollars per day.

57.    That I then declared that as a law professional, merchant-Mathy and the others are aware of these facts and that each are guilty of malfeasance of office.

58.    That neither merchant-Mathy, the prosecutor, the merchant-clerk of the court nor the "U.S. Marshals" denied or objected to the afore declared facts thereby all parties acquiesced.

59.    That I further declared that merchant-Mathy also receives up to 25,000 Dollars from the Commissioner of Internal Revenue to rule in favor of the Internal Revenue, see "Internal Revenue Manual, Handbook of Delegation Orders, January 15, 1983, pages 1229-93, Monetary Awards."

60.    That merchant-Mathy did not deny or object to this fact.

61.    That I informed all opposing parties that the flag displayed is a military flag under Title 4, "United States Code Services, Lawyers Edition" section 1, Interpretive Notes and Decisions, wherein it states that the President as Commander-in-Chief of the Army and Navy can choose the border of three sides of the flag. "And, further that the hearing was a court-marshal". No one objected to or denied this fact.

62.    That I made notes, having been given the use of a pen by the public pretender, depicting the events of the hearing for future reference.

63.    That merchant-Mathy then ordered that I was to remand to the "U.S. Marshal" and kidnapped once again and sent to Colorado for the charges.

64.    That I was returned to the detention facility (concentration camp) and spent approximately 2 weeks total there.

65.    That I was criminally restricted from making a single phone-call during the entire time I was held captive in San Antonio, Texas.

66.    That I borrowed paper, pen, an envelope, and two stamps and write a commercial affidavit of facts and sent it out to my friend. That the "U.S. Marshals" held my letter and it never arrived where addressed.

67.    That on :7:07:06: C.E. my wife, Martha E. Cooper, sent for filing an affidavit and her and my "Birth Certificate" supporting our proper names while I was being held hostage but I was not given the documentation until late the evening just before being shipped our going on "Con-Air". That in addition, merchant-Mathy filed four documents titled: 1. "Notice of Surety-Act and Bond" whereby we bonded the case for twenty-one silver dollars and our

private exemption; 2. "Notice of Demand of Oath of Office and Bond Information" whereby we demand the oath of office of each of the opposing party and their bond-information; 3. "Waiver of Perjury-Immunity: requiring each witness to waive their guaranteed immunity from perjury before giving testimony. No said party refuted or any objection or denial was filed by the opposing parties to the facts articulated therein.

68.     That early the next morning I was told to pack everything up, that I was being shipped out.

69.     That all my legal documentation was criminally taken from me and I was told I could take nothing with me.

70.     That I was abusively chained up and taken in a van to Austin, Texas to an airport whereby I was ordered and forced against my will to board an aircraft filled with other chained prisoner.

71.     That I was taken to the federal prison in Oklahoma City, Oklahoma and processed in, again, falsely and against my will.

72.     That I was held in the Oklahoma federal prison for approximately two weeks before being transported on Con-Air to Colorado again criminally chained up like an animal.

73.     That I was not granted access to the Law-Library during the entire time at the Oklahoma federal prison.

74.     That on :7:28:06: C.E. I arrived in Colorado approximately two and a half hour from the Federal Detention Center in Littleton, Colorado where I an now being maliciously and falsely held.

75.     That Martha E. Cooper filed into said alleged Account-number 06-mj-01111 a document titled "Civil Complaint for Damages; Formal and Constructive Notice; Criminal Complain with Bill of Particulars, and an "Information" in a Criminal Case, and, A Bill for the Debt, Payment Due Upon Receipt against the Accused herein listed. I hereby charge and support the crimes by the Accused of: Treason times thirty-one (31) counts, Conspiracy to commit treason times thirty-one (31) counts, Conspiracy against my rights; Aggravated Kidnapping; Willfully and knowingly making false statements and misrepresentations, "Statements or entries generally" Title 18, U.S.C.A. § 1001; Conspiracy to commit fraud; Criminal Fraud; Bill of Pains and Penalties; Racketeering through false conveyance of language; Falsification of documents and Fraud by deception. Malfeasance of officers, Malicious abuse of legal process.

76.     That I was process in, again, criminally, falsely and against my will.

77.     That on :7:31:06: C.E. I was cruelly chained up again and taken to an appearance "hearing" before federal merchant-magistrate-Boyd N. Boland [hereinafter merchant-Boland].

78.     That merchant-Thomas M. O'Rourke [hereinafter merchant-O'Rourke], the "Assistant United States Attorney" was there.

79.     That I was one of several taken before merchant-Boland and when I was ordered to sit at the "defendant's table" a copy of the alleged "Information" and accompanying information sheet was placed before me.

80. That the alleged "Information" document had not been changed and still had the same willful fatal flaws.

81. That, further, the alleged "Information" document declares as the opposing party the "UNITED STATES OF AMERICA" but does not specify what the "UNITED STATES OF AMERICA" is, for example is it the federal corporation in the District of Columbia(?), the body politic "We the People" (?), the geographical area known Washington, D.C. (?), the geographical area known as the continental United States of American (?), and so on.

82. That, moreover, the alleged "Information" addresses that the fiction known as the "United States District Court" was disobeyed yet the "plaintive" is the "UNITED STATES OF AMERICA", a fictitious plaintiff and a contempt of court.

83. That merchant-Boland began speaking about my "rights" including telling me I had a right to a "lawyer" and concluded by asking me if I understand these rights.

84. That I responded by readdressing that I declared that I bonded the case with twenty-one sliver dollars and my private exemption, thus taking the case under Common Law, the Law of the land. That I informed the merchant-magistrate, that I thereby accept for value his, the merchant-clerk's and the merchant-prosecutor's oath office. That I then informed merchant-Boland that further I accept for value their bonds and that we, they and I, have a contract and they are now liable if they commit a tort against me. That no one denied or objected to either my bonding the case or the contract made whereby I accepted for value each of their oath of office and each of their individual bond.

85. That then I asked merchant-Boland what he meant about a lawyer, "Do you mean Assistance of Counsel as in Amendment VI of the Constitution for the United States of America" or a government agent as an officer of the court?"

86. That he, with a 'show' of ignorance said, "It's the same thing."

87. That I said, "no it isn't, an officer of the court is a government agent and jurisdiction would be granted over me whereas Assistance of Counsel could be anyone I choose."

88. That neither merchant-Boland nor merchant-O'Rourke denied this fact but merchant-Boland continued several times to maliciously inveigle me into a contract granting jurisdiction.

89. That I declared that the flag displayed is a military flag and that, therefore, this "hearing" is Admiralty.

90. That neither merchant-Boland nor merchant-O'Rourke denied or objected to this self-illuminating fact.

91. That merchant-Boland and I had a heated discussion whereby he continued to harass me about appearing by Attorney or pro se and I told him I was strictly in Propria persona.

92. That he criminally ordered me back to another "hearing" on :8:03:06: C.E. and I was remanded back to the "U.S. Marshal" where I was cruelly chained and taken back to the Federal Detention Center in Littleton, Colorado.

93. That :8:03:06: C.E. I was abusively chained and transported back for a "hearing" before merchant-Boland.

94. That the "hearing" began merchant-O'Rourke called merchant-Romero to the stand where at an oath to tell the truth under penalty of perjury was administered.

95. That though a complaint supporting that the opposing party in their natural persons and in their corporate persons have committed Treason and Conspired to commit Treason each times thirty-one (31) counts along with other infamous crimes without objection or denial from any party charged, the Accused continued the "hearing".

96. That after merchant-O'Rourke questioned merchant-Romero, merchant-Boland asked me if I had any questions.

97. That I asked merchant-Romero if he signed and had notarized the Waiver of Perjury-Immunity that was sent to him.  That merchant-O'Rourke objected but merchant-Boland declared that he, merchant-Romero, could answer the question.

98. That merchant-Romero answered and said, "No, I have not."

99. That I then declared that I impeach merchant-merchant-Romero.

100. That merchant-Boland then continued several times to get me to questions merchant-Romero knowing full well and by merchant-Romero's own statement that merchant-Romero was not willing to obligate himself under law to tell the truth.

101. That merchant-Boland with maliciousness circumvented the facts and the law and continued the action to my injury.

102. That merchant-Boland then dismissed merchant-Romero from the witness stand.

103. That merchant-O'Rourke then conspired with merchant-Boland to place lawlessness upon lawlessness as to change the alleged account-number of the case from the all the numbers stated on the first page of this said document to a another alleged number of: 1:06-cr-00305-REB, knowing full well that we, my wife and I, have filed our counterclaim under the 'their' bogus original number(s).  Criminally and malicious causing confusion to hold their tyranny.

104. That I was then remanded back under the authority of the said marshals, and criminally chained and delivered back to the Federal Detention Center.

105. That on :8:08:06 C.E. I was cruelly placed in chains and taken back for another "hearing".

106. That I was taken before merchant-magistrate-Craig Shaffer [hereinafter merchant-Shaffer].  Another show of tyranny to cover their criminal actions.

107. That yet another attempt by another judge, merchant-Schaffer who as the others, criminally and harassingly tried to again, to inveigle me with his interrogation(s) to get me to contract with him into an Admiralty "hearing" hoping to induce me in voluntarily giving up my unalienable rights.

108. That now both merchant-Boland and merchant-Schaffer and along with merchant-O'Rourke did and are conspiring to either get me to agree to represent myself or force me to be "represented" by a government officer, the enemy in my camp.

Austin Gary Cooper – Commercial Affidavit of Facts– Page 8 – 16

109. That the word-represent means "to serve as the official and authorized delegate or agent for; to act as a spokesperson for." Hence, the aforementioned are declaring that the alleged fictitious creature "AUSTIN GARY COOPER" is not me if I am to contract to act as a delegate or agent for or act as a spokesperson for this fictitious creature, a non human.

110. That the Accused are all merchants in accordance with Uniform Commercial Code [hereinafter UCC] § 2-104 (1) and are conspiring to force me into a status of merchant in order to make me liable in an action between merchants, see UCC § 2-104 (3), all to my now repeated injury.

111. That I began to read the treason and conspiracy to commit treason charges, counts I through VI we filed asking at the conclusion of each charge "How do you plead?"

112. That merchant-Shaffer and merchant-O'Rourke then conspired to further usurp jurisdiction by ordering a government officer to represent me.

113. That the "Deputy U.S. Marshals" then took me out to the holding cell and later cruelly chained me up and took me back to the Federal Detention Center.

114. That on :8:11:06: C.E. I was criminally chained and taken back for a "hearing" before merchant-Shaffer.

115. That before the "hearing" I was taken to speak to another merchant, Peter D. Menges [hereinafter merchant-Menges] who represents himself as an "Attorney at Law" where at he informed me that he was assigned to represent me.

116. That I told merchant-Menges that he did not represent me and that I do not contract with him.

117. That merchant-Menges then informed me that he did not want to and would request to be withdrawn.

118. That I was taken to merchant-Shaffer's tribunal-room and the "hearing" commenced with merchant-Menges sitting next to me at the "defendant's table".

119. That merchant-Shaffer then began harassing me about "representing" myself and asked, do I agree.

120. That further merchant-Shaffer declared a list of requirements that he said I would have to meet before I could exercise my "right to self-representation."

121. That if in fact I would have a "right" to self-representation then any requirements not clearly specified in the Constitution for the United States of America would clearly be grievous to overthrow said Constitution which is an act of treason and a conspiracy to commit treason.

122. That, moreover, merchant-Shaffer requires that I "…must be able and willing to abide by rules of procedure and courtroom protocol.

123. That, to date, said courtroom protocol means that I am not permitted to challenge jurisdiction, whether personam or subject-matter, and, as demonstrated in the document titled "ARRAIGNMENT AND DISCOVERY HEARING" merchant-Shaffer, merchant-Langham ("court clerk"), and the merchant-"court-reporter" have tampered with the record by down playing and not reporting the facts regarding jurisdiction. Merchant-Shaffer has that

"Defendant continues to speak above the Court on the fringe of flag, court tribunal, etc." but willfully leaves out the facts.

124.    That neither merchant-Mathy, merchant-Boland, merchant-Shaffer, merchant-Langham, merchant-O'Rourke, merchant-Jared E. Dwyer [hereinafter merchant-Dwyer], nor the merchant-U.S. Marshal(s) have denied or refuted that the fringed flag is a military flag making the "hearing" under Admiralty-jurisdiction and showing supporting evidence to qualify their position, they simply overthrow the Constitution, ibid, through fraud, menace, and duress, criminally usurping jurisdiction as they go.

125.    That merchant-Shaffer asked if I understood my rights.

126.    That I responded "Do you mean my freedom of religion, freedom of speech, freedom of the press and right to contract that you are demanding I voluntarily surrender or you will keep me in your concentration-camp until I do?"

127.    That merchant-Shaffer said "I don't have you in a concentration camp."

128.    That I held up my cuffed wrists and referenced my prison uniform and said "What do you think this is?"

129.    That merchant-Shaffer ordered merchant-O'Rourke and merchant-Menges to his throne.

130.    That I informed merchant-Menges that "If you speak for me you become a witness, I grant you no authority to speak for me."

131.    That merchant-Menges and merchant-O'Rourke walked up to merchant-Shaffer's-throne and they began conversing in quiet tones, out from "court" record.

132.    That I began reading the previously filed treason and conspiracy to commit treason charges VII Through XII, before merchant-Menges and merchant-O'Rourke walked away from merchants-Shaffer's-throne.

133.    That I asked what went on and merchant-Shaffer sharply responded "You don't have the right to know."

134.    That I was then taken to a holding cell and later re-chained and taken back to the Federal Detention Center.

135.    That several days later merchant-Menges came to the Federal Detention Center to talk to me. I was directed tow here he was in the visitation-room.

136.    That merchant-Menges told me he wanted off of the case and that he needed to file a motion to that effect.

137.    That merchant-Menges was seeking counsel as to what he should write from in this said motion, from me, the one who declared propria persona.

138.    That I responded "This is your motion not mine, if I were going to file I would file a Petition as a matter of right."

139.    That merchant-Menges said, "They won't let me do that."

140.    That merchant-Menges asked me what he should write in the motion and I answered, "You can write what you want but it is a fact that you made a plea for me without my permission, therefore, you have become a witness on my behalf."

141.    That merchant-Menges sheepishly said, that will work.

142. That merchant-Menges attempted to get me to contract with the corporate Unites States by attempting once again to inveigle me into an agreement to represent myself.

143. That I did not agree, in so doing, I read the dictionary definition of "represent" proving I understood that he was conspiring criminally with the "court" to volunteer to be a statute-merchant.

144. That I asked merchant-Menges hypothetically that if he did represent me would he argue my issues and he said "No." Thus, he could not possibly represent me, he would be representing himself. "His [the attorney's] first duty is to the court, not to the client, and wherever the duties he owes to the client conflict with the duties he owes to the court, as an officer of the court in the administration of justice, the former must yield to the latter." Corpus Juris Secundum, Attorney & Client, Sec. 4, pg 802

145. That merchant-Menges left and I was returned to the said unit of the prison house.

146. That on or about :8:24:06: C.E. merchant-Menges sent me an envelope containing a letter, a copy of two motions and some alleged discovery material and a "minute order". The "minute order" was unsigned but apparently directed by merchant-judge-Robert E. Blackburn [hereinafter merchant-Blackburn]. This "Minute order" references a "Government's Unopposed Motion to Revise Dates for Final Pretrial Conference and Trial [#37] filed 18, 2006" and no motion was sent to me. Thus merchant-Blackburn, by informing me of this alleged motion and granting me the opportunity to respond in my 'false incarceration' and 'false arrest' status, but criminally not granting me my freedom. Another malicious judge!

147. That in merchant-Blackburn's "minute order" he states, "The jury trial previously set..." with full knowledge that "jury" is an adjective meaning makeshift. Thus, merchant-Blackburn has denied me the Constitutional "Trial by Jury" in favor of his malicious makeshift trial. This is why he is attempting to force me to agree to the protocol of the "court". This is treason.

148. That Menges willfully and knowingly misrepresented material facts in one of his motions by his initials statement, "COMES NOW, Mr. Austin Cooper, through Peter D. Menges, Attorney at Law, and moves to withdraw his plea of not guilty and persist with out a plea."

149. That my autograph/signature is found no where on any said document nor any other document granting merchant-Menges to file any thing for me. Therefore, merchant-Menges has willfully engaged in act of criminal fraud and conspired against my rights.

150. That, further, merchant-Menges demonstrates his incompetence inasmuch as he incompetently or willfully refers to me as "Mr. Puller" and "Mr. Copper" on this said document. Again, I am not either of these.

151. That, in addition, merchant-Menges does declare that in paragraph 3. "During the arraignment hearing, Undersigned Counsel and the Assistant United States Attorney were called to the bench by Magistrate Judge Shaffer. At the bench, out of the hearing of Mr. Copper, undersigned was ordered by the Court to enter a plea on behalf of Mr. Cooper. Undersigned Counsel entered a plea of

not guilty on behalf of Mr. Cooper." Thus, the Accused unlawfully and criminally usurped jurisdiction.

152.  That on or about :8:24:06: C.E. merchant-Menges mailed (mail-fraud, to use the mail to send injurious materials) a page to me titled "Minute Order." That this "Minute Order" directs that a motions "hearing" will be conducted on "September 19, 2006, at 9:00 a.m...."

153.  That on :8:31:06: C.E. I received from merchant-Menges an envelope containing four documents. (more mail-fraud) That these documents are titled: 1. "GOVERNMENT'S RESPONSE TO MOTION TO WITHDRAW AS COUNSEL," 2. GOVERNEMENT'S RESPONSE TO MOTION TO WITHDRAW NOT GUILTY PLEA," 3. GOVERNMENT'S OPPOSTION TO MOTION FOR DISMISSAL TRAIL PREPARATION CONFERENCE AND JURY TRIAL DATES."

154.  That in paragraph 153 infra, the first three (3) documents were apparently filed by merchant-Dwyer, and document #4 was filed by merchant-Menges without my knowledge or approval.

155.  That merchant-Dwyer states in his "GOVERNMENT RESPONSE TO MOTION TO WITHDRAW AS COUNSEL," paragraph $3 "On or about August 11, 2006, defendant Cooper and his counsel, Peter D. Menges, appeared before the Court for the purpose of arraignment. At that time, a plea of Not Guilty was entered." Merchant-Dwyer willfully and knowingly criminally attempted to manipulate the record.

156.  That in fact I never "appeared' at any of the hearings but was escorted and forced by the "U.S. Marshals" handcuffed, which handcuffs were not removed, hence, menace and duress were the vehicles used to maliciously force an "appearance."

157.  That merchant-Menges is not and was not, and still is not my "counsel".

158.  That merchant-Dwyer declares that I have the "Constitutional right to self-representation" only if I agree to their contract. Thus, this would be a privilege and, hence, an overthrowing of the Constitution. That, moreover, all the cases are cited as 2006 cases.

159.  That, further, merchant-Dwyer addresses me a "defendant" and that status has not been established according to Law, the law of the land.

160.  That in merchant-Dwyer's "GOVERNMENT RESPONSE TO MOTION TO WITHDRAW NOT GUILTY PLEA," merchant-Dwyer falsely states: "The United States of America, by ad through Trial Attorney Jared E. Dwyer, hereby responds to defendant Cooper's Motion to Withdraw Not Guilty Plea." There is no document filed by me that is a "motion" therefore merchant-Dwyer is criminally attempting to falsify the record and entrap me into federal jurisdiction to my continual injury. My name is not "Cooper".

161.  The merchant-Dwyer states in paragraph #1, "On or about May 24, 2006, the Government filed a one-count information charging Austin Gary Cooper and Martha E. Cooper with criminal contempt in violation of 18 U.S.C. § 401 (3)." That, in fact, the alleged "Information" has the names AUSTIN GARY COOPER and MARTHA E. COOPER, both non-living fictions evinced by the all capital lettering. Austin Gary Cooper – Commercial Affidavit of Facts– Page 12– 16

162.   That the "Government" has produced nothing supporting that either I or my wife have ever signed anything using all capital letters to represent our said autograph or said signatures.

163.   That in paragraph #2 it states: "On or about August 8, 2006, Austin Gary Cooper appeared before Magistrate Judge Shaffer for arraignment." That in fact I was brought maliciously handcuffed before Shaffer, which handcuffs were not removed. That menace and duress were the criminal vehicle used to assume jurisdiction over me.

164.   That in paragraph #5 it states "On or about August 24, 2006, defendant Cooper filed a motion to withdraw his not guilty plea." Again, I am not "defendant Cooper", and I filed no such motion or any other motion with this tribunal, therefore, this is criminal fraud.

165.   That in paragraph #6 merchant-Dwyer declares, "In his motion, defendant Cooper assents that Attorney Menges was not authorized to do so. In addition, defendant Cooper now asserts that he insists on withdrawing his not guilty plea and persisting without a plea. Accordingly defendant Cooper now seeks to withdraw his guilty plea (sic) and persist without a plea..." Again, merchant-Dwyer has misrepresented material facts. A previously stated and supported I have filed no motions nor made any pleas into the said jurisdiction of this Admiralty tribunal and I certainly did not make a guilty plea.

166.   That merchant-Dwyer grossly understates in his "GOVERNMENT'S OPPOSITION TO MOTION FOR DISMISSAL AND INJUNCTIVE RELIEF," the issues to the corporate government's advantage. Merchant-Dwyer attempts to criminally convert a petition, a right, to a motion, a privilege, in order to misrepresent and falsify the record. Moreover, the issues are more elaborate than he implies, however, I do not presently have a copy of said documents; my copies were stolen from me by the deputy "U.S. Marshals" and never returned.

167.   That merchant-Menges in his "UNOPPOSED MOTION TO VACATE TRIAL PREPARATION CONFERENCE AND JURY TRIAL DATES," he supports that this tribunal is conducting a "JURY TRIAL", which, as previously shown, means "Makeshift trial." If merchant-Menges were actually representing me, he would file criminal charges against merchants: Blackburn, O'Rourke, Dwyer, Langham, and the U.S. Marshal, et al., for treason and conspiracy to commit treason for forcing a "makeshift trial" and not the "trial by jury" guaranteed in Article III and Amendment "Article VII" in the Constitution for the United States of American.

168.   That merchant-Menges did not communicate with me in any way shape or form, any motion to see if I concur, but supports that he is acting in his own best interest and to my injury.

169.   That even though I have demanded to see a written contract/security agreement between myself and the corporate government granting jurisdiction, the Accused will produce no such contract, for I believe none exist.

170.   That merchants: Menges, O'Rourke, Dwyer, and Shaffer have full knowledge

that I entered no plea neither was I asked to plea, however, in an attempt to usurp jurisdiction they have filed documentation stating that I have filed a motion to withdraw "my" plea, thus, they have conspired to commit fraud.

171.  That ever though I have demanded to receive a copy of each of the Accused oath of office I have been denied any of their oath of office.

172.  I am powerless under the present federal and state judiciary to stop the tyranny of these federal corporate officers under the "Law of the Land", the Common Law.

173.  That I, being one with my wife under Yahuah's of Hosts and His Great Command and Word, The Scriptures, hereby bring into this case our "Notice of Surety-Act and Bond" filed into the case 06-mj-01111 and other alleged account-numbers, and, therefore, this case is bonded under the Common Law. And in so doing, the "Declaration of Acquiescence by the Accused" has also hereby been submitted in the willful corruption of said Accused, et al., who are willfully in "bed" together with this corruption and aid and abetting each others criminal actions.

174.  That I/we hereby accept for value merchant-Blackburn's "Oath of Office."

175.  That I/we accept for value merchant-Blackburn's-bond as a corporate government-officer.

176.  That I/we hereby accept for value merchant-Dwyer's "Oath of Office."

177.  That I/we hereby accept for value merchant-Dwyer's bond.

178.  That along with everyone of the other Accused, we now have a contract under the Common Law with merchants: Blackburn and Dwyer.

179.  That I, Austin Gary Cooper am being held without right of action or recourse of remedy in the federal or state system.

180.  That Martha E. Cooper is being stalked through willful and knowing criminal conspiracy by these said officers, the Accused in an attempt to violate her freedom of religion, freedom of speech, freedom of the press, and the violation of other Constitutional and Common Law guarantees all in criminal violation of the Law.

Avouchment

I, Austin Gary Cooper, do hereby avow that the foregoing "Commercial Affidavit of Facts" is true, accurate and correct to the best of my knowledge, information, and belief.

Dani'el 3: 17, 18
"For if so, our Elah whom we serve is able to deliver us
from the burning furnace…He does deliver!
But if not, let it be known to you…
We do not serve your elahim, nor do we do obeisance
to the gold image which you have set up."

I, Martha E. Cooper and my said signature is declaring that I have received said

"Commercial Affidavit of Facts" from husband, Austin Gary Cooper, and accept as first hand truth, fact(s) 173 to 180 as being my addendum to my own affidavit, _14_ day of _9_ mo. 2006, and I am rendering assistance whereas the Accused has and still are criminally and tyrannically holding him as hostage for their criminally cruel and unusual punishment for which no crime is proven.

_____          _____ secured party
Austin Gary Cooper, secured party    Martha E. Cooper
being held against his will and not   signing as to declare that I have
                                      Austin Gary Cooper – Commercial Affidavit of Facts– Page 14– 16
being given his right to sign his own  received said "Commercial Affidavit
                                      of Facts" from husband, Austin Gary
document(s).                          Cooper and my claim of 173 to 180.


Texas-State                  :
_____ -County            : asv
_____ -City              :

    Subscribed and sworn to before me this _14_ day of _9_ mo. 2006 C.E.
My Commission Expire: _July 29, 2009_ Notary Public _____

Seal



Certificate of Service and Interested Parties

    I, Austin Gary Cooper, and I, Martha E. Cooper, do hereby certify that the forgoing "Commercial Affidavit of Facts" is served by certified mail, return receipt requested to Merchants: Gregory C. Langham and Robert E. Blackburn, and by regular mail to the other said parties on this the: _14_ (Day) _9_ (Mo) :2006: C.E.


1.   Merchant-Gregory C. Langham
     U.S. Courthouse
     901-19th Street
     Denver, Colorado 80294-3589
     Cert. Mail # _7005 0390 0005 2429 6044_


2.   Merchant Robert E. Blackburn
     C/o U.S. Courthouse        Austin Gary Cooper – Commercial Affidavit of Facts– Page 15– 16

901-19[th] Street
Denver, Colorado  80294-3589
Cert. Mail # _7005 0390 0005 2429 6068_

3.    Merchant-Peter D. Menges
      1544 Race Street
      Denver, Colorado 80206

4.    Merchant-Jared E. Dwyer
      U.S. Dept of Justice
      Tax Division
      601 D. Street, N.W.
      Washington, D.C. 20004

5.    Merchant-William J. Leone
      U.S. Attorney's Office
      1225 17th Street, Suite 700
      Denver, Colorado, 80202

6.    Merchant-Thomas M. O'Rourke
      U.S. Attorney's Office
      1225 17th Street, Suite 700
      Denver, Colorado 80202

7.    Martha E. Cooper, secure party
      without prejudice – c/o
      1132 Main Street., 9100 - 230
      Bandera, Texas 78003

8.    Merchant-Anthony Romero
      IRS Agent
      12600 W. Colfax Ave, #C300
      Lakewood, Colorado 80215

_____ secured party
Martha E. Cooper

—

[1] These alleged cases are used by me "without prejudice" and "without dishonor" confer no jurisdiction by this tribunal or any other.

Austin Gary Cooper, secured party
Without prejudice – c/o
Alleged Registered number #10982-050
Federal Detention Center
9595 W. Quincy Ave.
Littleton, Colorado 80123

UNITED STATES DIS[ ][ ]T COURT
DENVER, COLOR[ ] [ ]O

SEP 1[ ] [ ]006

GREG[ ]        NGHAM
                      CLERK

In the Court of the District of the United States
For the District in Colorado

———————————

Alleged-Account-Number; 06-mj-01111
Alleged-Account-Number, 06-mj-0111-BNB
Alleged-Account-Number, 06-mj-0111-BNB-2 or 1, 3 etc.
Alleged-Account-Number; 1:06-cr-00305-REB
Or any maliciously created alleged-account-number.

UNITED STATES OF AMERICA
V.
AUSTIN GARY COOPER, a fiction

———————————

Austin Gary Cooper, a natural person, and secured party, Accuser v. United States of
America; Merchant-judge-Pamela A. Mathy; Merchant-Gregory C. Langham; Merchant-
judge-Robert E. Blackburn; Merchant-Judge-Craig Shaffer; Merchant-William J. Leone;
Merchant-Thomas J. O'Rouke; Merchant-Mark W. Everson; Merchant-Jared E. Dwyer;
Merchant-Peter D. Menges; Merchant-Anthony R. Merchant-Romero, Et al., Accused.

## **Commercial Affidavit of Facts**
### Addendum

I, Austin Gary Cooper, sui juris, natural person and secured party, do hereby state
and declare the following:
With all due respect that the time was not completed for the hereby names and
addresses as for which this "Commercial Affidavit of Facts" is to be sent to, is hereby
now being commenced to inform the said Accused of their criminal actions. Shemoth
(Ex) 23: 7 "…for I (Yahuah of Hosts is His Name.) do not declare the wrong right."

Certificate of Service and Interested Parties
I, Austin Gary Cooper, being one with my wife, Martha E. Cooper, and I,
Martha E. Cooper, do hereby certify that the forgoing "Commercial Affidavit of
Facts" is served by certified mail, return receipt requested to Merchants: Gregory
C. Langham and Robert E. Blackburn, and by regular mail to the other said
parties on this the: _15_ (Day) _9_ (Mo) :2006: C.E.
1.       Merchant-Gregory C. Langham

Austin Gary Cooper – Commercial Affidavit of Facts-Addendum– Page 1 of 4

U.S. Courthouse
901-19th Street
Denver, Colorado 80294-3589
Cert. Mail # _7005  0390  0005  2429  6075_

2.      Merchant Robert E. Blackburn
        C/o U.S. Courthouse          Austin Gary Cooper – Commercial Affidavit of Facts– Page 15– 16
        901-19th Street
        Denver, Colorado  80294-3589
        Cert. Mail # _7005  0390  0005  2429  6082_

        And now the remains:

9.      Merchant-Sherlyn K. Sampson, Clerk
        Larimer County Justice Center
        201 LaPorte Avenue, Suite 100
        Fort Collins, Co  80521-2761

10.     Merchant-William G. Putnicki
        U.S. District Clerk's Office
        655 Durango Blvd., Room G65
        San Antonio, Texas  78206

11.     Merchant-Pamela A. Mathy
        U.S. Courthouse
        655 East Durango Blvd.
        San Antonio, Texas  78206

12.     Merchant-Judge Boyd N. Boland
        U.S. Courthouse
        901-19th Street Room A-401
        Denver, Colorado, 80294-3589

13.     Merchant-Judith Patton  AUSA
        601 N.W. Loop 410 Ste 600
        San Antonio, Texas  78211

14.     Merchant-R. Clark Adams PRO Att.
        Federal Public Defender Blvd.
        727 E. Durango Blvd
        San Antonio, Texas 78206

15.     Colorado Supreme Court
        Attorney Registration
        Dominion Plaza Building
        1560 Broadway #1800
        Denver, Colorado  80202

16.     Merchant-Sheriff Welden Tucker
        P.O. Box 607
        Bandera, Texas 78003

17.     Merchant-Martin Shoemaker        Austin Gary Cooper – Commercial Affidavit of Facts-Addendum– Page 2 of 4
        P.O. Box 7238

555 4th Street, N.W. Room 8921
Washing D.C.  20044

18.    Merchant-Attorney's General John Ashcroft
       U.S. Department of Justice
       950 Pennsylvania Avenue, NW
       Washington D.C.  20530-0001

19.    Merchant-Dennis Montgomery
       208 N. 5th Street, Suite B
       Norfolk, NE  68701

20.    Merchant-Judge William M. Hoeveler
       301 N. Miami Ave, 9th Floor
       Miami, Fl  33128

21.    George W. Bush
       Executive Office of the President
       1600 Pennsylvania Ave, N.W.
       Washington D.C.  20500

22.    Governor Rick Perry
       Governor Building
       P.O. Box 13246
       Austin Texas  78701

23.    Chief Justice Mary Mullarky
       Chief Justice of the Supreme Tribunal
       435 Judicial Building
       Denver, Co  80203

24.    The BAR ASSOCIATION
       A subsidiary of the Templar BAR
       740 15th Street, N.W.
       Washington D.C.  20005-1019

25.    Merchant-Judge C. Edward Stirman
       Larimer County Justice Center
       201 LaPorte Ave, Suite 100
       Fort Collins, Colorado  80521-2761

26.    Merchant-Judge Christine A. Carney
       Larimer County (Loveland)
       810 East 10th Street, Suite 110
       Loveland, Co  80537-4942

27.    Merchant-D.A. Todd A. Field, Esq.
       Larimer County Justice Center
       201 LaPorte Ave #200
       Fort Collins, Co  80521-2763

28.    Merchant-U.S. Marshal: Edward Zahren
       U.S. Courthouse            Austin Gary Cooper – Commercial Affidavit of Facts-Addendum– Page 3 of 4

1929 Stout Street, Room C-324
Denver, CO 80294

29.   Merchant-U.S. Marshal: Michael W. Roach
      U.S. Courthouse
      200 N.W. 4th Street, Room 2418
      Oklahoma City, OK 73102

30.   Merchant-U.S. Marshal: LaFayette Collins
      U.S. Courthouse
      655 E. Durango Boulevard, Room 235
      San Antonio, TX 78206

31.   Merchant-Attorney General-Greg Abbott
      P.O. Box 12548
      Austin, Texas 78711-2548

32.   Merchant-Attorney General-Steven W. May
      P.O. Box 12548
      Austin, Texas 78711-3548

33.   Merchant-Sergeant-Steven Mason
      c/o Attorney's-General-Office
      P.O. Box 12548
      Austin, Texas  78711-2548

34.   Merchant-Sheriff Jim Alderden
      2501 Midpoint Drive
      Fort Collins, CO  80525

35.   Merchant-Texas-Secretary of State-Robert William
      Uniform Commercial Code
      P.O. Box 13193
      Austin, Texas 78711-3193

36.   Merchant-Mark W. Everson
      Commissioner of Internal Revenue
      1111 Constitution Ave N.W.
      Washington D.C. 20224

_Martha E. Cooper_ secured party
Martha E. Cooper

---

[1] These alleged cases are used by me "without prejudice" and "without dishonor" confer no jurisdiction by this tribunal or any other.

CC: All