**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

**Date:  September 19, 2006**

Courtroom Deputy:  Ginny Kramer
Court Reporter: Suzanne Claar
_____

**Criminal Case No.  06-cr-00305-REB**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Thomas O'Rourke |
| | Jared Dwyer |
| v. | |
| 1.  AUSTIN GARY COOPER, | Peter Menges |
| Defendant. | |

_____

**COURTROOM  MINUTES**
_____

**Hearing:**   Motion Hearing - re: Motion to Withdraw as Counsel and Motion to Withdraw Not Guilty Plea

**9:02 a.m.    Court in session.**

The Defendant is present in court (in custody).

Appearances of counsel.

Opening statements by the court.

The Defendant refuses to follow the rules of procedures and courtroom protocol.

The Defendant, Mr.  Austin Cooper, objects to these court proceedings.

9:07 a.m.     The Defendant, Mr.  Austin Cooper, is removed from the courtroom.

The Court and counsel discuss Mr.  Menges' motion to withdraw as counsel and defendant's motion to withdraw not guilty plea.

1

Statements to the court by Mr. Menges, for the defendant.

Statements to the court by Mr. Dwyer, for the government.

The Court enters Findings of Fact, Conclusions of Law, and orders.

**It was ORDERED as follows**:

1. That the Defendant's Motion to Withdraw as Attorney by Peter Menges, [#40] filed August 24, 2006, is **granted**;

2. That conflict free counsel shall be appointed as soon as practicable to represent the defendant, Austin Gary Cooper;

3. That the Defendant's Motion to Withdraw Not Guilty Plea, [#41] filed August 24, 2006, is **denied**, for the reasons stated on the record; and

4. That this hearing is continued to **September 29, 2006**, **at 8:45 a.m.** for a status / scheduling conference.

**9:27 a.m.    Court in recess.**

*Total court time: 00:25 minutes - hearing continued*

*cc: Nancy Rutledge*