IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-305-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    AUSTIN GARY COOPER,

    Defendant.

_____

## NOTICE OF ATTORNEY ENTRANCE

_____

    Thomas F. Mulvahill hereby notifies the Court and counsel that he has been appointed as CJA counsel for Austin Gary Cooper.

    RESPECTFULLY SUBMITTED this 26th day of September, 2006.

                                                     __s/ Thomas F. Mulvahill_____
                                                     Thomas F. Mulvahill
                                                     Chambers Dansky & Mulvahill LLC
                                                     1601 Blake Street, Suite 500
                                                     Denver, CO  80202
                                                     Telephone: (303) 825-2222
                                                     FAX: (303) 825-4010
                                                     E-mail: tmulvahill@ccdzlaw.com
                                                     *ATTORNEY FOR DEFENDANT*

### CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2006, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Jared Edward Dwyer**
  jared.e.dwyer@usdoj.gov
- **Peter D. Menges**
  pmenges@mengeslaw.com
- **Thomas M. O'Rourke**
  Thomas.O'Rourke@usdoj.gov,USACO.ECFCriminal@usdoj.gov,Charlotte.Seaton@usdoj.gov

     s/ Thomas F. Mulvahill  
Thomas F. Mulvahill  
Chambers Dansky & Mulvahill LLC  
1601 Blake Street, Suite 500  
Denver, CO  80202  
Telephone: (303) 825-2222  
FAX: (303) 825-4010  
E-mail: tmulvahill@ccdzlaw.com  
*ATTORNEY FOR DEFENDANT*