## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

/
**Date: September 29, 2006**

Courtroom Deputy:  Ginny Kramer
Court Reporter: Suzanne Claar

_____

**Criminal Case No. 06-cr-00305-REB**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Thomas O'Rourke |
| | Jared Dwyer |
| v. | |
| 1.    AUSTIN GARY COOPER, | Thomas Mulvahill |
| Defendant. | |

_____

## COURTROOM  MINUTES
_____

**Hearing:     Status / Scheduling Hearing**

**8:47 a.m     Court in session.**

The Defendant is present in court (in custody).

Appearances of counsel.

Opening statements by the court.

8:49 a.m.     The Defendant, Mr. Austin Cooper, is removed from the courtroom.

Counsel and the Court discuss speedy trial issues.

**ORDERED:** 1.     Trial by jury is set to commence on **October 24, 2006 at 8:30 a.m.**, the court reserving two days for trial, at which time the defendant shall appear for all purposes without further notice, order, or subpoena.

1

      2.      That the trial preparation conference shall be waived.

      3.      That pretrial motions shall be filed **on or before the close of business on October 6, 2006.** That a response to any timely-filed pretrial motion shall be filed **on or before the close of business on October 13, 2006.**

**9:02 a.m.**      **Court in recess.**

*Total in court time: 00:15 minutes - hearing concluded*