IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00305-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. AUSTIN GARY COOPER,

    Defendant.

---

### GOVERNMENT'S MAY CALL AND WILL CALL WITNESS LIST

---

The United States of America, by and through Trial Attorney Jared E. Dwyer, hereby submits the following "may call" and "will call" witness list.

In the trial of this matter, the United States will call the following witnesses:

1. Martin Shoemaker
2. Russell Vialpando

In the trial of this matter, the United States may call the following witnesses:

1. James Young
2. Randall W. Goble
3. Mike Huff
4. Steven J. Carlyle
5. David Bader
6. Dale W. Husser
7. Kevin Pagel

8. Robert E. Reed

        Respectfully submitted,

        TROY A. EID
        United States Attorney

        By: s/ *Jared E. Dwyer*
        JARED E. DWYER
        Trial Attorney
        U.S. Dept. of Justice
        Tax Division
        601 D Street, N.W.
        Washington, D.C. 20004
        Telephone: 202-514-5189
        FAX: 202-514-9623
        E-mail: jared.e.dwyer@usdoj.gov
        Attorney for Government

CERTIFICATE OF SERVICE

     I hereby certify that on this _18th__ day of October 2006, I electronically filed the foregoing GOVERNMENT'S MAY CALL AND WILL CALL WITNESS LIST with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

     Thomas Francis Mulvahill, Esq.
     Tmulvahil@ccdzlaw.com

     *s/ Jared E. Dwyer*
     JARED E. DWYER
     Trial Attorney
     U.S. Dept. of Justice
     Tax Division
     601 D Street, N.W.
     Washington, D.C. 20004
     Telephone: 202-514-5189
     FAX: 202-514-9623
     E-mail: jared.e.dwyer@usdoj.gov
     Attorney for Government