# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 06-cr-00305-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. AUSTIN COOPER,

      Defendant.

## MINUTE ORDER[1]

The court finds and concludes on the existing record that defendant has been advised properly and adequately of the date, time, location and gravamen of the crime charged by Information. Therefore, defendant's **Petition for Dismissal and Injunctive Relief** [#9], filed July 3, 2006, **IS DENIED**.[2]

Dated: October 23, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] In further support of its ruling and order, the court approves, adopts, and incorporates the reasons stated, arguments advanced, and authorities cited in the government's response [#45] filed August 29, 2006.