# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

**Date: October 24, 2006**

Courtroom Deputy: Ginny Kramer
Court Reporter: Janet Coppock

_____

**Criminal Case No. 06-cr-00305-REB**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Jared Dwyer |
| v. | |
| 1.   AUSTIN GARY COOPER,        Defendant. | Thomas Mulvahill |

_____

## BENCH TRIAL - DAY ONE
_____

**8:38 a.m.      Court in session.**

The case agent, Mr. Anthony Ramero, is present in court.

The Defendant is present in court (in custody).

Appearances of counsel.

Opening statements by the court.

The Defendant refuses to follow the rules of procedures and courtroom protocol.

The Defendant, Mr. Austin Cooper, objects to these court proceedings.

8:43 a.m.      The Defendant, Mr. Austin Cooper, is removed from the courtroom, and placed in the holding cell, where he may hear the trial proceedings.

The Court's sequestration order is in effect.

1

8:44 a.m.     Opening statements by Mr. Dwyer, for the Government.

The Defendant reserves opening statements until the Government has presented its case.

The Governments calls witness, Mr. Martin Shoemaker.

The witness is sworn.

8:49 a.m.     Direct examination of the witness, Mr. Martin Shoemaker, by Mr. Dwyer.

The Governments offers Government's Exhibit 2.

No objections by the Defendant.

**Government's Exhibit 2 is admitted into evidence**.

The Government offers Government's Exhibit 38.

No objections by the Defendant.

**Government's Exhibit 38 is admitted into evidence.**

The Government offers Government's Exhibit 37.

The Defendant objects to Government's Exhibit 37.

Response by the Government.

The Defendant's objection is overruled.

**Government's Exhibit 37 is admitted into evidence.**

The Government offers Government's Exhibit 5.

No objections.

**Government's Exhibit 5 is admitted into evidence.**

The Government offers Government's Exhibit 7.

No objections.

**Government's Exhibit 7 is admitted into evidence**.

The Government offers Government's Exhibit 11.

No objections.

**Government's Exhibit 11 is admitted into evidence**.

The Government offers Government's Exhibit 16.

Objections by the Defendant.

Defendant's objection is overruled.

**Government's Exhibit 16 is admitted into evidence**.

The Government offers Government's Exhibit 15.

No objections.

**Government's Exhibit 15 is admitted into evidence.**

The Government offers Government's Exhibit 17.

The Defendant objects to Government's Exhibit 17.

The Defendant's objection is overruled.

**Government's Exhibit 17 is admitted into evidence.**

The Government offers Government's Exhibits 35 and 36.

No objections.

**Government's Exhibits 35 and 36 are admitted into evidence.**

9:45 a.m.   Cross examination of the witness, Mr. Martin Shoemaker, by Mr. Mulvahill.

9:56 a.m.   Redirect examination of the witness, Mr. Martin Shoemaker.

10:00 a.m.  Re-cross examination of the witness, Mr. Martin Shoemaker.

The witness is excused and released from subpoena.

The Government calls witness, Mr. Mike Huff.

The witness is sworn.

10:05 a.m.     Direct examination of the witness, Mr. Mike Huff, by Mr. Dwyer.

10:16 a.m.     Cross examination of the witness, Mr. Mike Huff, by Mr. Mulvahill.

10:24 a.m.     Redirect examination of the witness, Mr. Mike Huff.

The witness is excused and released from subpoena.

During the court's recess Mr. Mulvahill shall confer with Mr. Cooper concerning his ability to abide by the court's rules of procedures and protocol, and Mr. Cooper's desire to be present in court during the remainder of the trial.

**10:27 a.m.     Court in recess.**
**10:44 a.m.     Court in session.**

Mr. Mulvahill informs the court that the defendant's position has not changed.

The Government calls witness, Mr. Dale Husser.

The witness is sworn.

10:47 a.m.     Direct examination of the witness, Mr. Dale Husser, by Mr. Dwyer.

10:52 a.m.     Cross examination of the witness, Mr. Dale Husser, by Mr. Mulvahill.

The witness is excused and released from subpoena.

The Government calls witness, Mr. Kevin Pagel.

The witness is sworn.

10:54 a.m.     Direct examination of the witness, Mr. Kevin Pagel, by Mr. Dwyer.

No cross examination of the witness, Mr. Kevin Pagel.

The witness is excused and released from subpoena.

The Government calls witness, Mr. David Bader.

The witness is sworn.

11:00 a.m.     Direct examination of the witness, Mr. David Bader, by Mr. Dwyer.

11:05 a.m.     Cross examination of the witness, Mr. David Bader, by Mr. Mulvahill.

The witness is excused and released from subpoena.

11:07 a.m.     The Government rests.

The court will recess to allow Mr. Mulvahill a reasonable opportunity to confer with Mr. Cooper concerning the defendant's mid-trial strategy, if any.

**11:07 a.m.     Court in recess.**
**11:20 a.m.     Court in session.**

Mr. Mulvahill, informs the court that the defendant, Mr. Austin Cooper, will not participate in the trial or have contact with the court.

The Defendant makes oral motion for entry of judgment of acquittal.

Response by the Government.

**ORDERED:**   That the Defendant's oral motion for entry of judgment of acquittal is **denied.**

The Defendant, Mr. Austin Cooper, will rest on his presumption of innocence.

11:25 a.m.     The Defendant rests.

11:26 a.m.     Closing argument by Mr. Dwyer, for the Government.

11:30 a.m.     The Defendant stands on the presumption of innocence.

The Court enters findings of fact and conclusions of law.

**It was ORDERED:**

        1.     That the trial of the defendants, Austin Gary Cooper and Martha Cooper are severed;

      2.      That the defendant, Mr. Austin Gary Cooper, is found guilty of violating 18 U.S.C. § 4013 as charged in Count 1 of the one-count information;

      3.      That the presentence report is waived; and

      4.      That sentencing shall commence forwith.

**12:00 noon   Court in recess until 1:15 p.m.**
**1:19 p.m.     Court in session**.

Probation Officer Elizabeth Oppenheimer is present in court.

Mr. Mulvahill informs the court that the defendant, Mr. Austin Cooper, does not wish to be present in court during sentencing.

1:20 p.m.     Court proceeds to sentencing.

**1:20 p.m.     Court in recess**

*Total in court time: 2 hours and 47 minutes -   trial concluded*