CASE NO.: 05-CR-00305-REB

CASE CAPTION: United States v. Austin Gary Cooper

EXHIBIT LIST OF: United States/ Plaintiff

(Name and Party Designation)

PAGE NUMBER: 1

| EX. NO./LTR | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|
| 1 | Certificate of Certified Copy of Entire File in matter of United States v. Austin Gary Cooper, et al., 03-B-1127(PAC) | | | | |
| 2 | Civil Complaint in United States v. Austin Gary Cooper, et al., 03-B-1127(PAC) | | ✓ | | 10-24-06 |
| 3 | Summons and Return of Service for Taking Back America in the matter of United States v. Austin Gary Cooper, et al., 03-B-1127(PAC) | | | | |
| 4 | Summons and Return of Service for Martha E. Cooper in the matter of United States v. Austin E. Cooper, et al., 03-B-1127(PAC) | | | | |
| 5 | Summons and Return of Service for Austin Gary Cooper in the matter of United States v. Martha E. Cooper, et al., 03-B-1127(PAC) | | ✓ | | 10-24-06 |
| 6 | Filing in the matter of United States v. Martha E. Cooper, et al., 03-B-1127(PAC) styled as "Special Appearance; Second Civil Complaint for Damages . . ." | | | | |
| 7 | United States' Motion for Entry of Preliminary Injunction in the matter of United States v. Martha E. Cooper, et al., 03-B-1127(PAC) | | ✓ | | 10-24-06 |

CASE NO.: 06-CR-00305-REB

CASE CAPTION: United States v. Austin Gary Cooper

EXHIBIT LIST OF: United States/ Plaintiff

(Name and Party Designation)

PAGE NUMBER: 2

| EX. NO./LTR | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|
| 8 | United States' Request to Enter Default Against Austin Gary Cooper, Martha E. Cooper and Taking Back America in the matter of United States v. Martha E. Cooper, et al., 03-B-1127(PAC) | | | | |
| 9 | Declaration of Martin M. Shoemaker in the matter of United States v. Martha E. Cooper, et al., 03-B-1127(PAC) | | | | |
| 10 | Certificate of Service in the matter of United States v. Martha E. Cooper, et al., 03-B-1127(PAC) | | | | |
| 11 | Preliminary Injunction Order in the matter of United States v. Martha E. Cooper, et al., 03-B-1127(PAC) | | ✓ | | 10-24-06 |
| 12 | Courtroom Minutes for the date of October 30, 2003 in the matter of United States v. Martha E. Cooper, et al., 03-B-1127(PAC) | | | | |
| 13 | Entry of Default dated November 3, 2003 in the matter of United States v. Martha E. Cooper, et al., 03-B-1127(PAC) | | | | |
| 14 | Certificate of Service in the matter of United States v. Martha E. Cooper, et al., 03-B-1127(PAC) | | | | |

CASE NO.: 06-CR-00305-REB

CASE CAPTION: United States v. Austin Gary Cooper

EXHIBIT LIST OF: United States/ Plaintiff

(Name and Party Designation)

PAGE NUMBER: 3

| EX. NO./LTR | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|
| 15 | Permanent Injunction Order dated November 19, 2003 in the matter of United States v. Martha E. Cooper, et al., 03-B-1127(PAC) | | ✓ | | 10-24-06 |
| 16 | Filing in the matter of United States v. Martha E. Cooper, et al., 03-B-1127(PAC) styled as "Addendum to Special Appearance; Third Civil Complaint for Damages . . ." dated November 5, 2003 | | ✓ | | 10-24-06 |
| 17 | Filing in the matter of United States v. Martha E. Cooper, et al., 03-B-1127(PAC) styled as "Third Addendum and Amendment to Special Appearance; . . ." dated January 2, 2004 | | ✓ | | 10-24-06 |
| 18 | Courtroom Minutes for the date of March 12, 2004 in the matter of United States v. Martha E. Cooper, et al., 03-B-1127(PAC) | | | | |
| 19 | Order dated March 15, 2004 in the matter of United States v. Martha E. Cooper, et al., 03-B-1127(PAC) | | | | |
| 20 | Affidavit of Service of Civil Contempt Order on Austin Gary Cooper in the matter of United States v. Martha E. Cooper, et al., 03-B-1127(PAC) | | | | |

CASE NO.: 06-CR-00305-REB

CASE CAPTION: United States v. Austin Gary Cooper

EXHIBIT LIST OF: United States/ Plaintiff

(Name and Party Designation)

| EX. NO./LTR | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|
| 21 | Courtroom Minutes for the dated May 7, 2004 in the matter of United States v. Martha E. Cooper, et al., 03-B-1127(PAC) | | | | |
| 22 | Certificate of Service regarding Findings of Fact, Conclusions of Law, & Order of Contempt served on all parties in the matter of United States v. Martha E. Cooper, et al., 03-B-1127(PAC) | | | | |
| 23 | Findings of Fact, Conclusions of Law, & Order of Contempt dated May 10, 2004 in the matter of United States v. Martha E. Cooper, et al., 03-B-1127(PAC) | | | | |
| 24 | Order dated March 15, 2004 in the matter of United States v. Martha E. Cooper, et al., 03-B-1127(PAC) | | | | |
| 25 | Findings of Fact, Conclusions of Law, & Order of Contempt dated May 10, 2004 in the matter of United States v. Martha E. Cooper, et al., 03-B-1127(PAC) | | | | |
| 26 | Order dated November 12, 2004 in the matter of United States v. Martha E. Cooper, et al., 03-B-1127(PAC) | | | | |

PAGE NUMBER: 4

CASE NO.: 05-CR-00305-REB

CASE CAPTION: United States v. Austin Gary Cooper

EXHIBIT LIST OF: United States/ Plaintiff

(Name and Party Designation)

PAGE NUMBER: 5

| EX. NO./LTR | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|
| 27 | Transcript of Proceedings for the date of March 12, 2004 in the matter of United States v. Martha E. Cooper, et al., 03-B-1127(PAC) | | | | |
| 28 | Order dated March 15, 2004 in the matter of United States v. Martha E. Cooper, et al., 03-B-1127(PAC) | | | | |
| 29 | Transcript of Proceedings for the date of October 30, 2003 in the matter of United States v. Martha E. Cooper, et al., 03-B-1127(PAC) | | | | |
| 30 | Transcript of Proceedings for the date of May 7, 2004 in the matter of United States v. Martha E. Cooper, et al., 03-B-1127(PAC) | | | | |
| 31 | Transcript of Proceedings for the date of May 10, 2004 in the matter of United States v. Martha E. Cooper, et al., 03-B-1127(PAC) | | | | |
| 32 | Transcript of Proceedings for the date of August 27, 2004 in the matter of United States v. Martha E. Cooper, et al., 03-B-1127(PAC) | | | | |
| 33 | Transcript of Proceedings for the date of October 1, 2004 in the matter of United States v. Martha E. Cooper, et al., 03-B-1127(PAC) | | | | |

CASE NO.: 06-CR-00305-REB

CASE CAPTION: United States v. Austin Gary Cooper

EXHIBIT LIST OF: United States/ Plaintiff

(Name and Party Designation)

| EX. NO./LTR | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|
| 34 | Transcript of Proceedings for the date of November 12, 2004 in the matter of <u>United States v. Martha E. Cooper, et al.</u>, 03-B-1127(PAC) | | | | |
| 35 | Image of First Page of <u>www.para1.org</u> website | | ✓ | | 10-24-06 |
| 36 | Image of First Page of www.thetenfoundantion.com website | | ✓ | | 10-24-06 |
| 37 | Photo Martha E. Cooper | | ✓ | | 10-24-06- conditionally |
| 38 | Photo Austin Gary Cooper | | ✓ | | 10-24-06 |
| 39 | | | | | |
| 40 | | | | | |
| 41 | | | | | |

PAGE NUMBER: 6