IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE ROBERT E. BLACKBURN

Case No.: 06-cr-00305-REB             Date: October 24, 2006

Case Caption: United States v. Austin Gary Cooper

United States (Plaintiff)        WITNESS LIST
(Name and Party Designation)

| WITNESS | DATE(S) TESTIFIED |
|---|---|
| Martin Shoemaker | ~~————~~ 10-24-06 |
| Mike Huff | 10-24-06 |
| David Bader | 10-24-06 |
| Dale W. Husser | 10-24-06 |
| Kevin Pagel | 10-24-06 |

*Rev. April 15, 2002*