**IN THE UNITED STATES OF DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

**Date:  October 24, 2006**

Courtroom Deputy: Ginny Kramer
Court Reporter: Janet Coppock
Probation Officer: Elizabeth Oppenheimer

---

**Criminal Case No.  06-cr-00305-REB**

UNITED STATES OF AMERICA,

v.

1.  AUSTIN GARY COOPER,
      Defendant.

---

### SENTENCING MINUTES

---

**1:20 p.m.    Court in session.**

The Defendant is not present in Court, but is able to hear these proceedings in the holding cell.

Opening statements by the Court.

The Court has waived the presentence report in this matter.

Defendant's counsel made a statement on behalf of the defendant, offered information in mitigation of his punishment and other matters affecting sentence.

Statement to the court, by Mr. Dwyer, for the government.

The Court has considered all relevant matters of fact and law, including the following:

    1.    The nature and circumstances of the offense for which the defendant is being sentenced.
    2.    The history and characteristics of the offender.
    3.    The authorized sentences under 18 U.S.C. § 3551.

4. The advisory sentence guidelines.
5. The factors to be considered in imposing sentence pursuant to 18 U.S.C. § 3553(a)(2).
7 The position of the government and defendant's counsel.

The Court enters findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

**It was ordered as follows:**

1. That judgment of conviction under Fed.R.Crim.P 32(k) is entered on Count One of the Information.

2. That pursuant to the Sentencing Reform Act of 1984, it is the judgment and sentence of this court that the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of **six (6) months**.

3. That upon release from imprisonment the defendant shall not be placed on supervised release.

4. That no fine is imposed.

5. That the defendant shall pay forthwith a special victim's fund assessment of $100.00.

6. That the mandatory drug-testing provisions of 18 U.S.C. § 3583(d) are waived.

7. That presentence confinement shall be determined by the Bureau of Prisons under 18 U.S.C. § 3585.

8. That the defendant is remanded to the custody of the United States Marshal.

The Defendant is advised of his right to appeal the sentence imposed by the Court.

**2:00 p.m.     Court in recess.**

*Total in court time: 00:40 minutes -  Hearing concluded*

2